Sweet, R.

RECEIVED
NOV 01 2016
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL LEIDIG and CENTRAL EUROPEAN NEWS LTD,

Plaintiffs,

-against-

BUZZFEED, INC.,

Defendant.

No: 1:16-cv-00542

ECF Case

**AMENDED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

This Amended Civil Case Management Plan (the "Amended Plan") is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c).

2. Settlement discussions have not taken place and the parties do not feel they would be productive at this time.

3. The parties previously conferred pursuant to Fed. R. Civ. P. 26(f).

4. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. The parties do not anticipate that any motion to amend or to join additional parties shall be filed in this action.

5. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have been served by both parties.

6. Discovery

   a. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York.

   b. All fact discovery, excluding depositions, shall be completed no later than **March 15, 2017.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-3-16

c. All depositions, as well as all expert discovery, including reports, production of underlying documents, and expert depositions, shall be completed no later than **May 15, 2017**.

7. Interim Discovery Deadlines

a. Initial requests for production of documents shall be served by August 19, 2016.

b. Interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York shall be served by December 1, 2016.

No Rule 33.3(a) interrogatories need to be served with respect to disclosures automatically required by Fed. R. Civ. P. 26(a).

c. Unless otherwise ordered by the Court, contention interrogatories pursuant to Rule 33.3(c) of the Local Civil Rules of the Southern District of New York must be served no later than 30 days before the close of discovery.

d. To the extent either party seeks the production of ESI from another party, the requesting party shall propose a search protocol, including search terms, custodians and time period, by July 14, 2016. The parties shall then meet and confer to reach an agreeable protocol by no later than July 28, 2016.

e. Written discovery shall be completed by February 1, 2017.

f. Depositions of fact witnesses shall be completed by May 15, 2017.

i. Absent an agreement between the parties or an order from the Court, depositions are not to be held until all parties have responded to initial requests for document production.

ii. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

g. Requests to admit shall be served by February 1, 2017.

h. Any of the deadlines in paragraphs 7(a) through 7(g) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 6(b).

i. No later than 30 days prior to the date in paragraph 6(b) (*i.e.*, the completion of all fact discovery), the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents, and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the

opposing party's expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 6(c).

8. All motions and applications shall be governed by the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and the Court's Individual Rules of Practice in Civil Cases.

9. All counsel must meet in person for at least one hour to discuss settlement within 14 days following the close of fact discovery.

10. Alternative dispute resolution/settlement

    a. Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms in this case: (i) a settlement conference before a Magistrate Judge, (ii) participation in the District's Meditation Program; and/or (iii) retention of a privately retained mediator. Counsel for the parties have agreed that alternate dispute resolution is not appropriate at this stage of the litigation.

    b. The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11. Summary judgment and *Daubert* motions are to be filed within 60 days of the close of all discovery.

12. This case is to be tried to a jury for all issues triable by a jury.

13. Defendant does not oppose Plaintiffs' request for entry of a protective order and the parties will attempt to agree on the form of that order on or before August 1, 2016.

Dated: November 1, 2016

Respectfully submitted,

Harry Wise /KMB
Harry Wise
Law Office of Harry H. Wise, III
43 West 43rd St., Suite 109
New York, N.Y. 10036-7424
(212) 709-8034
hwiselaw@aol.com

*Attorneys for Plaintiffs*

Katherine M. Bolger
Rachel Strom
Levine Sullivan Koch & Schulz, LLP
321 W. 44th Street, Suite 1000
New York, NY 10036
kbolger@lskslaw.com
rstrom@lskslaw.com

*Attorneys for Defendants*

Dated: 11/2/16
New York, New York

SO ORDERED.

Sweet
Robert W. Sweet
United States District Judge