**EXHIBIT A**

Subj: **Re: Leidig**
Date: 2/15/2017 3:42:36 P.M. Eastern Standard Time
From: HWISELAW@aol.com
To: KBolger@lskslaw.com

Dear Kate:
 I hereby request that you refrain from filing your motion to compel until and including March 2, when we are to appear before Judge Sweet to argue plaintiffs' motion for partial summary judgment. Plaintiffs'motion has the potential to narrow the issues in the case, and may substantially reduce the burden of document production on both sides. I don't think the judge will be able to make an informed ruling on discovery issues before hearing the motion for partial summary judgment.
Yours truly,
Harry Wise

Law Office of Harry H. Wise, III
43 West 43rd St., suite 109
New York, N.Y. 10036-7424
(212) 709-8034

In a message dated 2/15/2017 1:52:33 P.M. Eastern Standard Time, KBolger@lskslaw.com writes:

> Harry,
>
> I just wanted to let you know that, consistent with our prior discussions, because the Plaintiffs have still not rectified the issues we identified in Plaintiffs' past productions or otherwise updated their document productions, we will be filing our motion to compel tomorrow.
>
> Thank you.
>
> Kate
>
> Katherine M. Bolger
>
> 
> LEVINE SULLIVAN KOCH & SCHULZ, LLP
>
> 321 West 44th Street
> Suite 1000
> New York, NY 10036
> (212) 850-6123 | Phone
> (212) 850-6299 | Fax
> www.lskslaw.com
>
> PGP:  8CB7 D747 11B6 651D 93ED 97B0 8CE9 E074 0091 9D30