UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -x

MICHAEL LEIDIG and CENTRAL EUROPEAN NEWS LTD.,

Plaintiffs,

-against-

BUZZFEED, INC.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - -x

Videotaped deposition of CRAIG SILVERMAN, taken pursuant to Notice, was held at the Law Offices of DAVIS WRIGHT & TREMAINE, 1251 Avenue of the Americas, New York, New York, commencing June 6, 2018, 9:39 a.m., on the above date, before Amanda McCredo, a Court Reporter and Notary Public in the State of New York.

- - -

Page 2

A P P E A R A N C E S:

LAW OFFICES OF HARRY H. WISE, III
43 West 43rd Street, Suite 109
New York, New York 10036
BY: HARRY H. WISE, III, ESQ.
hwiselaw@aol.com
(212)810-2430
Attorneys for Plaintiffs

DAVIS WRIGHT TREMAINE, LLP
1251 Avenue of the Americas, 19th Floor
New York, New York 10020
BY: RACHEL STROM, ESQ.
rachelstrom@dwt.com
(212)489-8230
Attorneys for Defendant

ALSO PRESENT:
James Soto - videographer

Page 3

C. Silverman

THE VIDEOGRAPHER: Good morning. We're on the record. The time on the monitor is 9:39. Today is the 6th day of June, 2018. We're here at 1251 Avenue of the Americas, New York, New York, for the purpose of taking the videotaped deposition of Mr. Craig Silverman in the matter of Leidig, et al., versus BuzzFeed, Inc.

The videographer is James Soto, the court reporter is Amanda McCredo, both with U.S. Legal Support.

Will counsel please identify yourselves for the record.

MR. WISE: For plaintiffs, Harry Wise.

MS. STROM: For defendant, Rachel Strom.

THE VIDEOGRAPHER: Please administer the oath.

CRAIG SILVERMAN, the witness herein, after having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY
MR. WISE:

Q Good morning, Mr. Silverman.
A Good morning.

Page 4

C. Silverman

Q My name is Harry Wise. I'm a lawyer, as you know. I represent Mr. Leidig and his company Central European News in a liable suit against BuzzFeed.

I'm going to ask you some questions about the story -- the preparation of the story that led up to the lawsuit.

Is there any reason you can think of that you won't be able to adequately answer my questions this morning?
A No.
Q Can we have an understanding that if you don't feel you've understood a question of mine, that you will let me know so that I can rephrase it for you?
A Yes.
Q So, if you do answer my question, I will assume that you believe you have understood it, okay?
A Okay.
Q And also, if I say "CEN," can we understand that that will be Central European News?
A Okay.
Q The shorthand version.

Page 5

C. Silverman

If I say "the article" or "the piece," that I'm referring to the piece in question that was co-authored by you, entitled "The King of Bullshit News"?
A Uh-huh, yes.
Q And also, as I'm sure you've been instructed, nodding your head or saying "uh-huh" --
A Right.
Q -- is not the way to do it.

And also, not saying anything until I'm done with my question. There is a tendency we all have to talk over the questioner when you think you know where it's going. Please try to resist that, so I can finish my question, your attorney can have a chance, if she wishes, to object it, and then go ahead and answer it.

Okay?
A Okay.
Q Are you currently employed?
A Yes.
Q And who are you employed by?
A BuzzFeed.
Q What is BuzzFeed?
A BuzzFeed is a media company.

Page 6

C. Silverman

Q What is the company that you work for?
A I believe the company I officially work for is BuzzFeed Canada, incorporated in Canada.
Q What is your title?
A Media editor.
Q How long have you been a media editor for BuzzFeed?
A Since late 2016.
Q What do you do as media editor?
A My beat focuses around coverage of big platforms, like Google and Facebook, and also around online misinformation, and, in general, topics about digital deception.
Q What do you do in your beat?
A I report stories, I edit stories from team members that work with me. Those are the two primary things.
Q How many team members do you have on the team that works for you?
A Currently, we have two other reporters and a video producer, all based in Toronto.
Q Mr. Silverman, are you aware that last week BuzzFeed published a story about a prominent Russian journalist, who was a critic of Vladimir Putin,

Page 7

C. Silverman

being murdered in Ukraine?
A Yes.
MR. WISE: Can I have this marked as Plaintiff's Exhibit ZZ, please.
(BuzzFeed News tweet was marked as Exhibit ZZ for identification, as of this date.)
Q Mr. Silverman, I show you a document that we've marked as Plaintiff's Exhibit ZZ for identification and ask if that's a copy of the story as published by BuzzFeed?
MS. STROM: Objection.
You can answer.
A It's not a copy of the story, it's a tweet linking to the story.
Q I see. So, it doesn't contain the story, but it refers to it --
A Yes.
Q -- is that correct?
A Correct, sorry.
Q Was that story true?
A No. The journalist was not shot and killed, he faked his own death.

Page 8

C. Silverman

Q So, it was a hoax, correct, the story?
A Yes, you could say it was a hoax.
Q Why would you be reluctant to say it was a hoax?
A It's a complicated story. He faked his own death in order to expose what he says is an assassin. So, it's a different kind of hoax, I guess, is why I hesitated.
Q And the story, I think it's fair to say, went around the world; would you agree with me?
A Yes.
Q Published by everybody, all the major news outlets there are?
A I saw it published by many major news outlets, yes.
Q Including, say, The New York Times?
A I didn't see a New York Times article, but I think that's probably a fair assumption.
Q And sent around, perhaps, by Reuters, the news service?
A Perhaps.
MR. WISE: Can we have marked as Plaintiff's AAA.
(BuzzFeed News tweet was marked

Page 9

C. Silverman

as Exhibit AAA for identification, as of this date.)
Q Mr. Silverman, I now show you a document we've marked as AAA for identification and ask if you can identify for me what that document is.
A This shows a tweet, also sent by BuzzFeed News, connected to the original tweet, that is a correction and that reports he is actually not dead.
Q Now, on the basis of the printing of this false story, do you think BuzzFeed ought to be entitled "The King of Bullshit News"?
A No.
Q Or The New York Times?
A No.
Q So, is it fair to say that the best news organizations that there are can occasionally be victimized by a hoax?
A Yes.
Q Are you familiar with a journalist named Jayson Blair?
A Yes.
Q Who is Jayson Blair?
A He was a New York Times reporter who

Page 10

C. Silverman

fabricated and, I believe, also plagiarized in many of his stories, when he worked there.

Q And was he eventually discovered?

A Yes.

Q And The Times fired him, as I recall?

A I think he may have resigned, but it's safe to assume he left the paper.

Q Are you also familiar with a journalist named Janet Cooke?

A Yes.

Q And who is Janet Cooke?

A She was a reporter at The Washington Post, who fabricated details of a story that went on to win a Pulitzer Prize.

Q And didn't The Washington Post have to return the Prize?

A Yes.

Q Are you also familiar with a journalist named Stephen Glass?

A Yes.

Q And what did he do?

A He fabricated many details and articles for the New Republic and I believe also for Rolling Stone.

Page 11

C. Silverman

Q And finally, are you familiar with a journalist named Jack Kelley?

A Yes.

Q And what did he do?

A I believe he fabricated details in reporting for USA Today, if I remember correctly.

Q Now, on the basis of employing these frauds, should we anoint The New York Times, The Washington Post, the New Republic, and USA Today as "kings of bullshit news"?

A No.

Q And that's because any news organization, no matter how good, can be occasionally betrayed by an employee; would you agree?

MS. STROM: Objection.

But you can give your opinion on his assessment, if you'd like.

A It's, it's certainly possible.

Q Would you also agree that merely because a news story has a mistake of fact in it, that does not make it "bullshit news"?

A I would agree.

Q In a book you wrote, you wrote that there is a level of acceptable error that the public will

Page 12

C. Silverman

tolerate and will create an environment for great journalism.

Do you recall writing that?

A Yes.

Q Do you agree with that sentiment?

A Yes.

Q And in the same book, you quote, I believe approvingly, an academic journalism specialist named Philip Meyer as saying, "A newspaper with zero level of factual errors is a newspaper that is missing deadline, taking too few risks, or both. The problem is finding the right balance between speed and accuracy."

Do you recall including that quote in your book?

A Yes.

Q Do you agree with it?

A Yes.

Q And finally, what you said, I believe in the same book, is, "The public has a capacity for forgiveness for an error that, for example, was printed as a result of erroneous information supplied by the police department. What they don't accept are sloppy errors or errors that result from

Page 13

C. Silverman

lazy or malicious journalism."

Do you still believe that to be true?

A Yes.

Q What is your nationality?

A I'm Canadian.

Q And you hold a Canadian passport?

A Yes.

Q Do you hold any other passports?

A No.

Q Were you born and raised in Canada?

A Yes.

Q Where?

A Nova Scotia. Halifax, Nova Scotia.

Q Do you speak, read, or write any languages other than English?

A I speak and read a bit of French.

Q Is that because you grew up in an area where it's spoken?

A Canada is a bilingual country officially, so I was taught French in school.

Q Have you ever translated, as part of your journalistic endeavors, French into English?

A It has happened on occasion.

Q And you've had occasion to quote -- to

Page 14
C. Silverman
translate French people speaking in French into English?
A Yes.
Q How many times have you had to do that, would you say, in your career?
A I would say it's infrequent.
Q What do you mean by "infrequent"?
A Perhaps less than a dozen.
Q Are you a college graduate?
A Yes.
Q What college did you graduate from?
A Concordia University.
Q Where is that?
A In Montreal, Quebec.
Q Is that a four-year institution?
A Yes.
Q What did you study there?
A Journalism.
Q What degree did you get, and when?
A I received a bachelor of arts in 1999.
Q And your major was journalism?
A Correct.
Q After you graduated from college, did you continue your education?

Page 15
C. Silverman
A I have not received another university degree.
Q Have you studied at any other institutions since graduating from college?
A I haven't studied, that I recall, but I did do a research fellowship at an organization connected to Columbia University.
Q Is that the Tow Center for Digital Journalism?
A Yes.
Q When did you do that?
A My fellowship began in the summer of 2014 and concluded in early 2015.
Q So, after graduating from college, did you enter the workforce?
A Yes.
Q What did you do?
A My first job out of college was working at a magazine, and my second job out of college was working at a technology company.
Q What magazine did you work for?
A It was called Naked Eye.
Q Was that a print publication?
A Yes.

Page 16
C. Silverman
Q What does that -- strike that.
What does that magazine do?
A It was a general interest magazine focused on a younger audience.
Q What did you do for the magazine?
A I was the managing editor.
Q And what did your duties entail as managing editor?
A It was at the very start of the magazine, so some of it was hiring, some of it was conceiving of the different parts of the magazine. There was some editing involved and a bit of writing, as well.
Q Was the magazine published in Canada?
A Yes.
Q How long did you work for it?
A It was just a few months, from my recollection.
Q Less than a year?
A Yes.
Q What happened at the end of that time period?
A I was let go.
Q What did you do after that?
A I joined a technology -- well, sorry.

Page 17
C. Silverman
I freelanced for, I believe, a few months, and then I joined a technology company.
Q Can you recall what the period was that you freelanced?
A The most I can recall is, I think it was a few months in between.
Q And what year are we talking about now?
A This would be 1999, I believe.
Q And what did you do as a freelance in 1999?
A I wrote mainly for a weekly newspaper in Montreal called The Hour, and I wrote general news stories and some arts, as well.
Q You were paid by the story?
A Yes.
Q And what did you do at the end of the period that you freelanced?
A I joined a company called Zero-Knowledge Systems, that made privacy and security software.
Q Where was that company located?
A Montreal.
Q What was your position there when you joined it?
A I believe my title was corporate writer, or something to that effect.

Page 18

C. Silverman

Q When did you join it?
A I believe it was the fall of 1999.
Q As corporate writer, were you writing material for use in-house at the company?
A Some in-house, but primarily public-facing.
Q You mean like press releases and that kind of thing?
A Yes.
Q How long did you work for Zero-Knowledge?
A Roughly three years.
Q And that takes us till when?
A 2002, I believe, yeah.
Q What happened with respect to Zero-Knowledge and you in 2002?
A I was laid off.
Q And when in 2002 was that, to the best of your recollection?
A My recollection is it was the summer of 2002.
Q What did you do then?
A I became a freelance journalist.
Q Where did you freelance journalism [sic]?
A I wrote and became a columnist for The Hour, the weekly newspaper in Montreal. I also

Page 19

C. Silverman

contributed to different magazines in Canada, as well as some magazines and newspapers in the United States and elsewhere.
Q Did you have any particular area that you wrote about?
A Initially, I didn't have as much of a focus, although I wrote a lot about technology. But over time, I began to focus more on media.
Q What do you mean by "focusing on media"?
A In 2004, I started the blog called Regret the Error, that focused on media accuracy, corrections, transparency, plagiarism, fabrication. And over time, that blog led to other work in journalism.
Q How did you come to start the blog focused on errors in journalism?
A I was interested in -- one, I was reading a lot about media, and it was a time of a lot of change in media. I was reading a lot of media blogs, and I wanted to start my own blog, just as an exercise. I thought it would be interesting. And I went looking for a topic that I felt was kind of under-covered. I tried to find a niche, and that was the niche I felt might be interesting.

Page 20

C. Silverman

Q How did you go about trying to cover it?
A Initially, it was a lot of reading the corrections pages, the online corrections pages of newspapers and magazines and other outlets, to look for notable corrections and errors.
And then, over time, I started doing more reporting-driven work, as well.
Q Is that a money-making operation, doing a blog like that?
A No.
Q So, you were still earning your living from freelancing, freelance journalism?
A Correct.
Q And did there come a time when that situation changed, that you were freelancing?
A The blog never really made any money. I think I accepted ads two or three times, but my freelance work started to shift and focus more in that area. So, while the blog didn't make money, my freelancing was making money in that area.
Q What kinds of things were you writing as a freelance in that area?
A I was writing a lot about corrections and accuracy and incidents of plagiarism and

Page 21

C. Silverman

fabrication.
Q Who were you typically selling these pieces to?
A The main client initially was Columbia Journalism Review. I did a column for them, a weekly column, that I was curating some of the corrections I'd found and also eventually doing more opinion-driven and reporting-driven work.
Q How long did that situation last, that you've described, where you were doing your blog and freelance -- freelancing as a journalist?
A It lasted for about a decade, really.
Q And you were able to support yourself as a freelance journalist?
A Yes.
Q Is there a connection between your blog and the Poynter Institute for Media Studies?
A Yes. At one point, my blog moved to Poynter, and I joined as an adjunct faculty member on a one-year contract.
Q What point was that, in terms of year?
A I don't remember exactly. I think it was -- I'm trying to think. Maybe around 2011, would be my guess.

Page 22

C. Silverman

Q Were you paid as an adjunct faculty member?
A Yes.
Q Was that enough to live on?
A That alone was combined with other work, because I wasn't full-time there.
Q What did you do as an adjunct at the Poynter Institute?
A I wrote -- basically wrote the blog, as I had been doing it before, but now for Poynter. I also created some training programs with them for their online training modules. Those were the two primary areas.
Q What online training modules did you work on?
A I believe I did one about avoiding mistakes in journalistic work, and I may have done one around verification and fact-checking, I think, as well.
Q Is the Poynter Institute located in Florida?
A Yes.
Q Did you have to move to Florida to do this?
A No.
Q You stayed in Canada?
A I did.

Page 23

C. Silverman

Q Is the Poynter Institute a journalism school?
A I think it's often described itself as a journalism school, yes.
Q Does it have students who go there full-time to -- at a specific place?
A No, not full-time.
Q Is it online, or is it physically teaching students in classrooms?
A It's doing both of those.
Q You've written books, I take it; is that correct?
A I have written two books.
Q Which two books have you written?
A I wrote a book called Regret the Error about media mistakes, and I co-authored a book about a teenage hacker named MafiaBoy.
Q How did you come to work on the book MafiaBoy?
A MafiaBoy himself reached out to the literary agency that I happened to be represented by, and they asked me to meet him. And from there, we ended up working together.
Q So, you're represented by a literary agent?

Page 24

C. Silverman

A I was. I am no longer represented by them.
Q Who were you represented by?
A I was represented by Shaun Bradley at the Transatlantic Literary Agency.
Q Where is that agency located?
A Toronto.
Q Is that a particular person that you -- was your agent Shaun Bradley?
A Yes.
Q Did he approach you about doing a book with this fellow who called himself MafiaBoy?
A Shaun -- for clarification, Shaun Bradley is a woman.
The second note is that, at the time of that, there was another agent named Don Sedgwick, who was her partner, who was the primary person who worked with me on MafiaBoy. And he initially just asked me to meet with him to see if he was credible.
Q You found that he was, I take it?
A Yes.
Q And you and he put a book together?
A Yes.
Q Was that a matter of him telling you things and you writing the book? Was that how it worked?

Page 25

C. Silverman

A That was a part of it, and the other part involved research. We had the court documents and other public materials, as well.
Q When was the book published?
A I believe it was 2009.
Q Who published it?
A Penguin.
Q Is that in the United States?
A Penguin Canada purchased worldwide rights, so they published it in Canada. Other publishers subsequently purchased rights for the United States and I think a couple other countries.
Q Did it sell well?
A It did okay in Canada.
Q And you talk about a book called Regret the Error. When did you write that book?
A I believe that was published in 2007.
Q What was the subject of that book?
A It looked at the history of media errors, accuracy, and corrections, and also looked at the issues of fabrication and plagiarism.
Q Who published that book?
A It was published by Penguin Canada, in Canada, and by Sterling in the United States.

Page 26

C. Silverman

Q At the beginning of 2014, what were you doing professionally?

A At the beginning of 2014, I was working for a technology company called Spundge, S-P-U-N-D-G-E, and I was also freelancing and still working with Poynter.

Q When had you began working with or at Spundge?

A I began as a consultant with them -- and I think it was in 2012 -- and eventually transitioned to being basically full-time.

Q Does Spundge still exist?

A No.

Q What was Spundge?

A It was a tool initially targeted at newsrooms, to help them manage different information feeds.

Q Where was it based?

A Montreal.

Q Was the tool a software product of some kind?

A Yes.

Q What did it do?

A It enabled newsrooms to gather information

Page 27

C. Silverman

from RSS feeds, social network APIs, private databases, if they had access to it, and filter and organize that information to track specific topics, and then also to actually use that to write articles.

Q Was that a full-time job?

A It was, yes.

Q But you could still freelance, as well, on the outside?

A Yes, I still did some work for Poynter on the outside, and I also ended up editing a book for the European Journalism Center on the side, as well.

Q What is the Tow, T-O-W, Center for Digital Journalism?

A It's an organization within the Columbia Journalism School that researches journalism.

Q Do you have some connection to that center?

A Yes. I was a fellow with them.

Q When was that?

A That was from the summer of 2014 until early 2015.

Q What did you do as a fellow of that center?

A My research project focused on studying viral claims that were being reported by news

Page 28

C. Silverman

organizations, and to also look at the spread and debunking of misinformation.

Q What do you mean by "viral claims"?

A I was particularly focused on articles that were appearing on news websites that had some kind of unverified claim in them. So, a statement about something that it was hard to determine whether it was fully true or not.

Q When you say they had something unverified in them, what do you mean by "unverified"?

A "Unverified" meaning something that it wasn't yet clear whether it was true yet or false.

Q Did you receive income from your relationship with the Tow Center?

A Yes.

Q Was that enough to live on?

A No.

Q Did your project lead to any publication of anything?

A Yes, in early 2015, I published a research paper.

Q What was the title of your research paper?

A Lies, Damn Lies, and Viral Content.

Q How did you publish it?

Page 29

C. Silverman

A It was published as a printed book, as well as a PDF that anyone could download.

Q Is that still available?

A Yes.

Q Did you also write something called The Verification Handbook?

A I edited that.

Q When was that?

A I meant to look up when it was published. I believe it was published around 2013 or 2012.

Q What did you do with respect to that book?

A I helped edit all of the material that was submitted by the different contributors, I helped suggest some of the contributors for it, and shaped the chapters that they wrote.

Q How did you first become connected to that project?

A I was contacted by a person at the European Journalism Center.

Q What is the European Journalism Center?

A It's a nonprofit based in Amsterdam that publishes different material related to journalism, and I believe also runs a series of training events.

Q Would you say that, by that time, you had

Page 30

C. Silverman

become something of a specialist in the field of debunking?

A By which time?

Q By the time you were, let's say, working at the Tow Center.

A It was definitely a specialty for me, yes.

Q What is debunking?

A Debunking is the work of trying to determine whether something is true or false.

Q What does it mean to debunk a news story?

A To prove that some claim in it is false.

Q Not just to raise a question, but to prove the falsity?

A If something is debunked, there was something that is proven to be contrary to what was claimed.

Q How is it done?

A In general, it's traditional journalistic methods of research.

Q Doing the same thing journalists do to write their stories; is that true?

A Yes.

Q What skills do you need to do it?

A I think, today, an important skill is a

Page 31

C. Silverman

familiarity with Internet research, with -- also with social networks and the different ways that information flows, but also just basic journalistic skills, I think.

Q How would you describe basic journalistic skills?

A Critical thinking, conducting interviews, you know, obtaining and researching information.

Q Is it fair to say that the best way to debunk a news story is to find and talk with the original source or sources for the story?

A That is an important piece of it, yes.

MR. WISE: Let's have a document marked as Plaintiff's BBB.

(BuzzFeed_001454 was marked as Exhibit BBB for identification, as of this date.)

Q Mr. Silverman, I show you a document we've marked as Plaintiff's BBB for identification, and ask if that is a copy of an email that you sent to a Dr. Neal Krawetz, K-R-A-W-E-T-Z.

A Yes.

Q And noting that the first sentence says, when you do verification training sessions, the

Page 32

C. Silverman

first thing you mention is that you still have to "talk to the source."

Do you still believe that?

A Yes.

Q What verification training sessions do you do?

A I'm often asked by journalism schools or newsrooms or other organizations to talk about how you verify information from social networks and other sources.

Q How often do you give such lectures?

A I would say several times a year.

Q And are you generally paid for those lectures?

A Sometimes, and sometimes not.

Q Now, if you go back to the original source, and the source has lied to whatever journalist has already written the story, he might lie to you -- he or she might lie to you, as well; isn't that true?

A That could be true.

Q So, you might have to delve even deeper than the source to find out what the truth is, correct?

A Yes.

Page 33

C. Silverman

Q At some point, did you develop something called Emergent?

A Yes.

Q And what is Emergent?

A Emergent was a piece of software that was aimed at being a place where we could track rumors that we had identified and gather data about them.

Q How did you come to develop it?

A I was thinking, in 2014, about a way of sort of systematically tracking rumors, and I started talking to a developer, a software programmer in Montreal, about the idea, and decided to engage him and hire him to help build it as part of my fellowship.

Q This was as part of your fellowship with the Tow Center?

A Yes.

Q Who was the software developer?

A Gosh, what was his name? Geez, I'm blanking on his name, I apologize.

Q No problem.

A Could I find that for you and come back?

Q Yes, that's no problem.

A Okay.

Page 34

C. Silverman

Q How long did you two work together on the project?

A We worked together from, roughly, I think, the summer of 2014 into the spring of 2015.

Q What did you do as part of that collaboration?

A I helped come up with the initial idea of what I wanted to do. I would review the stuff that he was building, and then I was also testing and using it.

Q What was the initial idea of what you wanted it to be able to do?

A One part was we needed a place where we could create a database of the claims that we were tracking for the research, so it needed to be a place where we could input data and then be able to kind of output and analyze that data.

I also wanted it to be able to capture the social engagement that a particular claim was getting, so pulling data from Twitter and Facebook, and, at the time, Google+.

And we also wanted a way to track any changes to the news articles that we were looking at, to see if they were updating or correcting them.

Page 35

C. Silverman

And finally, I wanted it to also have a public-facing interface, so that the data could be viewed by members of the public.

Q So, is it fair to say that this was going to help you do your project for the Tow Center?

A Yes.

Q And your project involved looking at a number of news stories that you thought might have issues with truth?

A It wasn't necessarily that they had issues with truth, it was more that there was a claim in them that it wasn't clear whether it was fully true or fully false.

Q How did you pick the news stories that you were looking at?

A Myself and a research assistant looked at Twitter feeds, websites, we used RSS feeds. So, there were a variety of places that we went looking.

Q Were you looking for publications made by journalistic entities, or were you also looking at posts by private citizens?

A Our main criteria for the kind of source we would include is whether it was included in Google News or not. So, we did a lot of searching in

Page 36

C. Silverman

there.

Q What is Google News?

A Google News is a product that can be used to read the news of the day, and it's operated by Google.

Q So, what did your software enable you to do with respect to the stories that you put into Emergent?

A One thing that we were able to do was to gather basic data about the stories, such as when it was published, who the author was, what publication it was published by; and then we entered in some of the content from the story, the headline and passages; and then the system was able to look at -- over time, at different time slices, to see if the text of the article had changed; and then I was able to view any new text that had been added in the system.

Q Why were you looking at changes in the text?

A That was a way to see if, over time, the story evolved, and if new details were added or corrections or retractions were added.

Q And I think you said that the software also

Page 37

C. Silverman

enabled you to follow the story on social media; is that true?

A Yes. We were able to gather data about, for example, the number of retweets and likes, that a particular URL, a particular story was getting, and the same for engagement on Facebook and the same for engagement on Google+.

And just as we were looking at different time segments to changes to the article text, we also looked at different time segments to gather the interaction, kind of, pattern over time.

Q As you set up this system to help you with your project, did you also have the idea that it might be a commercially viable product?

A Potentially.

Q What did you think it might be commercially useful to do?

A I wasn't sure.

I had a few potential ideas. One was, could we actually run a website that was doing this that might be commercially viable through advertising?

The other idea was, if we gathered data over time about specific topic areas, would we be

Page 38

C. Silverman

able to eventually give a kind of prediction of whether a story might turn out to be true or false.

Q Now, is this a system that could, in itself, by itself, debunk a story?

A No.

Q You still would need someone to go and check out the facts at some point, correct?

A Correct.

Q Was there something connected with this project called -- Emergent called a truthiness rating?

A Yes, I believe our internal designation of how we were rating an article -- I think we used the term "truthiness rating."

Q So, it was a way to rate the article that you were entering into the system to follow?

A Yes.

Q And did you coin the term, or did you consciously borrow it from the American comedian Stephen Colbert?

A It was definitely consciously from -- inspired by Stephen Colbert.

Q How did you create a truthiness rating for any particular piece?

Page 39

C. Silverman

A It involved looking at the content of the story itself and examining the claims that were being made about the core claim that we were interested in, and then determining what evidence it had to back that up.

Q So, it was basically a subjective evaluation by the person entering the story?

A It was an evaluation by the person entering the story using a methodology that we set out.

Q What would be the significance of the truthiness rating in the operation of Emergent?

A It was used by us, in the research, to determine, you know, the data that we had.

Q Could you tell me what you mean by "determine the data that we had"?

A Well, when we would go to analyze the data, we were able to look at stories that were unverified, stories that were true, stories that were false, and we were able to then compare that to things like our social interaction data that we had.

Q I confess I'm still not clear about how the truthiness rating worked.

As you enter -- as you pick a story to examine and enter it in the Emergent system, you

Page 40

C. Silverman

rate it on how true it seems or how false it looks like it might be; that's the truthiness rating?

A So, my recollection of it was, it was actually initially more about how the story itself was treating the claim.

So, if, for example, the headline of an article said -- you know, made a claim about something and then attributed it to officials or attributed it to reports, then we rated that as kind of repeating the claim. It was them not necessarily, you know, endorsing it directly, it was them sort of propagating it with attribution. If they did not add particular attribution, then they were stating that claim as true. If they had a headline that was clearly labeling it as false, then they were labeling it as false.

So, it was more a reflection of what -- how the article in question was dealing with the claim.

Q So, it was more, in terms -- more relevant to the nature of the article than the subjective judgment of the person entering the article into the system, as to how true or false it was?

A That's correct, yes.

Q Has Emergent become a successful commercial

Page 41

C. Silverman

product?

A No.

Q What is the status of Emergent at the present time?

A The website is still active, but it is dormant; it's not being updated.

MR. WISE: Let's mark, please, Ms. Reporter, this next document as Plaintiff's CCC for identification.

(Poynter article dated April 24, 2015 was marked as Exhibit CCC for identification, as of this date.)

Q Mr. Silverman, I show you a document that's been marked as CCC for identification, and it appears to be some sort of article in Poynter.

Are you familiar with this article?

A Yes.

Q And does it correctly state the situation with respect to Emergent at the time of the article?

A I believe so.

Q And has the status of Emergent changed since the publication of this article?

A I don't think so, no.

Page 42

C. Silverman

Q Are you familiar with a journalist by the name of Tom Phillips?
A Yes.
Q Who is Tom Phillips?
A Tom Phillips was a journalist at BuzzFeed, who now works at Full Fact in the UK.
Q What is Full Fact?
A Full Fact is a fact-checking organization.
Q When did you first become aware of Mr. Phillips?
A I believe the first time I was aware of him was during Hurricane Sandy, when he was operating a blog that was verifying images that were spreading on social media during Hurricane Sandy.
Q You saw his blog?
A Yes.
Q Did that cause you to get in touch with him?
A I believe so, yes.
Q When was that?
A I don't recall exactly.
Q What's your best recollection of when it might have been? Around the time of Hurricane Sandy, I guess.

Page 43

C. Silverman

A Exactly, it would have been the time around Hurricane Sandy.
Q I suspect we can verify that.
Did you two develop a professional relationship?
A We were -- yeah, sure.
Q What was that relationship?
A I think we would occasionally be in touch on social media.
I also recall that, when I was in London for Spundge, meeting with newsrooms, I met with a newsroom, where Tom happened to be working at the time and said hello to him.
Q Where was Tom Phillips working at the time you met him in a newsroom?
A I believe he was at a project that was being running by -- I think it was a Trinity Mirror project, if I remember accurately. That's no longer active.
Q Did you and Tom ever discuss his opinion about tabloid media?
A I don't know that -- I remember him telling me he worked for Metro UK at one point, and felt that some of the stories were questionable that he

Page 44

C. Silverman

saw subsequently from them.
Q But you and he never discussed, in general, his either dislike of or affection for tabloid media?
A I don't recall.
Q When, for the first time, did you become aware of a company called Central European News?
A I believe it was in August of 2014.
Q What happened in August of 2014 to cause you to become aware of Central European News?
A I saw someone on Twitter share an article in the Daily Mail that claimed a man in Russia had been saved from a bear attack when his cell phone played a Justin Bieber song as a ringtone. And when I looked at the article, I saw the photos were attributed to CEN.
Q What caused you to look at the article?
A That's in the early stages of Emergent, and I felt that that was the kind of a story with a claim that might be interesting for us to look into.
Q Did you look into it?
A Yes.
Q What did you do?
A I believe the first thing I did was to read

Page 45

C. Silverman

the Daily Mail article closely, to see what sources they were citing. I reverse image searched the images that were in it, to try and find other news articles that cited it. And from there, continued to try and determine where the story originated.
Q Now, from your earlier testimony, I understand that you do not speak or read Russian; is that correct?
A Correct.
Q So, was this -- things that you were looking at in English or in Russian or both?
A Both.
Q How did you evaluate the things that were in Russian?
A I used Google Translate.
Q What did you find when you investigated the story about the Justin Bieber ringtone?
A I found a Russian story that predated the Daily Mail story. I found an article with similar quotes and the same images on a website called the Austrian Times, that was in English. And I found that the Russian article predated the English-language ones and appeared to be the original source of the story.

Page 46

C. Silverman

Q What did you do with the information that you had obtained during your investigation of this "Justin Bieber ringtone" story?

A Well, I informed my editors at Poynter that this might be a story we can publish. I may have entered it into Emergent, but I don't remember if it was active then. And I also gathered that information and began reaching out to CEN.

Q Now, when you say that you suggested to Poynter that it was a story that you could publish, what do you mean?

A Well, it was a story that I was looking into that -- because I didn't have a website, that might fit with my beat at Poynter.

Q What did you do next after -- well, strike that.

So, did you try to get in touch with CEN about the story?

A Yes.

Q How did you do that?

A By phone and by email.

Q What was the response from CEN?

A There were several emails. I believe I received perhaps one response, and there was a brief

Page 47

C. Silverman

phone call with someone who answered the phone in their office.

Q What was the position of CEN, if you recall?

A Well, initially, they didn't really have a position. The person on the phone informed me that, overall, in general, they used stringers and people locally to source stories.

Q Did they tell you who the person in charge of CEN was?

A I believe they informed me that Michael Leidig was in charge, but he was on vacation.

Q What was your understanding of whether Mr. Leidig would talk to you or not about the concerns you had raised about the story?

A My understanding is that they were asking me to wait two weeks.

Q And did you wait two weeks?

A No.

Q Why did you not wait two weeks?

A Well, there were other people working at the agency. They apparently might have stringers somewhere. There were other people who could have responded, if they wanted to respond.

Page 48

C. Silverman

MR. WISE: Let's have a document marked as DDD.

(BuzzFeed_000860 through 861 was marked as Exhibit DDD for identification, as of this date.)

Q Mr. Silverman, I've now shown you a document that we've marked DDD for identification.

And I just ask you if those are communications that you engaged in in connection with your investigation of the Justin Bieber story?

A Yes.

Q At the time you first learned about CEN -- and are we clear that "CEN" is Central European News?

A Yes.

Q Were you familiar with a company called Storyful?

A Yes.

Q What is or was Storyful?

A Storyful is a company that works with newsrooms, provides them material that they source from social media and they clear the rights for, and they also have a specialty in verification of online

Page 49

C. Silverman

material.

Q Where is Storyful located?

A When it was founded, it was based in Ireland. It's since been acquired by News Corp and may be based in New York now.

Q Did you ever have a professional relationship with Storyful?

A My relationship with them was that I had interviewed the founder and editor-in-chief at times for my CJR column and was regularly in touch with them about what they were seeing.

Q Who was the founder?

A Mark Little.

Q How do you spell Little?

A L-I-T-T-L-E.

Q The regular way.

Are you familiar with a woman named Claire Wardle?

A Yes.

Q Who is Claire Wardle?

A She is an expert in online misinformation and verification. She is currently the director of First Draft.

Q What is First Draft?

Page 50

C. Silverman

A First Draft is a nonprofit organization that helps train journalists in verification and also publishes research into online misinformation.
Q Have you ever discussed CEN or Michael Leidig with Claire Wardle?
A I don't recall.
Q You think you didn't, or you don't recall whether you did or not?
A I don't recall whether I did or not.
Q Do you know of a woman named Emily Bell?
A Yes.
Q Who is Emily Bell?
A She is the director of the Tow Center for Digital Journalism.
Q So, would my understanding be correct that you did, at some point, discuss CEN and Michael Leidig with Emily Bell?
A I'm actually not sure that I ever did with her.
Q So, you were dealing with someone else at the Institute at that time?
A She was not the primary person working with me on my research report, but I also don't know that I was ever really that much in touch with him about

Page 51

C. Silverman

CEN specifically.
Q "Him"?
A Sorry?
Q Oh, I see. You weren't referring to Emily Bell in your last answer, you were referring to the person that you regularly dealt with?
A That person, as well as anyone else at the Tow Center, yeah.
Q What was the person that you regularly dealt with at the Tow Center?
A I believe his name was Fergus Bell [sic], if I recall correctly. He was a senior fellow there.
Q Any relation to Emily Bell?
A Oh, sorry. That must not be his last name. Fergus -- he's not there anywhere, so I honestly don't remember his last name.
Q Fair enough.
Do I correctly recall that you -- when you first saw the Justin Bieber story, it had been reported in MailOnline?
A Yes.
Q What is MailOnline?
A It's the website of the Daily Mail.

Page 52

C. Silverman

Q And is that a source for news on the Internet?
A Yes.
Q Would you say that MailOnline is the competitor of BuzzFeed?
A Yes.
MR. WISE: I'd like to have marked EEE for identification, please.
(Tom Phillips tweet was marked as Exhibit EEE for identification, as of this date.)
Q Mr. Silverman, I show you a document that's been marked EEE for identification.
Can you tell me what this document is?
A This shows a conversation on Twitter between myself and Tom Phillips.
Q And am I correct that it refers to a conversation -- or relates to a conversation about CEN?
A Yes.
Q When, for the first time, did you discuss CEN with Mr. Phillips?
A I'm not sure.

Page 53

C. Silverman

Q Was it about the time when you did your investigation of the Justin Bieber story?
A Yes.
Q But not before that?
A I don't think so, but I'm not certain.
Q I see that -- I believe, if I interpret this correctly, it's Mr. Phillips saying, "Good ol' CEN. I remember them from years ago."
Am I correct that that's him saying that?
A Yes.
Q Did he tell you what he remembered about CEN from years ago, ever?
A Yes. I think subsequently he mentioned to me that, when he worked at Mirror UK, he would see stories from CEN.
Q Is that what he's looking for, second up from the bottom of the page, where he says, "I will have a look later"?
A I couldn't really comment on what, what he looked for.
Q Well, you're asking him to look for examples. That is examples of CEN's stories that he feels may be false in some way?
A That's what I was asking him.

Page 54

C. Silverman

Q Now, what is the nature of this document, as far as communications? How would you describe what this document is, EEE?
A It's a conversation on social media.
Q Which social media is it on?
A Twitter.
Q Now, is this a copy of something known as a direct message?
A No.
Q What is a direct message?
A A direct message is a private message that users on Twitter can send to each other.
Q Did you ever discuss CEN with Mr. Phillips in that manner?
A I don't believe so.
MR. WISE: This is FFF.
(BuzzFeed_013412 through 421 was marked as Exhibit FFF for identification, as of this date.)
Q Mr. Silverman, after your look into the Justin Bieber story, did your discussions with Mr. Phillips about CEN continue?
A I believe it continued later in 2014.

Page 55

C. Silverman

Q What do you mean by "later"?
A I recall Tom reaching out to me to say they wanted to talk about CEN.
Q And would that have been -- or was that -- strike that.
Was that in early December of 2014?
A Possibly.
Q The reason I ask, obviously, Mr. Silverman, as I note on this exhibit, that someone is suggesting that they reach out to you, and the date of the email appears to be December 1st of 2014.
And I guess my question is: Did they reach out to you at the beginning of December in 2014?
MS. STROM: Objection. Just make sure you take a breath, but you can answer.
A I mean, I believe we were in touch at that point.
Q How do you recall they got in touch with you?
A An email from Tom Phillips.
Q Do you recall what the original email said?
A No.
Q When, for the first time, did they have a communication with you about CEN, whose substance

Page 56

C. Silverman

you can recall?
A I mean, I recall having a conversation with Tom about potentially working on a story together.
Q And did, did Mr. Phillips tell you what the nature of the story would be?
A No.
Q What did he tell you about the story?
A At that point, it was a general statement that it was probably worth looking more into the kinds of stories that was coming from them, to see if there might be something to look into.
Q Did you know, at the time you heard from Mr. Phillips, that BuzzFeed had published the "Justin Bieber ringtone" story?
A I believe I was aware of that, yes.
Q Do you recall whether BuzzFeed still had that story up at the time it published the piece about CEN?
A Yes.
Q Yes, it did have it still up?
A Yes, and I believe a correction was added to it.
Q Do you know whether BuzzFeed got the story from CEN?

Page 57

C. Silverman

A I don't know.
Q Were you interested in helping BuzzFeed do a piece on CEN?
A Yes.
Q Did you eventually get involved in working on the CEN piece?
A Yes.
Q When was that?
A Late 2014.
MR. WISE: I'd like to have this marked as GGG.
(BuzzFeed_001067 through 1070 was marked as Exhibit GGG for identification, as of this date.)
Q Mr. Silverman, I'm going to give you a chance to take a look at this document, and then I'm going to ask you some questions about it.
A Uh-huh.
(Perusing document.)
Q Is it correct to say, Mr. Silverman, that this document contains copies of some email traffic between you and people at BuzzFeed?
A Yes.

Page 58

C. Silverman

Q And it concerns the work on the story about CEN?
A Yes.
Q And directing your attention to the paragraph in the middle of the first page, when you say you "just loaded in a bunch of suspect stories," does that mean loaded into Emergent?
A Yes.
Q Were these stories that you had gone out and found?
A I don't recall how I came across those stories.
Q The next sentence says, "The others originated on Leidig's Croatian Times and Austrian Times sites."
How did you become familiar with the Croatian Times and Austrian Times sites?
A I became familiar with Austrian Times as part of the Justin Bieber story investigation.
I don't recall exactly when I became aware of Croatian Times.
Q When you say the stories that you loaded into Emergent had "suspect sourcing and pics," what did you mean?

Page 59

C. Silverman

A I don't recall exactly what I meant in that email.
Q And when you say that "Tom's suspicion that trouble starts when they go far afield" -- I think the next word should be "from" -- "Eastern Europe is correct," what was Tom's suspicion?
A I believe his suspicion was that the stories outside of Eastern Europe were -- had more suspicious details.
Q And by "suspicious details," you mean details that did not contain specific sources for them?
A That could be an example.
Q What could be other examples?
A Photos that do not match the -- what's being claimed in the story.
Q Anything else?
A Quotes that are not attributed to any particular entity or person that you could identify.
Q Does that mean anonymous quotes, or is that something else?
A Quotes attributed to general people, like a police spokesperson or an expert or a bystander.
Q Without a proper name?

Page 60

C. Silverman

A Yes.
Q Do you see at the top of this, where Mr. Phillips says that he's going to go back through old stories he did from their copy at Metro?
Do you know whether he ever did that?
A I don't recall.
Q Do you recall whether he ever came to you with examples of stories that he had done at Metro from CEN that he was dubious about?
A I don't recall him showing me examples from Metro.
Q Looking forward to all of what you did in connection with the piece about CEN, did anything that you did take you away from your computer screen?
A Yes, there were phone calls.
Q Anything other than the computer screen and the phone?
A No.
Q In December of 2014, you were collecting CEN stories to look at; is that true?
A Yes.
Q How were you doing it?
A I was looking for stories on frequency and

Page 61

C. Silverman

clients, like MailOnline, to see if photos and other details were attributed to CEN; and also searching in Google News and elsewhere for Central European News being cited.
MR. WISE: HHH.
(BuzzFeed_000010 through 18 and 034 was marked as Exhibit HHH for identification, as of this date.)
Q Mr. Silverman, I show you a document we've marked as Plaintiff's HHH for identification and ask you if you can tell me what this document is.
A This document appears to show Google Alerts that were sent to my email address for the term "Austrian Times."
Q What is a Google Alert?
A A Google Alert is an automatic notification you can create based on a key word or set of key words to notify you when they're mentioned online.
Q And you set up a Google Alert in connection with your research for the BuzzFeed piece?
A Yes.
Q What was the alert that you set up?
A It was set up for any mentions of the

Page 62

C. Silverman

phrase "Austrian Times."

Q So, where would the Google Alert look for material that had "Austrian Times" in it?

A I don't remember the specific settings, but, obviously, this was online material.

Q So, is it fair to say that this document alerted you to several stories, is it correct, with the words "Austrian Times" or cited from Austrian Times?

I'm unclear about that. Can you clarify that for me?

A My reading of the document is that I was searching for the phrase "Austrian Times," and clearly it was turning up articles published by Austrian Times.

Q Did you review this material at the time?

A I would imagine I did.

Q Is there any doubt that you did?

A I don't have reason to doubt it.

Q Do you recall what you did with it, if anything?

A No.

Q Do you recall whether you looked at these stories at the time?

Page 63

C. Silverman

A I don't specifically recall.

Q Do you recall that you didn't, or is it that you can't recall whether you did or not?

A I can't recall whether I did or not.

Q Do you recall anything that you did with this material that is contained in Exhibit HHH?

A I don't recall anything specific.

Can I amend an answer, as well?

Q Yes, you may.

A It appears I was also searching for "Croatian Times," as well as "Austrian Times."

Q And you know that because you see --

A I see -- yeah, sorry.

Q -- that some of these are stories that apparently appeared in the Croatian Times?

A Page BuzzFeed_000015 shows a search -- an alert term for "Croatian Times."

MS. STROM: The one that I have is missing 15. I don't know if the -- it seems like the proper one has it, but --

We'll get a copy with the transcript, I would imagine, so...

MR. WISE: Oops.

MS. STROM: And it's also missing from 19

Page 64

C. Silverman

to 33, if that was on purpose.

MR. WISE: Let me figure this out.

Is yours --

THE WITNESS: Also, 18 to then 34.

MR. WISE: Can we go off the record for a second.

THE VIDEOGRAPHER: Off 10:50.

(Recess taken.)

THE VIDEOGRAPHER: Back on, 11:07.

Q Let the record reflect that we've taken a brief recess so I could correct some of my mistaken staplings, and I believe I've now correctly arranged the pages in all the Exhibit HHHs.

I would note that there is a gap between the last two pages in terms of the BuzzFeed number from 18 to 34 and there's also different dates on these pages. So, I think they are different documents, and that's why the gap.

And I am through talking about it.

MS. STROM: Do you have one for me?

MR. WISE: I gave you one.

MS. STROM: Oh, this is the one?

MR. WISE: HHH.

MS. STROM: Okay. Sorry. You absolutely

Page 65

C. Silverman

did.

Q Did there come a time, Mr. Silverman, that there were discussions about you coming to work at BuzzFeed?

A In 2015, yes.

Q Not until 2015?

A Correct.

Q When you got involved in working on the CEN piece with BuzzFeed, did you have any interest in having BuzzFeed fund or otherwise promote Emergent?

A Yes.

Q Did you have discussions with them about that?

A I met with Ben Smith in early 2015 and raised the idea of a possible investment.

MR. WISE: Let me have a document marked as III for identification.

(BuzzFeed_009145 through 146 was marked as Exhibit III for identification, as of this date.)

Q Mr. Silverman, I'm showing you a document that we've marked as III for identification. And although it is not a copy of an email that

Page 66

C. Silverman

apparently you were copied on, I would like to ask you some questions about the facts set forth on this document.

Firstly, it states that, in terms of working on the CEN piece, that you were going to be busy until close to Christmas, the 19th of December, actually.

Was that true?

A It seems correct.

Q You don't recall that specifically?

A I don't recall that specifically.

Q Do you recall any discussions at that time about whether you, that is the people working on the CEN piece, were going to have to dive into Weibo -- that's W-E-I-B-O -- which it says here is a Chinese social network?

A I don't specifically recall a conversation about that.

Q It also says that you were having some -- I believe that's "development work" -- on Emergent back end, so it can be used as a research tool.

Do you recall that you were doing that?

A Yes.

Q What were you doing in that respect?

Page 67

C. Silverman

A My recollection is that I had the developer enable it so that we could load in a story and backdate it to the date that it was published so that it would be reflected chronologically in a correct way.

Q Up to that time, you had not done that?

A No, I don't believe we were able to load in older stories and have them show up in chronological order.

Q Did you have any discussions with anyone in December of 2014 about whether it would be difficult to debunk or verify CEN's stories coming from Third World countries?

A I don't recall any conversations like that.

MR. WISE: JJJ.

(BuzzFeed_009496 through 9497 was marked as Exhibit JJJ for identification, as of this date.)

Q Mr. Silverman, I've had a document marked for identification as Plaintiff's JJJ, and, again, I note that it's not -- does not appear to be a communication that was sent by you or to you. It does refer to you in a paragraph that's in about the

Page 68

C. Silverman

middle of the first page, talking about your compensation for working with them on the CEN story.

Does that correctly reflect the compensation that you received?

A Yes.

Q When did that compensation begin?

A I was paid when the story was published.

Q You only received one payment for all your work on that story?

A Correct.

Q That was in April 2015?

A I don't recall exactly when I received it, but it was after the story was published.

Q While you worked on the CEN piece, were you also working elsewhere?

A Yes.

Q What else were you doing at that time?

A I was doing my research fellowship at the Tow Center; I was also frequently contributing to a website called Digg, D-I-G-G, .com related to the data we were gathering at Emergent; and I was contributing to Poynter, as well.

Q What is digg.com?

A It's a website that publishes some original

Page 69

C. Silverman

content, as well as content curated from elsewhere.

Q When you say "original content," what kind of content are you talking about?

A With me specifically, we published feature articles.

Q About anything in particular?

A Typically about viral rumors and falsehoods.

Q Were all those activities that you've just mentioned to me paying gigs?

A Yes.

Q So, did there come a time when you met with Ben Smith in New York?

A Yes, in early 2015.

Q Is that in January of 2015?

A I believe so.

Q How did it come about that you met with Mr. Smith?

A He sent me an email.

Q What was the nature of the email?

A He said he was interested in Emergent and that we should meet the next time I was in New York.

Q So, the timing of the meeting was left to you?

Page 70

C. Silverman

A Yes.
Q And you came to New York, and you met with Mr. Smith?
A Yes.
Q How long did the meeting last?
A I don't recall exactly.
Q Was it less than an afternoon?
A Oh, yes.
Q An hour or two?
A I would say roughly an hour.
Q What was discussed in the meeting?
A We discussed Emergent and what I was doing with it. We discussed how that -- one, how that might be -- how we might use it in a way to work together.
And two, I raised the idea that I might try and raise some financing, and does BuzzFeed ever invest in outside projects.
Q What did Mr. Smith say on those matters?
A He seemed generally interested in collaboration. In terms of an investment, he said he would talk to the CEO.
Q How did you leave it at the end of the meeting?

Page 71

C. Silverman

A I don't recall exactly.
Q Did you discuss your work on the CEN story during that meeting?
A My recollection is that I raised it to make sure he was aware of it.
Q And did you discuss coming to work full-time at BuzzFeed during that meeting?
A No, not that I recall.
Q When did you come to work full-time at BuzzFeed?
A In April of 2015.
Q Did Emergent prove useful in the preparation of the CEN piece?
A Yes.
Q What did Emergent do in connection with preparation of the CEN piece?
A It gave us a central place where we could load in the articles that we had looked at and to also collect the other examples of publications that had written up the same story.
MR. WISE: KKK.
(BuzzFeed_006164 through 6166 was marked as Exhibit KKK for identification, as of this

Page 72

C. Silverman

date.)
Q I show you, Mr. Silverman, a document we've marked as KKK for identification and ask you if this is an email that you sent to Mr. White on January 16 of 2015.
A It appears to be.
Q And are the instructions at the bottom of the first page you telling him how to load things into Emergent?
A Yes.
Q And Mr. White tells you he can't find the log-in button?
A Yes.
Q Do you know what caused him not to be able to do that?
A I -- based on my response, it appears that I had not sent him the specific log-in address.
Q So, that was cured when you did send him the address?
A Yes.
Q Is that your recollection?
A Sorry. That is my -- yes.
MR. WISE: LLL.
(BuzzFeed_001385 through 1386

Page 73

C. Silverman

was marked as Exhibit LLL for identification, as of this date.)
Q I was going to ask you about this, Mr. Silverman, but it appears to be what we just looked at in some sort of different form.
Would you agree that that's the case?
A Yes.
Q I won't bother with it.
So, in the middle of January 2015, is it fair to say that you were looking for CEN stories to debunk?
A We were looking for CEN stories to research.
Q What do you mean by "research"?
A To figure out if they had elements that were true, elements that might be unverifiable, and elements that were false.
MR. WISE: MMM.
(BuzzFeed_001381 was marked as Exhibit MMM for identification, as of this date.)
Q Mr. Silverman, I'm showing you a document we've marked as MMM for identification and ask you

Page 74

C. Silverman

if this is an email you sent to Mr. White on January 15?

A Yes.

Q And is it correct that you are evaluating CEN stories and reporting to Mr. White about that, and Mr. Phillips?

A Yes.

Q And is it correct that you found that one of the stories about a lost boy appears to be real?

A Yes.

Q Now, you also say that you're obviously not going to look into the Bigfoot one.

Is that because you know that there's no such thing as Bigfoot?

A Yes.

Q But is it fair to say that there could be a story involving Bigfoot that would not be a fanciful story, for example, a story about people claiming that they had seen Bigfoot?

A Correct. In this instance, based on the URL, it appears that the story is written on the claims of a Russian group.

Q So, would that mean that the story might be true?

Page 75

C. Silverman

A It's true that the group is claiming that.

Q And if that's all the story says, then the story would be true, correct?

A In terms of how we did things with Emergent, this would be a story that's repeating a claim.

Q And is that a true story or a false story?

A I don't know.

Q And what would the answer to that question depend on, whether the people were making the claim or whether there really was a Bigfoot?

A I would treat those as two separate issues in the same thing.

One is, is there a Russian group making a claim? Are they, in fact, claiming that it shows the Yeti does exist.

And then the second part, you could also evaluate whether the claim is true or not of what they have in their footage.

Q In that case, evaluating whether the claim is true would be different from evaluating whether the story is true; would you agree?

A The way I would phrase it is that, the story in this case is composed of two key claims.

Page 76

C. Silverman

Q Well, the story does not claim that Bigfoot exists; can we agree on that in our hypothetical?

MS. STROM: Objection.

Answer, if you understand.

A I haven't read the story recently, so I don't know the specifics. I'm going just based on what is in the URL.

Q I'm not actually talking about this story. I'm talking about how you've described how Emergent works, or the verification works.

And just as a matter of logic, I'm thinking to myself that a story that says "someone says they saw Bigfoot" could be true if someone is saying they saw Bigfoot, even though we know that there is no such thing as Bigfoot.

Would you agree with that?

A It could be true that they are claiming to see Bigfoot, correct.

Q And if that's all the story said, then the story should be held to be true; wouldn't you agree?

A I would agree that if the story in question is solely about the claim that someone is making, it's true if that person is making the claim.

MR. WISE: NNN.

Page 77

C. Silverman

(BuzzFeed_001378 through 1379 was marked as Exhibit NNN for identification, as of this date.)

Q NNN, Mr. Silverman, I have now placed before you, and I ask if that's a copy of an email that you sent, again, on May 15th?

A Yes. I'm sorry.

Q My fault for pausing.

A Yes.

Q Is it fair to say that, with respect to the story about the heroic cat, you were unsure about it?

A I'm not really certain what my mind frame was in sending this email.

Q So, it's still up in the air at this point, would you say?

A I'm not sure about the story, and I'm not sure about what my mind frame was at the time this was sent.

Q Do you recall anything, just looking at this exhibit, about the "underwear-thief" story?

A I recall a story about an underwear thief.

Q Do you recall whether that proved to be

Page 78

C. Silverman

true or false?

A That was not one I looked into, so I don't recall offhand.

Q Did you ever have any discussions with Mr. Luke Lewis about what you would need to show to write a story about CEN in terms of whether its stories were true or false?

A I don't recall conversations with Luke Lewis.

Q You don't recall anything Luke Lewis may have said or written on the subject of how the story should be done or could be done?

A No, I don't.

MR. WISE: OOO.

(BuzzFeed_001400 through 1401 was marked as Exhibit OOO for identification, as of this date.)

Q I show you a document, Mr. Silverman, we've marked as OOO for identification and ask you if this is an email that you sent to Mr. White on the 19th of February -- 19th of January 2015, with a copy to Mr. Phillips.

A I see two emails, yes.

Page 79

C. Silverman

Q I see. I stand corrected.

In fact, there are four emails.

A Two from me, I believe.

Q I see.

Responding to others in the string, correct?

A Correct.

Q Was it correct, as you expressed in the -- strike that.

You see where Mr. White is saying that he feels that in order to progress, that he needed someone who could speak Chinese and has some experience with Weibo?

Do you see that at about the middle of the page?

A I see that.

Q Do you know whether anyone who spoke Chinese was enlisted in the effort to create the CEN story?

A Tanya Chen was brought in to help with reporting, and I believe she dealt with at least one other BuzzFeed person who could read and speak Chinese.

Q Do you recall what Ms. Chen's level of

Page 80

C. Silverman

comprehension was of Chinese?

A I believe she was comfortable speaking it, reading perhaps less so, I think.

Q At the top of this first page, you talk about adding -- or doing the truthiness rating for the stories.

You've told us what that is.

Does this first paragraph in OOO show us what was being done to the stories in the preparation of the CEN article?

A No, I don't think it necessarily shows that.

Q What does the first paragraph in this exhibit show?

A It's me reminding them to complete a particular task when they load a story in, in order to make it show up properly.

Q Are you talking about CEN's stories or other kinds of stories, as well?

A My -- the instruction I'm giving is true for any story in Emergent. I believe I was specifically talking about CEN.

Q So, I see the words "you can enter how that article talks about the claim."

Page 81

C. Silverman

Do you see those words?

A Yes.

Q Is the article in that group of words I've just quoted the article that you're loading on to Emergent?

A Yes.

Q And is it that you're looking at how the article talks about what it is talking about?

A Yes.

Q It's how it describes the facts that it sets forth?

A It's how it describes the specific claim that we've identified in that article.

Q And it relates to how the article -- the position that the article takes on the validity of the particular fact; is that a fair statement?

A On the validity of the particular claim, yes.

MR. WISE: PPP.

(BuzzFeed_001366 through 1368 was marked as Exhibit PPP for identification, as of this date.)

Q Showing you a document, Mr. Silverman, that

Page 82

C. Silverman

we've marked as PPP for identification. And I note, in the first sentence, a reference to something called HNR.

Do you know what HNR is?

A No, I don't recall.

Q And you don't why that I would -- I take it that you don't know why they would be called the "penis-chopping kings" in the next paragraph?

A I'm sorry, could you rephrase that?

Q Yes.

Since you don't -- you say you don't know what HNR is, the statement in the second paragraph of the first page of Exhibit PPP, that --

A Could I amend --

Q Strike that. I'll strike that question.

Would you like to amend any of your previous answers based on relooking at the wording that we're talking about?

A So, you had asked me if I'm familiar with HNR. I see now, looking closer at the email, that HNR is a website cited in the thread, hnr.cn, cited in a thread in this email.

Q And are you attributing to that site the status of being the "penis-chopping kings?"

Page 83

C. Silverman

A No.

Q So, the words "they are the penis-chopping kings" are not your words?

A You asked me if I understood correctly if I was attributing that to HNR.

My recollection of this email is I was attributing that to CEN.

Q So, your recollection is that you were not discussing HNR at that time, you were discussing CEN?

A Correct.

MR. WISE: I'm going to show the witness a document that we've previously marked as PP.

(Exhibit PP was shown to the witness.)

Q It appears to be an email from Mr. White to Mr. Lewis about the same time, January 15. And he says, as I understand it, they devoted very little time -- or no time at all, as he says, to the CEN story.

Is that true for you, as well, in the middle of January 2015?

A It's tough for me to say exactly how much time I had devoted at that point.

Page 84

C. Silverman

Q What's your best recollection?

A I think I was actively working on it at that time.

Q By "actively," how much time do you mean a day?

A I couldn't estimate that.

Q Would you spend whole days at a time working on it?

A In which time period are you referring to?

Q December or the first half of January -- December of 2014 or the first half of January 2015.

A It's possible during that period I spent an entire day on it at some point.

MR. WISE: QQQ.

(BuzzFeed_001436 was marked as Exhibit QQQ for identification, as of this date.)

Q Mr. Silverman, I show you a document that we've marked as QQQ for identification and ask if that's a copy of an email that you sent on January 27 of 2015.

A Yes.

Q How did you come to send this email?

A I don't recall exactly.

Page 85

C. Silverman

Q Do you know why you were sending this email?

A I believe I was sending this email because it was to a company that was cited in the story that I linked to in the email.

Q Cited in the "cheating husband whose penis chopped" story?

A Yes.

Q Do you recall whether you ever got a reply to this email?

A I don't recall.

Q So, you don't recall whether they responded or not?

A I don't recall exactly, no.

MR. WISE: RRR.

(BuzzFeed_001485 through 1495 was marked as Exhibit RRR for identification, as of this date.)

Q I show you a document, Mr. Silverman, that we've marked as RRR for identification and ask you whether the document is an email you sent on February 19 of 2015, and attached to a memorandum that was an attachment to the email at that time.

Page 86
C. Silverman
A Yes.
Q So, this memorandum you have prepared for distribution to the others who were working on the CEN story?
A Yes.
Q What is contained in this memo?
A This memo collects all of the information that I had gathered to that point.
Q On page -- the first page of the memo, BuzzFeed1486, I notice a list -- a group of stories called "Confirmed Fake Stories."
Do you see that list?
A Yes.
Q Do you know -- now know whether all those stories were fake?
A I don't recall exactly all of them. Some of these I worked on, and some of these I did not.
Q Which did you work on and which didn't you work on?
A I recall working on Bieber Bear Attack, Two-Headed Goat, and I believe I had some involvement in the "Macedonian Man" story, as well.
Q And we've already talked about the Bieber bear attack.

Page 87
C. Silverman
Your position is, sitting here today, that the "two-headed goat" story was a fake?
A What we reported is that, on expert analysis of the photo, found that it had been digitally altered.
We also raised questions about some of the quotes that were in there, if I recall correctly.
Q I believe the phrase is actually "digitally enhanced."
And what did you mean when -- what was your understanding of the phrase "digitally enhanced"?
A That the original photo had been altered in some way.
Q In what way had the original photo been altered in?
A The expert, I believe, said that there was some suspicion over some of the other people in the photo, but I don't recall all the things he pointed to.
Q Do you know whether, in fact, there was a two-headed goat?
A I do not.
Q Have you ever seen any videos of the farmer and his goat?

Page 88
C. Silverman
A Of a farmer and a goat, in general?
Q With two heads. The goat, that is, not the farmer.
A I don't recall seeing a video of a two-headed goat.
Q Do you know whether the "woman in KFC" story was eventually found to be true?
A I don't recall that one.
Q On page 2 of the memo, it deals with, in part, suspect quotes and suspicious/fabricated quotes.
This is material that you wrote in this memo? This is your -- these are your words?
A These are my words.
Q And I note that, under "suspect quotes," it talks about quotes that are "too perfect."
"People often speak in paragraphs and use Anglicized phrases such as 'off sick,' 'quite normal', 'stop off', 'massive hoo-ha.'"
What is -- what does a quote that you consider to be too perfect lead you to think about whether the quote is true or not?
A It leads me to think we need to look closer at it.

Page 89
C. Silverman
Q And why does it do that?
A If you have a pattern of articles coming from the same source that exhibit this kind of behavior, it becomes questionable, especially if oftentimes there are no names associated with the quotes in question.
Q How should language be translated, if not perfectly?
A As much as possible, you want to exactly reflect what the person has said.
Q And what if the person says something in his native language or her native language that, in fact, corresponds to a quote, unquote, perfect expression in English? Is it correct to translate it in a perfect -- into perfect English?
A If what they say has an exact expression in English, then you print that. If they use a colloquialism, then an option would be, for example, using the similar English one, but putting it in brackets, so people understand it's not their exact words.
Q You mean that if someone uses a slang expression, for example, in a foreign language, and you are translating it into English, merely

Page 90

C. Silverman

translating it into a similar slang expression in English is incorrect?

A In my view, you want to, as much as possible, reflect exactly what they said. And if they used a colloquialism in that language, you can include it and then explain what it means, or you could substitute it for the English one and use brackets.

But putting different words in a person's mouth is typically not what you want to do.

Q Well, if you're translating from one language to another, you're not putting different words into anyone's mouth, correct? You are trying to translate what someone has already said.

And do I correctly understand you that, if someone translates a colloquial expression from a foreign language to English, they should put a bracket around part of the English sentence?

A I think there are a few options.

One option is, you can paraphrase them to say they used a colloquial expression that means X.

If you are going to try and quote them directly, and you include their exact phrase, then you put an explanation after.

Page 91

C. Silverman

Or, yes, if you're going to substitute in an English phrase they didn't actually use, then I think brackets is a good way to do that.

Q Well, they're not using any English phrases. So, how do you understand -- strike that.

They're obviously not using English phrases. So, you will have to create an English phrase to translate what they are saying, correct?

MS. STROM: Objection.

You can answer.

A I don't agree with the idea of creating an English phrase. As much as possible, you want to stick to what they've said.

Q What do you mean by "stick to what they said"?

A The words that they spoke and the corresponding words in English, in this case.

Q Okay. I just want to -- I'll leave this topic, but I just want to make sure that I understand you correctly.

Every time a translator translates a phrase that is colloquial or slang into English and uses an English phrase that expresses the same idea in English colloquial or slang, you suggest that they

Page 92

C. Silverman

either put brackets -- simply put brackets around a part of their English sentence or add to the English sentence an explanation that I'm translating a colloquial phrase into English and explain what they've done?

Every time that happens, that's what you think they should do?

A I also offered another option, which is to paraphrase the colloquial phrase.

Q I don't know what you mean by "paraphrase."

A Well, instead of quoting someone directly, you can say, you know, he used an expression, and describe what the expression is, and put that expression exactly in English, which means X.

I think those are all options.

Q You don't think that's a fairly cumbersome way to quote somebody speaking in a foreign language?

A Not particularly, no.

Q So, at the bottom of the second page of your memo, Mr. Silverman, and the top of the third page, you deal with the KFC story.

Where did you get the information that you put in this memo about the KFC story?

Page 93

C. Silverman

A I don't recall exactly where this excerpt came from.

Q Did you believe, at that time, that the KFC story had been confirmed false?

A I listed it in that category in the document.

Q Are you saying that you listed it in the document without knowing whether what you were saying was true or false?

A I'm just trying to be specific to what I can recall. I don't recall what I believed at the time, but I did list it in that grouping.

Q And you say that the quotes are fake with respect to the KFC story?

A Do I say that?

Q Yes. At the top of page -- the third page of the memo, in the italicized language, about four inches down --

MS. STROM: I believe you mean the fourth page of the memo.

Q I'm sorry. On 1488 of the BuzzFeed --

A Oh, I see. Okay.

Right. I wrote that the quotes are fake.

Q How did you know that the quotes were fake

Page 94

C. Silverman

at that time?

A I don't recall what information I was using to write that.

Q And apropos of what we have been discussing, you also go on to say that the quotes use two UK phrases that would not likely be used by a Chinese woman in her 20s, and, in quotes, stop off, unquote, and, quote, off sick, close quote.

Is that your analysis or someone else's?

A That was my analysis.

Q And if someone spoke in Chinese and used an expression that had the same meaning as "stop off" and "off sick," or "offsick," and was the same level of discourse as those phrases, why should the translator not simply be able to use the English phrases "stop off" and "offsick"?

A I don't think I'm arguing they shouldn't be able to use them. I think what's shown here is a pattern that I was trying to put together.

Q I don't understand what you mean by "pattern" in the last answer that you gave.

A "Pattern" being these examples that I list, where we see the same types of phrases and long quotes used in story after story.

Page 95

C. Silverman

Q But again I ask, are you saying it's incorrect to use the English phrases "stop off" and "offsick" if the Chinese person has, in Chinese, said things that are the equivalent to these phrases in Chinese?

MS. STROM: Objection. As you, yourself, said, "again, I ask," this has been asked many times.

But if you want to keep going at it, you can answer again.

A You know, I -- it's listed there because I found it suspicious.

Q So, you deal with some other quotes in various of these other stories. Let me refer you to the top of page BuzzFeed_1489.

And again, the italicized language at the top of that page: "Red flags: 'Sports Ground' is a UK term. 'Steer clear' is also suspect. So is 'massive hoo-ha.'"

Again, what you're saying is that there's something wrong with translating Chinese into those phrases?

MS. STROM: Objection.

You can go again.

Page 96

C. Silverman

A I describe them as "suspect."

Q And why are they suspect?

A Because of the pattern that we were seeing in story after story.

Q The pattern being that foreign languages are translated into English using English phrases?

A I don't know anything about what translation was or was not taking place.

The quotes from various stories from various anonymous spokespeople read like they were coming, frankly, from the same person.

Q Was it your suspicion that all the quotes in the CEN stories were being cooked up by Mr. Leidig, sitting in his office in Vienna?

A I don't recall having a specific theory.

Q But your theory is one person did all the quotes? Was that your theory?

A I don't recall having a specific theory.

Q Should not a person who speaks English and is translating a foreign language into English write the kind of English that he speaks?

MS. STROM: Objection.

If you understand that, you can answer.

A It might be better to rephrase, just to be

Page 97

C. Silverman

sure, yeah.

Q What don't you understand about my question?

A The connection between the person translating and the output, and those elements.

Q Well, now, I -- let me try to do it a different way, if you don't think it's perhaps more complicated.

If an English person, who grew up in London, say, is translating a foreign language into English, do you find it wrongful for him to translate the foreign language into the English that he speaks?

A As a general comment? No.

Q So, I won't go through it. I would just note that, apparently, as to many of these stories, you raise the same thing, and they tend to be speaking in perfect paragraphs or using phrases that are common to certain kinds of English.

Is that a fair statement?

A Those were things I was pointing out.

Q So, at this time, you also were looking into a charity called Journalism Without Borders; is that a fair statement?

Page 98

C. Silverman

A Yes.
Q What did you do to look into Journalism Without Borders?
A I recall looking at the website. I recall looking into some of the stories that were published on the website. And I recall reaching out to someone from a German charity that the website claimed it had partnered with on something. And I recall trying to get in touch with people from Hilfe in Würde, which is a charity that it also said it had a close relationship with.
Q Were you looking into the charity because you had some doubt about its legitimacy?
A I was looking into it because it was connected to CEN.
Q Did you find out, in your investigation, whether it was a legitimate charity or not?
A I didn't come to a conclusion.
MR. WISE: SSS.
(BuzzFeed_000195 through 198 was marked as Exhibit SSS for identification, as of this date.)
Q Mr. Silverman, I'm showing you a document

Page 99

C. Silverman

we've marked as SSS for identification.
Have you ever seen it before?
A Yes.
Q What is it?
A It appears to be an email notification that I received after Alan White had gone into a draft of the story and added comments and made other edits and suggestions.
Q Do you see, on the second-to-last page of this document, the comment by Mr. White, "I actually think the quotes from KFC woman are legit"?
A I see that.
Q Do you recall discussing at any time with Mr. White whether the quotes from the KFC woman were or were not legit?
A I don't recall discussing that with him.
MR. WISE: TTT.
(BuzzFeed_001484 was marked as Exhibit TTT for identification, as of this date.)
Q Mr. Silverman, I show you a document we've marked as Exhibit TTT and ask you if that's an email that you sent to Tanya Chen in February 2015.
A Yes.

Page 100

C. Silverman

Q What is the purpose of your sending her this email?
A I appear to be asking her to look into a story that had spread with connections to Chinese media.
Q Was this a CEN story that you were looking to evaluate?
A Based on what's in the email, it does appear to be, yes.
Q Do you know whether she looked into this for you?
A I don't recall.
Q So, you don't recall what she found, if anything, about the story?
A I don't.
MR. WISE: UUU.
(BuzzFeed_010180 through 0181 was marked as Exhibit UUU for identification, as of this date.)
Q Mr. Silverman, I show you now a document we've marked as UUU for identification and ask if this is an email that you got from Tanya Chen on March 18 of 2015.

Page 101

C. Silverman

A Yes.
Q And it includes an email from you to her, I think, on the same day; is that correct?
A Yes.
Q And what was the "big hole" you talk about in your email?
A I don't recall.
Q Or the "empty section," which I guess is the same thing, you don't recall that?
A I don't recall, no.
Q Do you have any idea why all these sections are blacked out on this document?
A I don't.
Q Do you see where she tells you that her help on this, which I -- strike that.
You see where she tells you that her help has been "really spotty"?
A I see that.
Q Was that true?
A No. She had been helpful to me.
Q And she asked you to send her specific questions on specific stories.
Did you do that?
A I don't recall.

Page 102

C. Silverman

Q I show you a document, Mr. Silverman, that I'm pretty sure, despite my handwriting, has been marked HH for identification.

(Exhibit HH was shown to the witness.)

Q Directing your attention to the second page of this document, what did you mean -- I believe that is you talking at the top of the page -- about being "super transparent"?

A I don't recall what the specific context is of this. I mean, it's hard to tell from the document, but it seems to be a reference to BuzzFeed's previous relationship with CEN.

Q Do you mean super transparent about the fact that BuzzFeed had picked up or bought CEN pics and copy?

A To be super transparent about any relationship that the organizations had.

Q And what did you mean by "for this not to seem like sour grapes"?

A For it to seem like one media organization trying to criticize another.

Q I show you, Mr. Silverman, an exhibit that we had previously marked as G for identification.

Page 103

C. Silverman

(Exhibit G was shown to the witness.)

Q And ask whether this is something you've seen before.

A No, I don't think so.

Q Do you know what it is?

A No, I do not.

Q And so, is it correct that you do not understand who, if anyone, is making the various comments that are found in this document?

A No.

Q Did you use Slack to communicate with people at BuzzFeed with respect to the CEN piece?

A No.

Q Did there come a time when Heidi Blake advised everyone working on the CEN piece not to use email in case BuzzFeed got sued?

MS. STROM: Objection.

A I don't recall that.

Q I'll show you a document that's previously been marked as --

MS. STROM: I'll take that. Don't you want that to go to -- oh, oh, sorry.

MR. WISE: It's been previously marked as

Page 104

C. Silverman

Exhibit D.

(Exhibit D was shown to the witness.)

Q What I ask is: Having looked at Exhibit D, is your recollection refreshed about the advice that I've talked about with respect to Heidi Blake?

MS. STROM: Objection.

A I see here Alan passing on a recommendation for her to keep email contact to a minimum.

Q In case you have to disclose it in court?

A Correct, that's what it says.

Q But you don't have any independent recollection, other than what you see here, about that advice from Ms. Blake?

A Correct.

Q As part of your investigation into CEN, did you speak with someone named Samantha King?

A Yes.

Q Who was Samantha King?

A According to publicly available information, she was a co-founder of CEN.

Q So, you found that publicly available information and then determined to speak with her about CEN?

Page 105

C. Silverman

A Yes.

Q And how did you go about speaking to her about CEN?

A I called her.

Q You had a telephone conversation with her about CEN?

A Yes.

Q How long did the conversation last?

A I don't recall exactly.

Q What did she say to you and what did you say to her during that conversation, to the best of your recollection?

A We talked about the early creation and founding and operation of CEN. I recall I asked her about whether she ever had any concerns about the accuracy of the material that CEN was gathering.

Those are two things that come to mind.

Q Did you tell her the nature of the article that you were working on about CEN?

A I don't recall what I told her about the article.

Q Did you ask her whether she saw CEN engaging in any unethical practices while she was there?

Page 106

C. Silverman

A I did ask her about, you know, the verification practices of stories and whether there might have been anything questionable.

Q What did she say on that topic?

A My recollection is she said she hadn't seen anything along those lines.

Q I'll show you a document that we had marked previously as Exhibit I for identification.

(Exhibit I was shown to the witness.)

Q And I request you to look on the first page, about two-thirds of the way down, where I believe you say that you got Samantha King on the phone.

Is that the call that we've been discussing?

A Yes.

Q I would like this marked as Exhibit VVV.

(BuzzFeed_010376 was marked as Exhibit VVV for identification, as of this date.)

Q Is Exhibit VVV the notes that are referred to in the previous exhibit that you took of the conversation --

Page 107

C. Silverman

A Yes.

Q -- with her?

Sorry, my fault again.

A Yes.

Q So, at some point, she told you she didn't like the way the interview was going?

A Correct.

Q And how did the call end?

A I believe it ended shortly after that.

Q As part of your investigation into CEN, did you talk with anyone else who had previously worked there?

A I don't specifically recall.

MS. STROM: I would just say, objection to the extent that this will reveal confidential sources. As you know, we are maintaining our privilege for any confidential sources.

But to the extent you can answer this without revealing confidential sources, you should do so.

MR. WISE: Strike the -- just let me say that he can certainly ask [sic] whether he spoke with anyone without saying who that is.

MS. STROM: Absolutely. I just wanted to

Page 108

C. Silverman

remind him.

A Okay. Thank you for that clarification.

So, yes, I recall speaking to one other former employee.

Q And did you ask that other former employee -- strike that.

Was that before or after the article was published?

A That, I believe, was after.

Q Did you have a conversation with that person about whether CEN engages in unethical journalist practices?

MS. STROM: Objection.

And to the extent that you can answer that with disclosing information that is confidential that you have decided -- that you agreed to maintain confidentially, you can answer that question. If you cannot do so, we are asserting the privilege.

A I would just say, generally, they volunteered information that was related to that area.

Q Did that information turn up in any other articles about CEN written by BuzzFeed?

Page 109

C. Silverman

A Not that I recall, no.

Q Let me show you a document, sir, that we've marked previously as Exhibit L for identification.

(Exhibit L was shown to the witness.)

A Thank you.

Q Is this document a string of emails among the people working on the CEN story?

A Yes.

Q Can you tell me what the subject "CEN Monday" means?

A I don't recall.

Q You were, at that time -- I understand from your email on the first page, that you were still looking into various aspects of the charity Journalism Without Borders; is that true?

A That appears to be correct.

Q So, is it fair to say that judging by the second page of this document, that Mr. White has come up with what he calls straight debunks of a dead kitten and Chinese teens walking -- I believe that should be "cabbages."

MS. STROM: Objection. It says "straight debunks," backslash, "or compelling evidence of

Page 110

C. Silverman

made-up quotes," but --

MR. WISE: That's correct.

Are you interpreting that as striked out?

MS. STROM: I'm just saying you're not reading the document correctly.

MR. WISE: Completely, it's true.

Q Did you look into either of those stories?

A No.

Q So, it was not you who looked into the "Elena Lenina paints cat pink" story?

A Correct.

Q Who did look into that, do you know?

A I don't recall.

MR. WISE: WWW.

(BuzzFeed_010447 through 450 was marked as Exhibit WWW for identification, as of this date.)

Q Is this a string of emails, Mr. Silverman, including one to you at the very top of the first page?

A Yes.

Q And Heidi tells you, "Welcome, Craig."

Is that because you've now started work

Page 111

C. Silverman

with BuzzFeed?

A That's because I was now publicly announced as working at BuzzFeed.

Q I see.

When did you start working at BuzzFeed?

A I forget the exact date, but I believe it was about two weeks before the story was published.

Q And does that mean that, for the two weeks prior to the story being published, you were being paid a salary by BuzzFeed?

A Correct.

Q And that this would be in addition to the money that you would receive upon publication of the story for your work on the story?

A Correct.

Q Do you know who Allison Lucas is?

A She is the chief legal counsel for BuzzFeed.

Q I show you a document, Mr. Silverman, that we've marked as N for identification previously.

(Exhibit N was shown to the witness.)

Q Does this appear to be an email that Heidi Blake sent to you on the day the story was

Page 112

C. Silverman

published?

A Me and other people, yes.

Q Well, other people copied on this, correct?

A Correct.

Could I just add to that?

Q Sure.

A There's a previous thread here. So, I was the last person to reply before she sent this email. So, I believe the email software would naturally put me at the top.

Q I see. So, "Hi, All" was directed to everybody, not just you?

A That would be my understanding.

Q On the second page of this document, do you see the language from Mr. Luke Lewis in the middle of the page, talking about what might happen after publication of the story?

Can you see the language I'm referring to?

A I do, yes.

Q Were there efforts made after the story was published to keep on the -- keep up the pressure?

A We published a follow-up story about people in Poland who suffered personal embarrassment and consequences as a result of a false story.

Page 113

C. Silverman

Q And what was your understanding of the pressure that Mr. Lewis was hoping to keep up?

A I couldn't speak to what he was referring to specifically.

Q Did you understand him to be urging everyone to make an effort to make sure that people don't use CEN material?

A Yes. I understand that he is talking about publishers.

Q Publishers and getting them not to deal with CEN, correct?

A Well, he's not saying that we need to advocate that. He's saying that if they didn't don't stop using it, it would look bad for them.

Q But the pressure he's talking about is pressuring them to stop using CEN, correct?

MS. STROM: Objection.

A That's not my reading of the email.

Q What is your reading of the word "pressure" in the email?

A It's -- follows him referring to, how do we follow up?

So, my feeling is he's talking about, are there other stories to publish?

Page 114

C. Silverman

MR. WISE: XXX.

(BuzzFeed_002400 was marked as Exhibit XXX for identification, as of this date.)

Q I show you a document, sir, that we've marked as Exhibit XXX for identification and ask if that's an email you sent to Mr. Jakober, J-A-K-O-B-E-R, in April of 2015.

A Yes, I see two emails here.

Q And is this part of your investigation into Journalism Without Borders?

A Yes.

Q Did you ever speak with Mr. Jakober about that charity?

A I don't recall him ever replying to me.

Q So, you sent the email, but got no response?

A That's my recollection.

Q Do you know whether -- after the story about CEN was published, that anybody altered or made an addition to Mr. Leidig's Wikipedia page?

A No, I'm not aware of that.

Q Do you know someone named Lynzy, L-Y-N-Z-Y, Billing?

Page 115

C. Silverman

A It doesn't ring a bell for me, no.

MR. WISE: YYY.

MS. STROM: Harry, do you want to go until about 1:00 or so and then do lunch?

MR. WISE: I think I may be coming to a good breaking point in about 5 minutes.

MS. STROM: Oh, so, earlier? Okay, good. Let me just make sure -- great.

MR. WISE: And then I don't think I'll have more than an hour after lunch.

MS. STROM: Great. I love the way you take depositions.

And just so you know, I ordered food again.

(Whereupon, a discussion was held off the record.)

(BuzzFeed_009347 was marked as Exhibit YYY for identification, as of this date.)

Q We have YYY. I distributed that.

We just haven't talked about that; is that correct?

A Yes.

Q Does looking at this document, in particular reference to Lynzy Billing, close to the

Page 116

C. Silverman

top of the document, refresh your recollection in any way about who she is?

A No, I have no idea who she is.

Q Did you ever discuss with anyone at BuzzFeed whether the CEN piece would damage the reputations of BuzzFeed's competitors?

A No.

Q Did you ever discuss with anyone at BuzzFeed whether the CEN piece would damage the reputation of the MailOnline?

A No.

Q Did you work with any confidential informants in the preparation of the CEN piece?

A As stated before, I spoke to someone after. I don't recall anything before.

Q Do you know whether confidential informants used by BuzzFeed in preparation of the piece worked for MailOnline or other competitors of BuzzFeed?

A I don't know the confidential sources used by the other reporters.

Q Do you know whether the timing of the publication of the article was affected in any way by the publication of a piece in the Press Gazette about the upcoming article?

Page 117

C. Silverman

A I think, at that stage, we were basically finished, but I think it made us push a little bit harder to get it up. I don't think the date changed, though.

Q At the time the article was published, are you aware of anyone at BuzzFeed that had doubts about whether it was ready for publication?

A No.

Q By "no," you mean you didn't know or you recall that no one had any doubts?

A No one had any doubts.

MR. WISE: Okay. This is a good place for me to break.

MS. STROM: Great.

THE VIDEOGRAPHER: Off 12:28.

(Recess taken.)

THE VIDEOGRAPHER: Back on, 1:21.

Q Mr. Silverman, we've had a break. You've had time to discuss things that have happened so far.

Is there any aspect of your testimony from earlier today that you'd like to amend or change in any way?

A No.

Page 118

C. Silverman

Q Were you happy with the way the story came out?
A Yes.
Q Let me show you what's been marked as Exhibit P, which is the Complaint in this case.
(Exhibit P was shown to the witness.)
Q And I'd like to turn to the -- sort of the midpoint of that document, where the -- you'll see the copy of the story is attached to the Complaint.
A Okay.
Q Were you happy with the headline that was chosen for the story, "The King of Bullshit News"?
A Yes.
Q What does that mean, "bullshit news"?
A Stories that are -- that lack credibility, that are false, that are suspicious.
Q That are made up?
A In some cases, yes.
Q In the subhead there, where it says that stories are often wrong, what was the criteria used for "often"?
A I didn't help write the subhead, so I'm not sure what the discussions were around that.

Page 119

C. Silverman

Q You didn't write it.
Are you -- do you approve of it?
A Yes.
Q Because you think that the stories that CEN does are often wrong?
A According to the analysis we did, yes.
Q Do you know how many stories CEN does a year?
A No.
Q Wouldn't that be an item of information that you would be interested in if you were determining how often their stories are wrong?
A If you were trying to make a specific calculation of that, perhaps. But given that we looked at over 40 stories and we found clear falsehoods in them, I think that shows it's often wrong.
Q You found clear falsehoods in all of the 40 stories?
A No. In -- we found in a selection of the 41 stories.
Q And the stories themselves were selected as being the stories most likely to be false; would you agree with that characterization?

Page 120

C. Silverman

A No, I would disagree.
Q How would you disagree with it?
A Well, speaking for me, I was just looking at any stories that I found that originated with CEN.
Q So, any stories that you found you included in your analysis of whether their stories are often wrong or not?
A I recall looking at stories, some of which turned out true, some of which turned out to be false, some of which had other suspicious and problematic elements.
Q And all of which are relevant to the calculation of whether the stories are often wrong?
A The stories I looked at would have been factored into that.
Q This story asserts, does it not, that Mr. Leidig is a person who makes up fake news stories?
A I don't think the article references him specifically. It's more about the work product of the organization.
Q The organization that he runs?
A Yes.

Page 121

C. Silverman

Q So, you would agree, then, that the allegation is that the organization that he runs makes up fake news stories?
A The allegation is that we found stories that were fake from that organization, yes.
Q And do you believe that Mr. Leidig is a person who makes up fake news stories?
A I don't know his exact, personal involvement.
Q Do you believe that CEN is a company that makes up fake news stories and sells them as real?
A Yes.
Q And do you believe that Michael Leidig is a person who adds fake quotes to news stories to make them more salable?
A I don't know his personal involvement.
Q Do you believe that Michael Leidig's company, Central European News, is a company that makes up fake quotes to add to stories to make them more salable?
A Yes.
Q What evidence do you have that anyone at CEN has ever made up a fake quote?
A Well, to say one example, off the top of my

Page 122

C. Silverman

head, there was the story of the women in Russia who did a naked photo shoot, where we found that the text put out by CEN was made up, had made up names for the women, identify -- falsely identified a photographer, had fake quotes from the women and other people. And since the story about them being fired from their jobs was not true, the quotes about them being fired from their jobs are not true.

Q And you did that investigation, did you not?

A Yes.

MR. WISE: Let me have marked as an exhibit -- as ZZZ, this document.

(BuzzFeed_002084 through 2085 was marked as Exhibit ZZZ for identification, as of this date.)

Q Mr. Silverman, how did the story about the two Russian women come to your attention?

A I don't recall how I first saw it.

Q What is the first thing that you recall about your involvement with that story?

A I recall that it was published in English, that the story and photos were attributed to CEN,

Page 123

C. Silverman

and that I began looking into it.

Q What did you do to look into it?

A One of the things I did was a reverse image search on the photos to see if I could find earlier versions of news articles that used that. I believe that brought up an earlier story in Russian, which I then used Google Translate to read. And I could see that, in that story, the photos were credited to a different person than the story in the Daily Mirror had been credited to.

And so, I reached out to that photographer, in addition to conducting web searches on that photographer's name and the photographer that was identified in the story that ran in the Daily Mirror.

Q What was the story you found in Russian and Google Translated about?

A It was about two women who had done a nude photo shoot.

Q What did the story that you found say happened to them?

A My recollection was -- I don't recall any kind of consequence for them. I do recall that it didn't talk about them losing their jobs and that

Page 124

C. Silverman

the names appeared to be different.

Q And so, you reached out to the photographer connected to the photos; is that your testimony?

A I reached out to the photographer identified in the Russian story, yes.

Q And is that Mr. Gene Oryx?

A Yes.

Q Looking at Exhibit ZZZ, does this appear to be a copy of an email exchange between you and Mr. Oryx?

A Yes.

Q So, the email at the bottom of the first page is your initial contact with Mr. Oryx; is that correct?

A I believe so, yes.

Q And you ask him questions about the photos: "Are these your photos?" And you ask him whether other information is accurate, correct?

A Yes.

Q And he responds to you with an email, and the email is, "This is falce," he says, spelled F-A-L-C-E.

Do you recall what the URL address is that he gave you in his email?

Page 125

C. Silverman

A Yeah. That was -- when I sent him the initial email, I didn't point to that URL, because I wanted to see what he came back to me with, and that's the same URL that I had found.

Q That's the same story that you had found?

A Yes.

Q And he told you that the -- also that the black-haired model had a name that he gave you and that the other model doesn't want -- or "don't want shared her name"; is that correct?

A Correct.

Q And then said, "The photographer is me," correct?

A Correct.

Q And did you have any further communications with him about the photos or the models, other than what we see on this page, where two or more very short emails are exchanged -- three?

A My interactions with him were all through email.

One thing that's not clear from this email transcript is that, in his initial reply to me, he also attached a high-res and uncensored version of the photo.

Page 126

C. Silverman

Q And was that attached to this email in the middle of the page or some other email?
A The March 26th email that shows a time stamp of 6:11 a.m.
Q I see.
Did you, at any time, pick up the phone and call this photographer on the phone?
A No.
Q So, everything you know about this issue is to be found in these emails, is that correct, and the attachments to them?
A And -- yes.
MR. WISE: AAAA.
(BuzzFeed_005438 through 5447 was marked as Exhibit AAAA for identification, as of this date.)
Q Referring to a page of this document that is numbered 5439, in the middle of the page, is that your description to your colleagues about what the photographer told you?
A Yes, it relays some of what the photographer had told me.
Q It says that the story, I guess that you

Page 127

C. Silverman

found, has false names for the women, but you don't know the name of the second woman, is that correct --
A That's true.
Q -- from the photographer?
A Correct.
Q So, this was a bit of a stretch, when you say that the story has false names for both, because you didn't know that, correct?
A Well, I would disagree, because he said the other woman didn't want her name known. So, the chances of the name in the piece with all of the other false information having the correct name for the woman seems pretty much impossible.
Q But you don't know that as a fact, correct?
A Correct.
Q And did the photographer tell you that the details about them losing their jobs was false?
A Well, his first response in the email was "falce," so...
Q "Falce." One word, correct?
A Correct.
Q So, you really don't know, do you, what he meant by that one word?

Page 128

C. Silverman

A I can't put my head in his exact knowledge at that moment, no.
Q So, we don't know for sure, from what he said, do we, that they did not lose their jobs; is that a fair statement?
A Well, the original report that he points to makes no reference of those facts. It misattributes the photographs. It has the wrong name for one of the models and a name for a woman who didn't want her name disclosed.
There is no reason why it could have magically gotten some details correct in that English-language version.
Q Well, I think we can agree, can't we, that if a story omits a fact, the mere fact that it is not in the story does not tell us that it did not take place?
A Sure.
MR. WISE: BBBB.
(Four-page Russian document was marked as Exhibit BBBB for identification, as of this date.)
Q I show you, Mr. Silverman, a document that

Page 129

C. Silverman

we've marked as BBBB for identification.
Do you recognize that as an article that you have seen before?
A I believe I have.
Q Is this the article that you were referring to earlier?
A I think so, but I'd like to compare the URL, if possible, to be sure, but it appears to be.
Q Is it possible to do that on this document?
A Let me see.
Q Because I don't speak Russian.
A I'm not sure that it necessarily is the same one.
If you look on the last page of it, it has contact information. The email is to a domain versia.ru, whereas the URL in the email from Gene Oryx is different.
I don't know for sure that they're separate, but I also don't recall exactly what the original article looked like, so you'll...
MR. WISE: CCCC.
(One-page screenshot was marked as Exhibit CCCC for identification, as of this

Page 130

C. Silverman

date.)

Q I show you a document, Mr. Silverman, that we've marked as CCCC for identification. I know it's impossible to read the story, even if we could read Russian, because it's so small.

But does the layout of the story remind you that this is the story that you referred to earlier?

A It seems more familiar, but, again, I can't be 100 percent certain.

Q You see that it appears to say, in the Google Translate, that the models were fined.

Did you -- do you recall seeing in the story that you found that the models had been fined?

A I don't exactly recall all the details of that story.

Q Do you recall whether, in the story you found, the models suffered any adverse consequences at all?

A I don't recall anything related to consequences, whether they happened or not.

MR. WISE: DDDD.

(One-page screenshot was marked as Exhibit DDDD for identification, as of this

Page 131

C. Silverman

date.)

Q I show you a document, sir, that we've marked as DDDD for identification and again ask you if this is a story that you saw in connection with your investigation of the story that we're talking about.

A I don't recall if I saw this specific version.

Q Can you tell, in the photograph that accompanies this, that someone appears to be taking the models' picture, facing the models, a few feet away?

A It's a bit blurry, but it looks like someone is using a cell phone, perhaps.

Q Do you know -- does this suggest to you that at least two people were taking pictures of these particular models on that day?

A It suggests to me that bystanders were probably taking photos, given these were two women walking naked in a public street.

Q Does that suggest to you that it is possible that photographs of this incident that were not taken by Mr. Orxy ended up on the web?

A It's possible. Although the ones that were

Page 132

C. Silverman

distributed by CEN were the same ones that were sent to me -- at least one of them, as a high-res version, by the original photographer.

MR. WISE: Have those documents been produced in this case?

MS. STROM: Whatever is existing at the time of the search, we produced.

Q Do you still have copies of the high-resolution photographs that were sent to you by Mr. Oryx?

A Potentially.

MR. WISE: I call for their production, if they have not been produced.

MS. STROM: Sure.

Q The first story that the -- your story about CEN talks about is the, for want of a better description, "teacher's sex tape" story.

Are you familiar with that one?

A Yes.

Q Is it your position that Michael Leidig or anyone else at CEN made up this story or added any quotes to it?

A I didn't work on that one specifically, but I think the core of what was in our report was that

Page 133

C. Silverman

the details that were distributed by CEN had been debunked two weeks earlier in the local media.

Q In what local media?

A I forget the name of the publication.

Q So, is it a fact that, at the time, what you're saying -- strike that.

Is it a fact that you were saying, at the time CEN did the story, this story was in various media in South America -- and at least one South America media organization was calling it false?

A It's correct that at least one local media organization had said details of that version of the story were false.

Q Do you know whether that account is correct?

A As far as I know, it's correct.

Q How do you know that?

A Based on the evaluation that was done by other journalists at BuzzFeed.

Q And who are they?

A Tom and Alan. I don't remember who specifically looked into that one.

Q Do either of them speak Spanish?

A No.

Q Do you speak Spanish?
A No.
Q At some point in the investigation, did you suggest to them that you had contacts in Latin America that could investigate this article?
A Yes.
Q Did you take steps to have your South American contact investigate this article?
A I recall reaching out to one person whose name had been given to me.
Q And what was the result of your reaching out to that individual?
A I sent some emails, but I don't think it went any further than that.
MR. WISE: EEEE.
(Colored photograph was marked as Exhibit EEEE for identification, as of this date.)
Q So, is it your testimony that you sent an email to someone in Latin America to look into this, but you never got a response?
A I don't recall if I got a response or not, but I don't believe they did any work that ended up



adding to the story.
Q Do you know that anyone did any work at all to investigate the story on your behalf?
A "On your behalf" meaning me, personally?
Q You and BuzzFeed, yes.
A For me, personally, no.
But I know that people -- Tom and Alan looked into that story specifically.
Q Do you know what they found?
A I know that they found that local media had said the key details that were passed along had been incorrect.
Q Do -- strike that.
Is your conclusion, then, that this story was a hoax?
A I don't know that I'd describe it exactly as a hoax.
Q Why not?
A There were elements -- there was a video that existed. It apparently did make its way to a porn site. So, it's not like it was completely false.
Q But the story about it being a particular teacher in a particular town with a particular



student, that was false, right?
A I believe the town was incorrect. I believe the key detail that really caused it to be such a viral story, that it was a teacher and an underage student, that underage student element, I believe, was incorrect.
Q Is it your position that any of those elements were added by CEN or Mr. Leidig?
A I couldn't speak to what they did specifically. I don't remember as much of the specifics of that.
Q Directing your attention to page 2 of the article --
Just a note, in the second paragraph from the bottom of the page, the authors of the article say that CEN -- they claim to have 35 staff.
Using the word "claim" suggests that it's likely not true; isn't that a fair statement?
A No, I disagree.
Q What do you think the word "claim" means in that sentence?
A It means it's something that we weren't able to verify.
Q And you say they're one of Western media's



primary sources of tantalizing and attention-grabbing stories.
How did you determine that?
A That was based on us seeing the rapid spread of stories originating with CEN to various Western media outlets, based on data we saw in Emergent and also based on Alan and Tom's professional experience.
Q You say, at the bottom of page 3, that in all, you evaluated 41 CEN pieces that struck you as particularly attention-grabbing.
Do you see that language?
A Uh-huh, yes.
Q Is it the case that you evaluated only 41 pieces, or did you evaluate substantially more than 41 pieces?
A I don't, I don't actually recall how the numbers broke down. I mean, my recollection is, we looked at that number, roughly, and looked into them.
Q How would we find out exactly how many stories were looked into?
A I don't know. I mean, we kept a spreadsheet, and this represents that spreadsheet

Page 138

C. Silverman

data, I think.

Q And at the top of page 4, first paragraph, I see you use the words "outright fabrication."

So, it is clear, is it not, that you are charging CEN with fabricating stories?

A Fabrication of elements of stories? Absolutely.

Q Do you know whether CEN's lawyer or lawyers wrote a letter to BuzzFeed before your story was published?

A Yes.

Q Have you seen that letter?

A Yes.

Q Did you know that that letter was put up on the web along with your story?

A Yes.

Q And part of that letter was redacted, correct?

A Yes.

Q Do you know why that part was redacted?

A I wasn't involved in the decision, so I couldn't speak to exactly what the discussion was.

Q Do you see, in the third paragraph from the bottom, the language at the end of the paragraph,

Page 139

C. Silverman

"But we have redacted one section dealing with matters outside the scope of the current story"?

A I see that, yes.

Q Do you believe that the redacted material is outside the scope of the current story?

A Yes.

Q What does the redacted material relate to?

A I believe it, at least part of it that I remember, related to the charity.

Q And the charity is, of course, discussed in this story, correct?

A I believe there is one sentence about it.

Q And the material that you redacted from the letter, in fact, is an invitation to come look at the books, correct?

A I don't recall what was in the letter, but I remember when I emailed the lawyer who I was told had the information, he didn't reply.

Q Same page, which is 4 of the article, Mr. Silverman, a little bit further down, you say that, "Contrary to the claim made in the legal letter, BuzzFeed is no longer one of CEN's clients."

Do you see that language?

A I do, yes.

Page 140

C. Silverman

Q Do you know whether, in fact, BuzzFeed continued to purchase stories and pictures from CEN following the publication of this story?

A I wouldn't know about any relationship with CEN following the story.

Q With respect to the "Justin Bieber Ringtone" story, the story that the fisherman was saved by his phone's ringtone is true, correct?

A Yes.

Q The only incorrect aspect of the story is what the ringtone was or possible incorrect -- well, strike that.

The only incorrect aspect of the story was the attribution of the ringtone to a Justin Bieber tune?

MS. STROM: Objection.

MR. WISE: I'll try the question again.

Q Is it the case that the only false fact in the story, to your knowledge, is the assertion that the ringtone was a Justin Bieber tune?

MS. STROM: Objection.

But go ahead.

A I agree that a false assertion in the story was the Justin Bieber ringtone.

Page 141

C. Silverman

Q Do you understand any other part of the story to have been false?

A Not that I recall right now.

Q Page 6 of the story, right above the subhead "The Man from CEN," is the -- a paragraph dealing with the story that we've been discussing about the Russian women.

Did you write this paragraph?

A I wrote the first draft of the story and was involved in the subsequent drafts. But at this point, I don't remember exactly whose exact words are whose.

Q So -- but are you in accord with what this paragraph says, that -- I'll read it into the record -- "In other words, it appears that CEN took the photos, invented a newsworthy narrative, inserted false names for the women, credited a nonexistent photographer, and fabricated four sets of quotes to fill out the text."

Is that your understanding of what CEN did?

A Yes.

Q And you base that on the email exchange with Mr. Oryx?

A And the details of the photo that he

Page 142

C. Silverman

attached.

Q And just to clarify, in the first sentence of that, when you say "CEN took the photos," you mean -- you don't mean took them as a photographer, you mean took them wrongfully and used them?

A Correct. Mr. Oryx told me that he was never contacted by CEN to license his images.

Q Top of page 7 of the story. The first paragraph talks about -- it says here "Journalists" -- it should be "Journalism Without Borders" -- again, you use the word "claims," of course -- "claims to provide money to needy sources featured in CEN stories."

And then your story goes on to say, "It solicits donations on CEN's site via PayPal."

Is that information that you came up with?

A I believe so.

Q So, you saw, on CEN's website, a solicitation of donations for Journalism Without Borders?

A I recall seeing PayPal links to send money to people who had been sent CEN stories.

Q Are you responsible for any of the information concerning Mr. Leidig's Wikipedia page?

Page 143

C. Silverman

A I did look into that.

Q Are you responsible for the assertion that Mr. Leidig's Wikipedia page is frequently updated.

A Could you point to me where that is?

Q Yes. Right below the photograph, the first paragraph.

A Okay. Yes, I see that in the text.

Q How many times, to your knowledge, has Mr. Leidig's Wikipedia page been updated?

A I don't recall.

Q You don't have any recollection at all?

A No.

Q So, you don't recall why you used the adjective -- adverb "frequently"?

A I don't recall, no.

Q Moving ahead through the story to a reference to a story about a man who got tapeworm parasites from eating sashimi, do you see that on page 9?

A I see that.

Q Do you see the assertion, in the third paragraph from the bottom, that a debunking site Snopes found that the x-ray photos of the alleged victim were similar to those included in a 2014 case

Page 144

C. Silverman

report in a medical journal?

Do you see that?

A I see that.

Q Would you agree that the x-ray photos of two different victims of the same disease that causes multiple cysts to develop in the chest area would have x-ray photos that look similar?

A Potentially, yes.

Q So, do you see any reason to -- based on a similarity of the two x-ray photos, to suggest that a story has been fabricated?

A I don't see any claim that the story was fabricated.

I also didn't look into this one, so I can't give as much information about it.

Q What is your understanding of what your story alleges with respect to the sashimi story?

A My understanding is that the story is saying that the images don't appear to match the story that was sold.

Q Where in this story that you wrote does it say the images don't match anything?

A I don't see it here.

Q The next story talks about a Chinese woman

Page 145

C. Silverman

who was offering sex in exchange for helping her travel.

Did you investigate that story?

A No.

Q Do you know whether that story was, in fact, a well-publicized hoax in China?

A My understanding is that it was a hoax, yes.

Q Not perpetrated by CEN, correct?

A Correct.

Q And we've talked about the "two-headed goat" story, where your story sets forth that it is conclusive that a photo had been digitally enhanced.

Is my understanding correct that you don't mean to assert that the story about the two-headed goat is necessarily untrue; is that correct?

A I don't know whether or whether or not there was a two-headed goat.

Q Now, on page 11 of the story, do you see, just above the middle of the page, the paragraph that starts "A Xinhua journalist"?

A Yes.

Q Did you write that paragraph?

A Again, I don't recall if specific

Page 146

C. Silverman

paragraphs were written by me or not.

Q Let me read this one into the record, as well, then:

"A Xinhua journalist, who claims to have seen the goat in person, didn't get the farmer to talk, but a news agency based in Vienna somehow did, despite the story taking place in a remote, rural community, a six-hour train ride from Beijing."

Are you aware that China has a telephone system?

A Yes.

Q Are you aware that China has television stations?

A Yes.

Q Are you aware that -- strike that.

At the time this story, your story, was published, did you know that CEN had bilingual reporters working for it on stories out of China?

A I wasn't aware of that.

Q Did you know, at the time this story was written, that CEN had a bilingual reporter working for it in India?

A These are assertions that I don't know whether they're true or not.

Page 147

C. Silverman

Q But you didn't know that at the time, and you don't know that now, correct?

A Correct, I have seen no evidence of CEN having overseas correspondents.

Q So, was that one of the reasons that you suspected that CEN was making up quotes, because quotes appeared in CEN stories that appeared nowhere else, because you didn't know that they had reporters who could have obtained those quotes?

A I would say there are a few reasons, one of them being, again, that we found stories where the core claims, that were backed up by quotes, were false. So, those quotes were absolutely false.

And then we saw other stories that fit that same pattern.

The other piece was that local media, who would cover these stories, had very different quotes and often far less information than the CEN stories did.

Q Isn't having more information in your story than the competition has a good thing for a journalist?

A As long as it's accurate, yes.

Q The next two or three paragraphs down, the

Page 148

C. Silverman

one that starts "As with the goat farmer," "CEN often quotes," it says, "named people who speak in perfect paragraphs and use Anglicized phrases."

Do you know what the phrase, in this sentence, "Anglicized phrase" means?

A I believe it's referring to colloquialisms common particularly for people who live in the United Kingdom.

Q And we've already talked about, have we not, that you feel that, if you use a colloquialism for -- a colloquialism in another language, you should put the brackets around it?

A That's one way to deal with it, yes.

Q Or explain that you're substituting an English colloquialism for a foreign-language colloquialism? That's another way to do it?

A That's another way, as is to explain what is meant by the native colloquialism.

Q Well, let's just look at the language that's quoted at the end of that paragraph.

"Was forced to walk around a block of flats in Singapore with bras and undies hanging from his neck after residents laid a trap following a spate of kinky thefts."

Page 149

C. Silverman

How should that have been translated so as not to arouse your suspicion that it was fake?

A That's a quote from The Mirror, not from a person in the story. And my understanding is that was written by The Mirror and/or CEN and is not quoting someone.

Q I stand corrected. You're absolutely right.

Let's go up and say -- let's quote the one above that from an anonymous wildlife expert that says, "Sometimes a sharp shock can stop an angry bear in its tracks, and that ringtone would be a very unexpected sound for a bear."

Is there anything about that that raises your suspicion that it's fake?

A In this case, it was perhaps less the language and more the fact that this was an anonymous wildlife expert with no affiliation in a story where, again, the original did not have a quote from a wildlife expert.

And typically in journalism, you -- if you go out and reach to an expert, you name who they are and you name their affiliation.

Q Let me refer you now to the bottom of

Page 150

C. Silverman

page 12 of the story. And here, you're talking about a CEN story claiming a wife -- claiming, again, a wife discovered her husband cheating with her twin sister.

And then you say, "It comes from a witness identified as You," Y-O-U, "Meng," M-E-N-G, "but reads like it's being spoken by someone interviewed on a London street."

And then the quote that you refer to is, "It was so funny. Loads of people were grabbing at their phones and I did as well. He was banging his fist on the window and shouting at her, and she just wasn't playing ball."

Is it your opinion that the phrasing in that sentence suggests that it's a fake and not a real translation?

A I think the phrase "playing ball" fits the colloquialism element we had talked about before.

Q So, you would have put -- if there is a Chinese colloquialism that has the same meaning as the English colloquialism "playing ball," you would use "playing ball," but you would put a bracket around it?

A Potentially.

Page 151

C. Silverman

Q And what would you expect the brackets to inform your readers of?

A That we were substituting in a phrase that they would understand, but that wasn't, that wasn't exactly spoken by the source.

Q Lastly in this area, the next paragraph down, the last sentence, where you say, "Somehow CEN managed to get names, ages, and a quote from the scene, in spite of the distance and language barriers."

That was written at a time when you didn't know that CEN had a reporter who speaks Chinese and English reporting from China, correct?

A I don't know today whether that's the case.

Q But you certainly didn't know that then; is that true?

A I wasn't aware of any people they had who were based in China.

Q Having a person based in China who is bilingual might explain how CEN managed to do these things, might it not?

A It might.

Q Going ahead now to page 14, you have several quotes, and I'll just pick one: "People

Page 152

C. Silverman

cannot take the law into your own hands."

That suggests to you, does it, that it's a phony quote, because it sounds too English?

A This quote and all of the others we talked about, taken as a whole, is us citing a pattern that, especially when quotes are introduced into stories where key details are proven false that they are talking about, these fit with that pattern.

"Taking the law into your own hands" is -- sounds like an English phrase to me. It does seem to fit with that pattern we previously discussed.

Q So, the fact that "taking the law into your own hands" is an English expression suggests to you that the quote is fabricated?

A It's -- fits a pattern that we document in the article.

Q And the pattern is what, exactly, again, please?

A The pattern is quotes from often anonymous sources that, in some cases, refer to events that were absolutely proven to be fabricated. Quotes -- other quotes in stories where it's unclear of what is true and what is not, that again, are often attributed to anonymous people, that are, in some

Page 153

C. Silverman

cases, spoken as complete, fully formed paragraphs that seem to fill in the details that were missing from the original reporting in the original language, that are arguably make the story more sellable.

Q Further into the story on page 16, it refers to a story about a car crash in Vienna.

Is that a story that you investigated?

A I believe I did some looking into this one, yes.

Q Do you know whether that story was, in fact, a hoax?

A I believe we documented that, at one point, somebody tried to fool an Austrian newspaper with that article, and we documented how it was -- been around since at least 2011, and the details that were pushed out by CEN and I think published on at least one of its websites were false.

Q Do you know whether the story appeared in a Austrian newspaper called Heute, H-E-U-T-E?

A I believe that is the newspaper that was the victim of the hoax at first.

Q The story about Chinese young people walking cabbages, was that something you looked

Page 154

C. Silverman

into?
A No.
Q Do you know anything about the debunking of that story by Kotaku, BuzzFeed, or The Wall Street Journal?
A I don't know any specific details about it, no.
Q Did you look into the story that we had talked about before, about a Russian woman named Elena Lenina, who supposedly dyed her kitten pink, causing the animal's death?
A I did not look into that one.
Q Do you know anything about who Elena Lenina is?
A No.
MR. WISE: I'll just have this, for the record, marked as triple F [sic] -- I guess you could put the -- triple E [sic] has been used? Oh, okay.
MS. STROM: And you're at quadruple, not triple.
MR. WISE: Okay, sorry.
Q So, is it a correct statement that you don't know, Mr. Silverman, whether that is, in fact,

Page 155

C. Silverman

Elena Lenina or not?
A No, I have no idea.
Q You've never seen her picture before?
A No.
MR. WISE: FFFF.
(BuzzFeed_001804 through 1806 was marked as Exhibit FFFF for identification, as of this date.)
Q Just to back up a bit, Mr. Silverman, is Exhibit FFFF a copy of emails that you -- an email that you sent to the person in Latin America that we talked about before, who you contacted in the hope that he would look into the Sandoval story?
A Yes.
Q And is it your recollection that you sent him this email and just never heard from him again, or what is your recollection of what transpired after this email?
A The thing that I remember most is just I don't believe he ended up doing any work for us related to this.
Q Do you know why?
A No, I don't remember.

Page 156

C. Silverman

Q Turning to page 8 of the story and backing up a bit, third paragraph down from the top of the page, the one that begins, "So it appears"?
A Yes.
Q Is that something that you wrote?
A Again, there were many hands on the draft, but I was involved in drafting this story.
Q You don't recall whether you drafted this particular paragraph or not?
A I'm not sure. Different words could be changed. It may not fit an original thing that I worked on.
Q Was this an idea that you brought to the story, that financial setbacks caused Mr. Leidig to change his business model and adopt an unethical model?
MS. STROM: Objection.
A This paragraph says nothing about ethics.
Q I see.
So, how do you interpret the words "weave a story around images"? Do you not interpret those words as making up a false story?
A It depends. We're not saying he made up false stories in this paragraph.

Page 157

C. Silverman

Q What is your understanding of what you meant -- or BuzzFeed meant by "weave a story around images or posts"?
A Well, there's lots of news organizations, including BuzzFeed, that, today, write stories based on social media posts. So, it's not unheard of to do that.
Q So, just the mere fact that you used the "weave" doesn't suggest to you that you're accusing Mr. Leidig of making stuff up?
A No. I think in this case, my reading of this paragraph is to emphasize that he was sourcing his material from social networks in these parts of the world.
MR. WISE: Off the record, please.
THE VIDEOGRAPHER: Off, 2:18.
(Recess taken.)
THE VIDEOGRAPHER: Back on, 2:19.
Q Mr. Silverman, I'd like to direct your attention back to a document we've marked as RRR and, in particular, your memorandum attached to the email. And I'd like to direct your attention to the second-to-last page of the exhibit --
A Yes.

Page 158

C. Silverman

Q -- the language beginning, "When CEN went bad," to the end of the page and the next page, that's language you wrote, correct?
A Correct.
Q And is this not the same idea that's expressed in the paragraph that we've just discussed in the article, that a bad financial situation caused Mr. Leidig to go bad?
A It absolutely -- yes, it connects to the paragraph that ended up in the story.
Q Did you have the contact with Mr. Farhad Manjoo of the New York Daily News?
A Yes.
Q And in your story, you quoted -- the quote from the story is, "Manjoo said in the email that the attribution of such an outrageous story to a small, unknown agency struck him as questionable behavior."
You later asked him whether he was referring to CEN specifically, and he said he was not, correct?
A Correct.
Q He was referring, in general, to small agencies, and he did not have any particular

Page 159

C. Silverman

knowledge about CEN?
A Correct.
MR. WISE: Let me now show you an exhibit marked as GGGG.
(BuzzFeed_002544 through 2545 was marked as Exhibit GGGG for identification, as of this date.)
Q I show you a document, sir, that's been marked as GGGG.
Is this a list of the 41 stories?
A It appears to be, yes.
Q Now, for starters, are any of the stories that you collected in December of 2014 through Google Alert, or whatever the correct name is, included in this list?
A I'm not sure.
Q Do you want to -- shall we compare it?
A Sure.
Q All right. I'd ask you to take a look.
MS. STROM: HHH.
A (Perusing documents.)
It is. Mine seems to be out of order because it was taken back at one point.

Page 160

C. Silverman

Q Yes, it was.
A Thank you.
Q That's the exhibit that was repaginated.
A Right.
Q So, let's take a look, shall we?
Is the story about "the one-legged man in" this list?
A I don't think so, no.
Q Is the story about "sick mom sedated after trying to eat baby" in this list?
A No.
Q Is the story "boy, 12, eaten by car thief" in this list?
A No.
Q Is the story "man in football club smash up KFC restaurant" in this list?
A No.
Q Is the story "life coach surprised to hear -- to find her rear in the spotlight"?
A No.
Q Is the story "elite Mexican anti-kidnap squad" in this list?
A No.
Q Is the story "miracle cure for disabled

Page 161

C. Silverman

beggar" in the list?
A No.
Q Is the story "kid left in coma after beaten by teacher for talking in class"?
A No.
Q Is the story "police hunt on the run English-speaker with ten Asian kids" on the list?
A No.
Q Is the story "Romanian army dumps hero bomb-disposal dog" in the list?
A No.
Q Is the story "world's first and only bike elevator" in the list?
A No.
Q Is the story "bloody protest ends with naked people in a heap" in the list?
A No.
Q Is the story "perve arrested for juice cart with spy-cam in toilets" on the list?
A No.
Q Is the story "lone kindergarten survives destruction of housing complex" in the list?
A No.
Q Is the story "verging on the ridiculous, as

Page 162

C. Silverman

Ms. Bumbum looks for Mr. Right" on the list?
A No.
Q Is the story "British family fights for justice in Turkey" on the list?
A No.
Q Is the story "man venting frustration over death survives 16-floor drop" on the list?
A No.
Q And finally, is the story "gentleman tries to buy tortoise but tortoise bites first" on the list?
A No.
Q Don't you think, to be fair to CEN about the percentage of its stories that contain falsities or alleged falsities and mistakes, you should have included all the ones you actually looked at?
A I don't recall looking at those stories or not. I'm not sure to what extent I did.
Q And turning, now, just to the 41 stories, the stories from 33 to 41 are stories that you say are real, correct?
A They are labeled as true or real.
Q The stories from 20 to 32, you say "Unknown." What does that mean?

Page 163

C. Silverman

A "Unknown" means there were details that couldn't be clearly confirmed and -- but also, in particular, details that misaligned between the CEN version of the story and original versions that we could find.
Q Which we now know could be -- could have been obtained by CEN reporters in the area --
MS. STROM: Objection.
Q -- correct?
A I think that's too broad an assertion, given there's many stories here. I don't recall the specifics of each of them.
Q Now, let's just go down the false stories.
Number one, the "Bieber bear attack" was a true story with a false fact in it, correct?
MS. STROM: Objection.
A The core claim of the article, the thing that got it sold and made it go viral, is the thing that was false.
Q The "Argentine sex tape scandal" was a hoax, correct?
A I don't believe -- my understanding is not necessarily that it was a hoax. I don't know the origins of how the story went awry.

Page 164

C. Silverman

Q The story of "the Chinese woman offering sex for travel" was, in fact, a hoax, correct?
A I believe that's correct, yes.
Q And "the sashimi tapeworm" is a story where you say one photograph of an x-ray is similar to another, correct?
MS. STROM: Objection.
Q That's what your story says; isn't that right?
MS. STROM: Objection.
A This story says that Snopes investigated it and declared it to be unreliable.
Q You did not, meaning BuzzFeed, investigate it?
A We looked at Snopes's reporting and Snopes's evidence and cited that.
Q You did not go to the source yourself?
A I personally didn't work on this one.
Q In fact, in any of the investigations, other than your email to Photographer Oryx, did you personally go to the source, as you say, is what you should do to debunk a story?
A Yes. We -- the first thing that we did was try to find where the story had originated.

Page 165

C. Silverman

Q That's not my question.
My question is: Other than Mr. Oryx, did you personally speak to the source for any of these stories, the source -- strike that.
The source for any of these stories?
MS. STROM: That was not your question, but if you'd like him to answer that question, he could do that.
MR. WISE: I would, yes, very much.
A Offhand, I'm trying to recall others. We certainly reached out to lots of people. You don't necessarily always hear back.
Q So, you can't recall any other specifically, sitting here today?
A Who came back to me? Off the top of my head right now, no.
MR. WISE: Give me 5 minutes. I may be done.
MS. STROM: Sure.
THE VIDEOGRAPHER: Off 2:31.
(Recess taken.)
THE VIDEOGRAPHER: Back on 2:33.
Q I show you, Mr. Silverman, a document that's previously been marked as Exhibit JJ.

Page 166

C. Silverman

(Exhibit JJ was shown to the witness.)

Q You see that appears to be a copy of an email that Alan White sent to someone named Mariana Marcaletti two days after the article was published?

A Yes.

Q You see where he says, "All the totally fake ones are in the piece, and the most dubious ones seem to be from China, on the whole"?

A Yes.

Q Do you agree that that's the case?

A Yes.

Q Applying your standards to this article, do you find any fault with it, the BuzzFeed article, at this time?

A No.

MR. WISE: No further questions.

MS. STROM: I just have one.

EXAMINATION BY

MS. STROM:

Q Let's go back to ZZZ. It's you and Gene Oryx.

Do you have that?

A Yes, just give me one second.

Page 167

C. Silverman

Here we go.

Q If you go to the bottom of the first page, which is your email, where it says, "Hi, Gene." If you go to the second-to-last paragraph, "I was also curious if other information in the story is accurate. It lists the name of the women. Are those correct, and is it correct that the women lost their jobs as a result of the photos?"

And then you go on: "I'm trying to determine the real story of the photos and would be grateful for any information you can provide. Thanks. Best regards, Craig."

Mr. Oryx replies, "Hi, Craig. This is false," sends you to a link that you said was the original source that you had found, and it goes on from there.

When you read this email from Mr. Oryx, did you read it to say that any of the names of the women in the CEN output were correct?

A No.

MR. WISE: Objection to the form of the question.

Go ahead.

A No. He's specifically replying to both

Page 168

C. Silverman

women, indicating he's responding to the names in the story.

Q And did you take it to mean that the women had lost their jobs as a result of the photos?

A He's saying that's false, as well, in my understanding.

MS. STROM: Thank you. That's all I have.

FURTHER EXAMINATION BY

MR. WISE:

Q When you charged CEN with making up this story, Mr. Silverman, were you aware that the story, as reported by CEN, was widely reported previously in various Russian media?

MS. STROM: Objection.

But you can answer.

A I don't specifically recall how many other Russian media outlets might have covered it.

Q Do you recall whether any Russian media outlets had the same story repeated and republished by CEN before CEN published it?

A Could you rephrase? I'm sorry.

Q Yes.

Do you know whether, before CEN published its story, that that same story, with those same

Page 169

C. Silverman

details, with those same names, had circulated on Russian media?

A I'm not aware of whether that was the case or not.

MR. WISE: No further questions.

MS. STROM: Thank you. That's it.

THE VIDEOGRAPHER: Off 2:36.

(Time adjourned: 2:36 p.m.)

I N D E X


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Craig Silverman | Mr. Wise | 3, 168 |
| | Ms. Strom | 167 |


EXHIBITS


| EXHIBIT | | PAGE |
|---|---|---|
| Exhibit ZZ | BuzzFeed News tweet | 7 |
| Exhibit AAA | BuzzFeed News tweet | 9 |
| Exhibit BBB | BuzzFeed_001454 | 31 |
| Exhibit CCC | Poynter article dated April 24, 2015 | 41 |
| Exhibit DDD | BuzzFeed_000860 through 861 | 48 |
| Exhibit EEE | Tom Phillips tweet | 52 |
| Exhibit FFF | BuzzFeed_013412 through 421 | 54 |
| Exhibit GGG | BuzzFeed_001067 through 1070 | 57 |
| Exhibit HHH | BuzzFeed_000010 through 18 and 034 | 61 |
| Exhibit III | BuzzFeed_009145 through 146 | 65 |
| Exhibit JJJ | BuzzFeed_009494 through 9497 | 67 |
| Exhibit KKK | BuzzFeed_006164 through 6166 | 72 |
| Exhibit LLL | BuzzFeed_001385 through 1386 | 73 |
| Exhibit MMM | BuzzFeed_001381 | 73 |
| Exhibit NNN | BuzzFeed_001378 through 1379 | 77 |
| Exhibit OOO | BuzzFeed_001400 through 1401 | 78 |





| | | |
|---|---|---|
| Exhibit PPP | BuzzFeed_001366 through 1368 | 82 |
| Exhibit QQQ | BuzzFeed_001436 | 84 |
| Exhibit RRR | BuzzFeed_001485 through 1495 | 85 |
| Exhibit SSS | BuzzFeed_000195 through 198 | 99 |
| Exhibit TTT | BuzzFeed_001484 | 99 |
| Exhibit UUU | BuzzFeed_010180 through 0181 | 100 |
| Exhibit VVV | BuzzFeed_010376 | 106 |
| Exhibit WWW | BuzzFeed_010447 through 450 | 110 |
| Exhibit XXX | BuzzFeed_002400 | 114 |
| Exhibit YYY | BuzzFeed_009347 | 115 |
| Exhibit ZZZ | BuzzFeed_002084 through 2085 | 122 |
| Exhibit AAAA | BuzzFeed_005438 through 5447 | 126 |
| Exhibit BBBB | Four-page Russian document | 129 |
| Exhibit CCCC | One-page screenshot | 130 |
| Exhibit DDDD | One-page screenshot | 131 |
| Exhibit EEEE | Colored photograph | 134 |
| Exhibit FFFF | BuzzFeed_001804 through 1806 | 155 |
| Exhibit GGGG | BuzzFeed_002544 through 2545 | 159 |


I N D E X (continued)



PREVIOUSLY MARKED EXHIBITS


| EXHIBIT | PAGE |
|---|---|
| PP | 83 |
| HH | 102 |
| G | 103 |
| D | 104 |
| I | 106 |
| L | 109 |
| N | 111 |
| P | 118 |
| JJ | 166 |


REQUESTS FOR PRODUCTION


| DESCRIPTION | PAGE |
|---|---|
| Copies of the high-resolution photographs that were sent by Mr. Oryx | 132 |




C E R T I F I C A T E

I, AMANDA McCREDO, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth, was duly sworn, and that such examination is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

AMANDA McCREDO

Page 174

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: Leidig v. BuzzFeed
Dep. Date: June 6, 2018
Deponent: Craig Silverman

CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| ___ | ___ | ______________ | ________________ | ______ |
| ___ | ___ | ______________ | ________________ | ______ |
| ___ | ___ | ______________ | ________________ | ______ |
| ___ | ___ | ______________ | ________________ | ______ |
| ___ | ___ | ______________ | ________________ | ______ |
| ___ | ___ | ______________ | ________________ | ______ |
| ___ | ___ | ______________ | ________________ | ______ |
| ___ | ___ | ______________ | ________________ | ______ |
| ___ | ___ | ______________ | ________________ | ______ |
| ___ | ___ | ______________ | ________________ | ______ |

______________________
Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME
THIS___DAY OF___________, 20__

______________________________
(Notary Public) MY COMMISSION EXPIRES:_________

Page 175

ACKNOWLEDGMENT OF DEPONENT

I, , do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

______________________________
CRAIG SILVERMAN

Subscribed and sworn to
before me on this_____ day
of ____________, ________.
_______________________________
Notary Public

Exhibits

EX 0AAA Craig Silverman Ex 060618
EX 0BBB Craig Silverman Ex 060618
EX 0CCC Craig Silverman Ex 060618
EX 0DDD Craig Silverman Ex 060618
EX 0EEE Craig Silverman Ex 060618
EX 0FFF Craig Silverman Ex 060618
EX 0GGG Craig Silverman Ex 060618
EX 0HHH Craig Silverman Ex 060618
EX 0III Craig Silverman Ex 060618
EX 0JJJ Craig Silverman Ex 060618
EX 0KKK Craig Silverman Ex 060618
EX 0LLL Craig Silverman Ex 060618
EX 0MMM Craig Silverman Ex 060618
EX 0NNN Craig Silverman Ex 060618
EX 0OOO Craig Silverman Ex 060618
EX 0PPP Craig Silverman Ex 060618
EX 0QQQ Craig Silverman Ex 060618
EX 0RRR Craig Silverman Ex 060618
EX 0SSS Craig Silverman Ex 060618
EX 0TTT Craig Silverman Ex 060618
EX 0UUU Craig Silverman Ex 060618
EX 0VVV Craig Silverman Ex 060618
EX 0WWW Craig Silverman Ex 060618
EX 0XXX Craig Silverman Ex 060618
EX 0YYY Craig Silverman Ex 060618
EX 00ZZ Craig Silverman Ex 060618
EX 0ZZZ Craig Silverman Ex 060618
EX AAAA Craig Silverman Ex 060618 126:16 171:13
EX BBBB Craig Silverman Ex 060618 128:22 171:14
EX CCCC Craig Silverman Ex 060618 129:24 171:15
EX DDDD Craig Silverman Ex 060618 130:24 171:16
EX EEEE Craig Silverman Ex 060618 134:18 171:17
EX FFFF Craig Silverman Ex 060618 155:8,12 171:18
EX PM G Craig Silverman Ex 060618 103:2 172:6
EX GGGG Craig Silverman Ex 060618 159:7 171:19
EX PM HH Craig Silverman Ex 060618 102:5 172:5
EX PM I Craig Silverman Ex 060618 106:9,10 172:8
EX PM JJ Craig Silverman Ex 060618 165:25 166:2 172:12
EX PM L Craig Silverman Ex 060618 109:4,5 172:9
EX PM N Craig Silverman Ex 060618 111:22 172:10
EX PM P Craig Silverman Ex 060618 118:6,7 172:11
EX PM Craig Silverman Ex 060618
EX PM PP Craig Silverman Ex 060618 83:15 172:4

0

0181 100:18
034 61:8

1

100 130:10
1070 57:13
10:50 64:8
11 145:20
11:07 64:10
12 150:2 160:13
1251 3:5
12:28 117:16
1368 81:21
1379 77:2
1386 72:25
14 151:24
1401 78:16
146 65:19
1488 93:22
1495 85:17
15 63:20 74:3 83:18
15th 77:8
16 72:5 153:7
16-floor 162:8
18 61:7 64:5,17 100:25
1806 155:7
19 63:25 85:24
198 98:21
1999 14:21 17:9,10 18:3
19th 66:7 78:22,23
1:00 115:5
1:21 117:18
1st 55:12

2

2 88:10 136:13

**20** 162:24
**2002** 18:13,15,17,20
**2004** 19:11
**2007** 25:18
**2009** 25:6
**2011** 21:24 153:17
**2012** 26:11 29:11
**2013** 29:11
**2014** 15:13 26:2,4 27:21 33:10 34:5 44:9,10 54:25 55:7, 12,14 57:10 60:21 67:12 84:12 143:25 159:15
**2015** 15:14 27:22 28:21 34:5 41:12 65:6,7,15 68:12 69:15,16 71:12 72:6 73:11 78:23 83:23 84:12,22 85:24 99:24 100:25 114:9
**2016** 6:9
**2018** 3:4
**2085** 122:15
**20s** 94:8
**24** 41:11
**2545** 159:6
**26th** 126:4
**27** 84:22
**2:18** 157:17
**2:19** 157:19
**2:31** 165:21
**2:33** 165:23
**2:36** 169:8,9

**3**

**3** 137:10
**32** 162:24
**33** 64:2 162:21
**34** 64:5,17
**35** 136:17

**4**

**4** 138:3 139:20
**40** 119:16,19
**41** 119:22 137:11,15, 17 159:12 162:20,21
**421** 54:18
**450** 110:16

**5**

**5** 115:7 165:18
**5439** 126:20
**5447** 126:15

**6**

**6** 141:5
**6166** 71:23
**6:11** 126:5
**6th** 3:4

**7**

**7** 142:9

**8**

**8** 156:2
**861** 48:4

**9**

**9** 143:20
**9497** 67:17
**9:39** 3:3

**A**

**a.m.** 126:5
**AAA** 8:24 9:2,6
**AAAA** 126:14,16
**absolutely** 64:25 107:25 138:8 147:14 149:8 152:22 158:10
**academic** 12:9
**accept** 12:25
**acceptable** 11:25
**accepted** 20:18
**access** 27:3
**accompanies** 131:11
**accord** 141:14
**account** 133:15
**accuracy** 12:14 19:12 20:25 25:21 105:17
**accurate** 124:19 147:24 167:7
**accurately** 43:19
**accusing** 157:10
**acquired** 49:5
**active** 41:6 43:20 46:8
**actively** 84:3,5
**activities** 69:10
**add** 40:14 92:3 112:6 121:20
**added** 36:18,23,24 56:22 99:8 132:22 136:9
**adding** 80:6 135:2
**addition** 111:13 114:22 123:13
**address** 61:15 72:18, 20 124:24
**adds** 121:15
**adequately** 4:10
**adjective** 143:15
**adjourned** 169:9
**adjunct** 21:20 22:2,7
**administer** 3:16
**adopt** 156:16
**ads** 20:18
**adverb** 143:15
**adverse** 130:18
**advertising** 37:23
**advice** 104:6,15
**advised** 103:17
**advocate** 113:14
**affected** 116:23
**affection** 44:4
**affiliation** 149:19,24
**afield** 59:5
**afternoon** 70:8
**agencies** 158:25
**agency** 23:22 24:5,6 47:23 146:7 158:18
**agent** 23:25 24:9,16
**ages** 151:9
**agree** 8:11 11:15,20, 23 12:6,18 73:8 75:23 76:3,17,21,22 91:12 119:25 121:2 128:15 140:24 144:5 166:12

**agreed** 108:18
**ahead** 5:17 140:23 143:17 151:24 167:24
**aimed** 33:7
**air** 77:17
**Alan** 99:7 104:9 133:22 135:8 137:8 166:5
**alert** 61:17,18,21,24 62:3 63:18 159:16
**alerted** 62:8
**Alerts** 61:14
**allegation** 121:3,5
**alleged** 143:24 162:16
**alleges** 144:18
**Allison** 111:17
**altered** 87:6,13,16 114:21
**Amanda** 3:10
**amend** 63:9 82:15,17 117:23
**America** 133:10,11 134:6,22 155:13
**American** 38:20 134:9
**Americas** 3:5
**Amsterdam** 29:22
**analysis** 87:5 94:10, 11 119:7 120:8
**analyze** 34:18 39:17
**and/or** 149:6
**Anglicized** 88:19 148:4,6
**angry** 149:12
**animal's** 154:12
**announced** 111:3
**anoint** 11:9
**anonymous** 59:21 96:11 149:11,19 152:20,25
**answers** 82:18
**anti-kidnap** 160:22
**anyone's** 90:14
**APIS** 27:2
**apologize** 33:21
**apparently** 47:23 63:16 66:2 97:17 135:21
**appeared** 45:24 63:16 124:2 147:8 153:20
**appearing** 28:6
**appears** 41:17 55:12 61:14 63:11 72:7,17 73:6 74:10,22 83:17 99:6 109:18 129:9 130:11 131:11 141:16 156:4 159:13 166:4
**Applying** 166:14
**approach** 24:11
**approve** 119:3
**approvingly** 12:9
**April** 41:11 68:12 71:12 114:9
**apropos** 94:5
**area** 13:18 19:5 20:20,21,23 108:23 144:7 151:7 163:8
**areas** 22:13 37:25
**Argentine** 163:21
**arguably** 153:5
**arguing** 94:18
**army** 161:10
**arouse** 149:3
**arranged** 64:13
**arrested** 161:19
**article** 5:2 8:18 36:17 37:10 38:14,16 40:8,19,21,22 41:11, 17,18,21,24 44:12, 16,18 45:2,20,23 80:11,25 81:4,5,9, 14,15,16 105:19,22 108:8 116:23,25 117:6 120:21 129:3, 6,21 134:6,9 136:14, 16 139:20 152:17 153:16 158:8 163:18 166:6,14,15
**articles** 10:23 27:6 28:5 34:24 45:5 62:15 69:6 71:19 89:3 108:25 123:6
**arts** 14:21 17:13
**Asian** 161:8
**aspect** 117:22 140:11, 14
**aspects** 109:16
**assassin** 8:8
**assert** 145:16
**asserting** 108:20
**assertion** 140:20,24 143:3,22 163:11
**assertions** 146:24
**asserts** 120:18
**assessment** 11:18
**assistant** 35:17
**assume** 4:19 10:8
**assumption** 8:19
**attached** 85:24 118:11 125:24 126:2 142:2 157:22
**attachment** 85:25
**attachments** 126:12
**attack** 44:14 86:21,25 163:15
**attention** 58:5 102:7 122:20 136:13 157:21,23
**attention-grabbing** 137:3,12
**attorney** 5:15
**attributed** 40:9,10 44:17 59:19,23 61:3 122:25 152:25
**attributing** 82:24 83:6,8
**attribution** 40:13,14 140:15 158:17
**audience** 16:5
**August** 44:9,10
**Austrian** 45:22 58:15, 18,19 61:16 62:2,4, 9,14,16 63:12 153:15,21
**author** 36:12
**authors** 136:16
**automatic** 61:18
**Avenue** 3:5
**avoiding** 22:16
**aware** 6:23 42:10,12 44:8,11 56:16 58:21 71:6 114:23 117:7 146:10,13,16,20 151:18 168:12 169:4
**awry** 163:25

## B

**baby** 160:11
**bachelor** 14:21
**back** 32:17 33:23 39:6 60:4 64:10 66:22

117:18 125:4 155:11 157:19,21 159:25 165:13,16,23 166:22
**backdate** 67:4
**backed** 147:13
**backing** 156:2
**backslash** 109:25
**bad** 113:15 158:3,8,9
**balance** 12:13
**ball** 150:14,18,22,23
**banging** 150:12
**barriers** 151:11
**base** 141:23
**based** 6:22 26:19 29:22 49:4,6 61:19 72:17 74:21 76:7 82:18 100:9 133:19 137:5,7,8 144:10 146:7 151:19,20 157:6
**basic** 31:4,6 36:11
**basically** 22:9 26:12 39:7 117:2
**basis** 9:11 11:8
**BBB** 31:15,17,20
**BBBB** 128:20,22 129:2
**bear** 44:14 86:21,25 149:13,14 163:15
**beat** 6:11,15 46:15
**beaten** 161:4
**began** 15:13 19:9 26:8,10 46:9 123:2
**beggar** 161:2
**begin** 68:7
**beginning** 26:2,4 55:14 158:2
**begins** 156:4
**behalf** 135:4,5
**behavior** 89:5 158:19
**Beijing** 146:9
**believed** 93:12
**bell** 50:11,13,18 51:6,12,15 115:2
**Ben** 65:15 69:14
**betrayed** 11:14
**Bieber** 44:15 45:18 46:4 48:12 51:21 53:3 54:23 56:15 58:20 86:21,24 140:7,15,21,25
163:15
**big** 6:11 101:6
**Bigfoot** 74:13,15,18, 20 75:12 76:2,14,15, 16,19
**bike** 161:13
**bilingual** 13:20 146:18,22 151:21
**Billing** 114:25 115:25
**bit** 13:17 16:13 117:3 127:8 131:14 139:21 155:11 156:3
**bites** 162:11
**black-haired** 125:9
**blacked** 101:13
**Blair** 9:22,24
**Blake** 103:16 104:7,15 111:25
**blanking** 33:21
**block** 148:22
**blog** 19:11,14,16,21 20:10,17,20 21:11, 17,19 22:9 42:14,16
**blogs** 19:21
**bloody** 161:16
**blurry** 131:14
**bomb-disposal** 161:11
**book** 11:24 12:8,16,21 23:16,17,19 24:11, 22,25 25:5,16,17,19, 23 27:12 29:2,12
**books** 23:12,14,15 139:16
**Borders** 97:24 98:4 109:17 114:12 142:12,21
**born** 13:11
**borrow** 38:20
**bother** 73:10
**bottom** 53:18 72:8 92:21 124:13 136:16 137:10 138:25 143:23 149:25 167:3
**bought** 102:16
**boy** 74:10 160:13
**bracket** 90:19 150:23
**brackets** 89:21 90:9 91:4 92:2 148:13 151:2
**Bradley** 24:4,9,13
**bras** 148:23
**break** 117:14,19
**breaking** 115:7
**breath** 55:16
**British** 162:4
**broad** 163:11
**broke** 137:19
**brought** 79:21 123:7 156:14
**build** 33:14
**building** 34:10
**bullshit** 5:4 9:13 11:11,22 118:14,16
**Bumbum** 162:2
**bunch** 58:7
**business** 156:16
**busy** 66:7
**button** 72:13
**buy** 162:11
**buzzfeed** 3:8 4:5 5:23,24,25 6:4,8,24 7:6,13 8:25 9:8,12 42:6 52:6 56:14,17, 24 57:3,24 61:22 64:16 65:5,10,11 70:18 71:8,11 79:23 93:22 102:16 103:14, 18 108:25 111:2,4,6, 11,19 116:6,10,18,19 117:7 133:20 135:6 138:10 139:23 140:2 154:5 157:3,6 164:14 166:15
**Buzzfeed's** 102:14 116:7
**Buzzfeed1486** 86:11
**buzzfeed_000010** 61:7
**Buzzfeed_000015** 63:17
**buzzfeed_000195** 98:21
**buzzfeed_000860** 48:4
**buzzfeed_001067** 57:13
**buzzfeed_001366** 81:21
**buzzfeed_001378** 77:2
**buzzfeed_001381** 73:21
**buzzfeed_001385** 72:25
**buzzfeed_001400** 78:16
**buzzfeed_001436** 84:16
**buzzfeed_001454** 31:16
**buzzfeed_001484** 99:19

**buzzfeed_001485** 85:17
**buzzfeed_001804** 155:7
**buzzfeed_002084** 122:15
**buzzfeed_002400** 114:3
**buzzfeed_002544** 159:6
**buzzfeed_005438** 126:15
**buzzfeed_006164** 71:23
**buzzfeed_009145** 65:19
**buzzfeed_009347** 115:17
**buzzfeed_009496** 67:17
**buzzfeed_010180** 100:18
**buzzfeed_010376** 106:20
**buzzfeed_010447** 110:16
**buzzfeed_013412** 54:18
**Buzzfeed_1489** 95:16
**bystander** 59:24
**bystanders** 131:19

C

**cabbages** 109:23 153:25
**calculation** 119:15 120:15
**call** 47:2 106:16 107:9 126:8 132:13
**called** 15:23 17:12,18 19:11 23:16 24:12 25:16 26:5 29:6 33:3 38:11 44:8 45:21 48:18 68:21 82:4,8 86:12 97:24 105:5 153:21
**calling** 133:11
**calls** 60:17 109:21
**Canada** 6:4 13:11,20 16:14 19:2 22:24 25:10,11,15,24,25
**Canadian** 13:6,7
**capacity** 12:21
**capture** 34:19
**car** 153:8 160:13
**career** 14:6
**cart** 161:19
**case** 73:8 75:21,25 91:18 103:18 104:11 118:6 132:6 137:15 140:19 143:25 149:17 151:15 157:12 166:12 169:4
**cases** 118:20 152:21 153:2
**cat** 77:13 110:11
**category** 93:6
**caused** 44:18 72:15 136:4 156:15 158:9
**causing** 154:12
**CCC** 41:10,12,16
**CCCC** 129:22,24 130:4
**cell** 44:14 131:15
**CEN** 4:22 44:17 46:9, 18,23 47:4,11 48:14, 15 50:5,17 51:2 52:21,24 53:9,13,16 54:14,24 55:4,25 56:19,25 57:4,7 58:3 60:10,14,22 61:3 65:9 66:6,15 68:3,15 71:3,14,17 73:12,14 74:6 78:7 79:19 80:11,23 83:8,11,20 86:5 96:14 98:16 100:7 102:14,16 103:14,17 104:17,22, 25 105:4,7,15,17,20, 23 107:11 108:12,25 109:9,11 113:8,12,17 114:21 116:6,10,14 119:5,8 120:6 121:11,24 122:4,25 132:2,17,22 133:2,9 136:9,17 137:6,11 138:6 140:3,6 141:6, 16,21 142:4,8,14,23 145:10 146:18,22 147:4,7,8,19 148:2 149:6 150:3 151:8, 13,21 153:18 158:2, 21 159:2 162:14 163:4,8 167:20 168:11,13,21,24
**CEN's** 53:23 67:13 80:19 138:9 139:23 142:16,19
**center** 15:9 27:13,14, 18,23 28:15 29:20,21 30:6 33:17 35:6 50:14 51:9,11 68:20
**central** 4:4,23 44:8, 11 48:15 61:4 71:18 121:19
**CEO** 70:23
**chance** 5:16 57:18
**chances** 127:13
**change** 19:20 117:23 156:16
**changed** 20:16 36:17 41:23 117:5 156:12
**chapters** 29:16
**characterization** 119:25
**charge** 47:10,13
**charged** 168:11
**charging** 138:6
**charity** 97:24 98:8, 11,13,18 109:16 114:15 139:10,11
**cheating** 85:7 150:4
**check** 38:8
**Chen** 79:21 99:24 100:24
**Chen's** 79:25
**chest** 144:7
**chief** 111:18
**China** 145:7 146:10, 13,19 151:14,19,20 166:10
**Chinese** 66:16 79:13, 19,24 80:2 94:8,12 95:4,6,22 100:5 109:22 144:25 150:21 151:13 153:24 164:2
**chopped** 85:8
**chosen** 118:14
**Christmas** 66:7
**chronological** 67:9
**chronologically** 67:5
**circulated** 169:2
**cited** 45:5 61:5 62:9 82:22 85:5,7 164:17
**citing** 45:3 152:6
**citizens** 35:22
**CJR** 49:11
**claim** 28:7 30:12 34:20 35:12 39:4

40:6,8,11,15,19 44:21 75:7,11,16,19, 21 76:2,23,24 80:25 81:13,18 136:17,18, 21 139:22 144:13 163:18
**claimed** 30:17 44:13 59:17 98:9
**claiming** 74:19 75:2, 16 76:18 150:3
**claims** 27:25 28:4 34:15 39:3 74:23 75:25 142:12,13 146:5 147:13
**Claire** 49:18,21 50:6
**clarification** 24:13 108:3
**clarify** 62:11 142:3
**class** 161:5
**classrooms** 23:10
**clear** 28:13 35:13 39:22 48:15,24 95:19 119:16,19 125:22 138:5
**client** 21:5
**clients** 61:2 139:23
**close** 66:7 94:9 98:12 115:25
**closely** 45:2
**closer** 82:21 88:24
**club** 160:16
**co-authored** 5:4 23:17
**co-founder** 104:22
**coach** 160:19
**coin** 38:19
**Colbert** 38:21,23
**collaboration** 34:7 70:22
**colleagues** 126:21
**collect** 71:20
**collected** 159:15
**collecting** 60:21
**collects** 86:8
**college** 14:10,12,24 15:5,15,19,20
**colloquial** 90:17,22 91:23,25 92:5,10
**colloquialism** 89:19 90:6 148:11,12,16, 17,19 150:19,21,22
**colloquialisms** 148:7
**colored** 134:17
**Columbia** 15:8 21:5 27:16
**column** 21:6,7 49:11
**columnist** 18:24
**coma** 161:4
**combined** 22:5
**comedian** 38:20
**comfortable** 80:3
**comment** 53:20 97:15 99:11
**comments** 99:8 103:11
**commercial** 40:25
**commercially** 37:15, 17,22
**common** 97:20 148:8
**communicate** 103:13
**communication** 55:25 67:24
**communications** 48:11 54:3 125:16
**community** 146:9
**company** 4:3 5:25 6:2, 3 15:21 17:3,18,20 18:5 26:5 44:8 48:18,22 85:5 121:11,19
**compare** 39:20 129:8 159:19
**compelling** 109:25
**compensation** 68:3,5,7
**competition** 147:22
**competitor** 52:6
**competitors** 116:7,19
**Complaint** 118:6,11
**complete** 80:16 153:2
**completely** 110:7 135:22
**complex** 161:23
**complicated** 8:6 97:9
**composed** 75:25
**comprehension** 80:2
**computer** 60:15,18
**conceiving** 16:11
**concerns** 47:16 58:2 105:16
**concluded** 15:14
**conclusion** 98:19 135:15
**conclusive** 145:14
**Concordia** 14:13
**conducting** 31:8 123:13
**confess** 39:22
**confidential** 107:16, 18,20 108:17 116:13, 17,20
**confidentially** 108:18
**confirmed** 86:12 93:5 163:3
**connected** 9:9 15:8 29:17 38:10 98:16 124:4
**connection** 21:17 27:18 48:11 60:14 61:21 71:16 97:5 131:5
**connections** 100:5
**connects** 158:10
**consciously** 38:20,22
**consequence** 123:24
**consequences** 112:25 130:18,21
**consultant** 26:10
**contact** 104:10 124:14 129:16 134:9 158:12
**contacted** 29:19 142:8 155:14
**contacts** 134:5
**contained** 63:7 86:7
**content** 28:24 36:14 39:2 69:2,3,4
**context** 102:11
**continue** 14:25 54:24
**continued** 45:5 54:25 140:3
**contract** 21:21
**contrary** 30:16 139:22
**contributed** 19:2
**contributing** 68:20,23
**contributors** 29:14,15
**conversation** 52:17,20 54:5 56:3 66:18 105:6,9,12 106:25 108:11
**conversations** 67:15 78:9
**Cooke** 10:10,12

**cooked** 96:14
**copied** 66:2 112:4
**copies** 57:23 132:9
**copy** 7:12,16 31:21 54:8 60:5 63:22 65:25 77:7 78:23 84:21 102:17 118:11 124:10 155:12 166:4
**core** 39:4 132:25 147:13 163:18
**Corp** 49:5
**corporate** 17:24 18:4
**correct** 7:21,22 8:2 14:23 20:14 23:13 32:24 38:8,9 40:24 45:9,10 50:16 52:19 53:10 57:22 59:7 62:8 64:12 65:8 66:10 67:6 68:11 74:5,9,21 75:4 76:19 79:7,8,9 83:12 89:15 90:14 91:9 101:4 103:9 104:12,16 107:8 109:18 110:3, 12 111:12,16 112:4,5 113:12,17 115:22 124:15,19 125:11,12, 14,15 126:11 127:4, 7,10,14,16,17,22,23 128:13 133:12,16,17 138:19 139:12,16 140:9 142:7 145:10, 11,15,17 147:3,4 151:14 154:24 158:4, 5,22,23 159:3,16 162:22 163:10,16,22 164:3,4,7 167:8,20
**corrected** 79:2 149:8
**correcting** 34:25
**correction** 9:10 56:22
**corrections** 19:13 20:4,6,24 21:8 25:21 36:24
**correctly** 11:7 41:20 51:13,20 53:8 64:13 68:4 83:5 87:8 90:16 91:21 110:6
**correspondents** 147:5
**corresponds** 89:14
**counsel** 3:12 111:18
**countries** 25:13 67:14
**country** 13:20
**couple** 25:13
**court** 3:9 25:3 104:11
**cover** 20:2 147:18
**coverage** 6:11
**covered** 168:18
**Craig** 3:7,18 110:24 167:13,14
**crash** 153:8
**create** 12:2 34:15 38:24 61:19 79:19 91:8
**created** 22:11
**creating** 91:12
**creation** 105:14
**credibility** 118:17
**credible** 24:19
**credited** 123:9,11 141:18
**criteria** 35:23 118:22
**critic** 6:25
**Critical** 31:8
**criticize** 102:23
**Croatian** 58:15,18,22 63:12,16,18
**cumbersome** 92:17
**curated** 69:2
**curating** 21:7
**cure** 160:25
**cured** 72:19
**curious** 167:6
**current** 139:3,6
**cysts** 144:7

**D**

**D-I-G-G** 68:21
**Daily** 44:13 45:2,20 51:25 123:10,15 158:13
**damage** 116:6,10
**Damn** 28:24
**data** 33:8 34:17,18,21 35:3 36:11 37:4,24 39:14,16,17,21 68:22 137:7 138:2
**database** 34:15
**databases** 27:3
**date** 7:9 9:4 31:18 41:14 48:7 52:13 54:21 55:11 57:16 61:10 65:22 67:4,20 72:2 73:4,23 77:5 78:19 81:24 84:18 85:20 98:24 99:21 100:21 106:22 110:19 111:7 114:5 115:19 117:4 122:18 126:18 128:24 130:2 131:2 134:20 155:10 159:9
**dated** 41:11
**dates** 64:17
**day** 3:4 36:5 84:6,14 101:4 111:25 131:18
**days** 84:8 166:6
**DDD** 48:3,5,9
**DDDD** 130:22,24 131:4
**dead** 9:10 109:22
**deadline** 12:12
**deal** 92:23 95:14 113:11 148:14
**dealing** 40:19 50:21 139:2 141:7
**deals** 88:10
**dealt** 51:7,11 79:22
**death** 7:25 8:7 154:12 162:8
**debunk** 30:11 31:11 38:5 67:13 73:13 164:23
**debunked** 30:15 133:3
**debunking** 28:3 30:3, 8,9 143:23 154:4
**debunks** 109:21,25
**decade** 21:13
**December** 55:7,12,14 60:21 66:7 67:12 84:11,12 159:15
**deception** 6:14
**decided** 33:13 108:17
**decision** 138:22
**declared** 164:13
**deeper** 32:22
**defendant** 3:15
**degree** 14:20 15:3
**delve** 32:22
**department** 12:24
**depend** 75:11
**depends** 156:24

**deposition** 3:7
**depositions** 115:13
**describe** 31:6 54:3 92:14 96:2 135:17
**describes** 81:11,13
**description** 126:21 132:18
**designation** 38:13
**destruction** 161:23
**detail** 136:4
**details** 10:14,23 11:6 36:23 59:10,11,12 61:3 127:19 128:13 130:15 133:2,13 135:12 141:25 152:8 153:3,17 154:7 163:2,4 169:2
**determine** 28:8 30:10 39:14,16 45:6 137:4 167:11
**determined** 104:24
**determining** 39:5 119:13
**develop** 33:2,9 43:5 144:7
**developer** 33:12,19 67:2
**development** 66:21
**devoted** 83:19,25
**difficult** 67:12
**Digg** 68:21
**digg.com** 68:24
**digital** 6:14 15:9 27:14 50:15
**digitally** 87:6,9,12 145:14
**direct** 54:9,11,12 157:20,23
**directed** 112:12
**directing** 58:5 102:7 136:13
**directly** 40:12 90:24 92:12
**director** 49:23 50:14
**disabled** 160:25
**disagree** 120:2,3 127:11 136:20
**disclose** 104:11
**disclosed** 128:11
**disclosing** 108:16
**discourse** 94:15
**discovered** 10:4 150:4
**discuss** 43:21 50:17 52:23 54:14 71:3,7 116:5,9 117:20
**discussed** 44:3 50:5 70:12,13,14 139:11 152:12 158:7
**discussing** 83:10 94:6 99:14,17 106:17 141:7
**discussion** 115:15 138:23
**discussions** 54:23 65:4,13 66:13 67:11 78:5 118:25
**disease** 144:6
**dislike** 44:4
**distance** 151:10
**distributed** 115:20 132:2 133:2
**distribution** 86:4
**dive** 66:15
**document** 7:10 9:5,7 31:14,19 41:9,15 48:2,9 52:14,16 54:2,4 57:18,21,23 61:11,13,14 62:7,13 65:17,23 66:4 67:21 72:3 73:24 78:20 81:25 83:14 84:19 85:21,23 93:7,9 98:25 99:11,22 100:22 101:13 102:2, 8,13 103:11,21 106:8 109:3,8,20 110:6 111:20 112:15 114:6 115:24 116:2 118:10 122:14 126:19 128:21,25 129:10 130:3 131:3 152:16 157:21 159:10 165:24
**documented** 153:14,16
**documents** 25:3 64:19 132:5 159:23
**dog** 161:11
**domain** 129:16
**Don** 24:16
**donations** 142:16,20
**dormant** 41:7
**doubt** 62:19,20 98:14
**doubts** 117:7,11,12
**download** 29:3
**dozen** 14:9
**draft** 49:24,25 50:2 99:7 141:10 156:7
**drafted** 156:9
**drafting** 156:8
**drafts** 141:11
**drop** 162:8
**dubious** 60:10 166:9
**duly** 3:19
**dumps** 161:10
**duties** 16:8
**dyed** 154:11

**E**

**earlier** 45:7 115:8 117:23 123:5,7 129:7 130:8 133:3
**early** 15:14 27:22 28:21 44:19 55:7 65:15 69:15 105:14
**earning** 20:12
**Eastern** 59:6,9
**eat** 160:11
**eaten** 160:13
**eating** 143:19
**edit** 6:16 29:13
**edited** 29:8
**editing** 16:13 27:12
**editor** 6:6,7,10 16:7, 9
**editor-in-chief** 49:10
**editors** 46:5
**edits** 99:8
**education** 14:25
**EEE** 52:8,11,15 54:4
**EEEE** 134:16,18
**effect** 17:25
**effort** 79:19 113:7
**efforts** 112:21
**element** 136:6 150:19
**elements** 73:17,18,19 97:6 120:13 135:20 136:9 138:7
**Elena** 110:11 154:11, 14 155:2
**elevator** 161:14

**elite** 160:22
**else's** 94:10
**email** 31:21 46:22 55:12,21,22 57:23 59:3 61:15 65:25 69:20,21 72:5 74:2 77:7,16 78:22 82:21, 23 83:7,17 84:21,24 85:3,4,6,11,23,25 99:6,23 100:3,9,24 101:3,7 103:18 104:10 109:15 111:24 112:9,10 113:19,21 114:8,17 124:10,13, 21,22,25 125:3,21,22 126:2,3,4 127:20 129:16,17 134:22 141:23 155:12,18,20 157:23 158:16 164:21 166:5 167:4,18
**emailed** 139:18
**emails** 46:24 78:25 79:3 109:8 110:20 114:10 125:19 126:11 134:14 155:12
**embarrassment** 112:24
**Emergent** 33:3,5,6 36:9 38:11 39:12,25 40:25 41:4,21,23 44:19 46:7 58:8,24 65:11 66:21 68:22 69:22 70:13 71:13,16 72:10 75:6 76:10 80:22 81:6 137:8
**Emily** 50:11,13,18 51:5,15
**emphasize** 157:13
**employed** 5:20,22
**employee** 11:15 108:5, 7
**employing** 11:8
**empty** 101:9
**enable** 36:7 67:3
**enabled** 26:25 37:2
**end** 16:21 17:16 66:22 70:24 107:9 138:25 148:21 158:3
**endeavors** 13:23
**ended** 23:24 27:12 107:10 131:24 134:25 155:22 158:11
**endorsing** 40:12
**ends** 161:16
**engage** 33:14
**engaged** 48:11
**engagement** 34:20 37:7,8
**engages** 108:12
**engaging** 105:24
**English** 13:16,23 14:3 45:12,22 89:15,16, 18,20,25 90:3,8,18, 19 91:3,5,7,8,13,18, 23,24,25 92:3,5,15 94:16 95:3 96:7,20, 21,22 97:10,12,13,20 122:24 148:16 150:22 151:14 152:4,11,14
**English-language** 45:24 128:14
**English-speaker** 161:8
**enhanced** 87:10,12 145:14
**enlisted** 79:19
**entail** 16:8
**enter** 15:16 39:24,25 80:24
**entered** 36:13 46:7
**entering** 38:17 39:8,9 40:22
**entire** 84:14
**entities** 35:21
**entitled** 5:4 9:13
**entity** 59:20
**environment** 12:2
**equivalent** 95:5
**erroneous** 12:23
**error** 11:25 12:22 19:12 23:16 25:17
**errors** 12:11,25 19:17 20:6 25:20
**estimate** 84:7
**et al** 3:8
**ethics** 156:19
**Europe** 59:6,9
**European** 4:4,23 27:13 29:19,21 44:8,11 48:15 61:4 121:19
**evaluate** 45:14 75:19 100:8 137:16
**evaluated** 137:11,15
**evaluating** 74:5 75:21,22
**evaluation** 39:8,9 133:19
**events** 29:24 152:21
**eventually** 10:4 21:8 26:11 38:2 57:6 88:8
**evidence** 39:5 109:25 121:23 147:4 164:17
**evolved** 36:23
**exact** 89:17,21 90:24 111:7 121:9 128:2 141:12
**EXAMINATION** 3:22 166:20 168:9
**examine** 39:25
**examined** 3:21
**examining** 39:3
**examples** 53:23 59:15 60:9,11 71:20 94:23
**excerpt** 93:2
**exchange** 124:10 141:23 145:2
**exchanged** 125:19
**exercise** 19:22
**exhibit** 7:5,7,11 9:2 31:17 41:12 48:5 52:11 54:19 55:10 57:14 61:8 63:7 64:14 65:20 67:18 71:24 73:2,22 77:3, 23 78:17 80:15 81:22 82:14 83:15 84:17 85:18 89:4 98:22 99:20,23 100:19 102:5,24 103:2 104:2,3,5 106:9,10, 19,21,23,24 109:4,5 110:17 111:22 114:4, 7 115:18 118:6,7 122:14,16 124:9 126:16 128:22 129:24 130:24 134:18 155:8, 12 157:24 159:4,7 160:4 165:25 166:2
**exist** 26:13 75:17
**existed** 135:21
**existing** 132:7
**exists** 76:3

**expect** 151:2
**experience** 79:14 137:9
**expert** 49:22 59:24 87:4,17 149:11,19, 21,23
**explain** 90:7 92:5 148:15,18 151:21
**explanation** 90:25 92:4
**expose** 8:7
**expressed** 79:9 158:7
**expresses** 91:24
**expression** 89:15,17, 24 90:2,17,22 92:13, 14,15 94:13 152:14
**extent** 107:16,19 108:15 162:19
**Eye** 15:23

**F**

**F-A-L-C-E** 124:23
**fabricated** 10:2,14,23 11:6 141:19 144:12, 14 152:15,22
**fabricating** 138:6
**fabrication** 19:13 21:2 25:22 138:4,7
**Facebook** 6:12 34:21 37:7
**facing** 131:12
**fact** 11:21 42:7,8,9 75:16 79:3 81:17 87:21 89:14 102:16 127:16 128:16 133:6, 8 139:15 140:2,19 145:7 149:18 152:13 153:13 154:25 157:9 163:16 164:3,20
**fact-checking** 22:18 42:9
**factored** 120:17
**facts** 38:8 66:3 81:11 128:8
**factual** 12:11
**faculty** 21:20 22:2
**fair** 8:10,19 9:17 31:10 35:5 51:19 62:7 73:12 74:17 77:12 81:17 97:21,25 109:19 128:6 136:19 162:14
**fairly** 92:17
**fake** 86:12,16 87:3 93:14,24,25 120:19 121:4,6,8,12,15,20, 24 122:6 149:3,16 150:16 166:9
**faked** 7:25 8:6
**falce** 124:22 127:21, 22
**fall** 18:3
**false** 9:12 28:13 30:10,12 35:14 38:3 39:20 40:2,16,17,23 53:24 73:19 75:8 78:2,8 93:5,10 112:25 118:18 119:24 120:12 127:2,9,14,19 133:11,14 135:23 136:2 140:19,24 141:3,18 147:14 152:8 153:19 156:23, 25 163:14,16,20 167:15 168:6
**falsehoods** 69:9 119:17,19
**falsely** 122:5
**falsities** 162:15,16
**falsity** 30:14
**familiar** 9:21 10:9,19 11:2 41:18 42:2 48:18 49:18 58:17,19 82:20 130:9 132:19
**familiarity** 31:2
**family** 162:4
**fanciful** 74:18
**Farhad** 158:12
**farmer** 87:24 88:2,4 146:6 148:2
**fault** 77:10 107:4 166:15
**feature** 69:5
**featured** 142:14
**February** 78:23 85:24 99:24
**feeds** 26:18 27:2 35:18
**feel** 4:14 148:11
**feeling** 113:24
**feels** 53:24 79:12
**feet** 131:12
**fellow** 24:12 27:19,23 51:13
**fellowship** 15:7,13 33:15,16 68:19
**felt** 19:23,25 43:24 44:20
**Fergus** 51:12,17
**FFF** 54:17,19
**FFFF** 155:6,8,12
**field** 30:2
**fights** 162:4
**figure** 64:3 73:17
**fill** 141:20 153:3
**filter** 27:3
**finally** 11:2 12:20 35:2 162:10
**financial** 156:15 158:8
**financing** 70:18
**find** 19:24 31:11 32:23 33:23 45:4,17 72:12 97:12 98:17 123:5 137:22 160:20 163:6 164:25 166:15
**finding** 12:13
**fined** 130:12,14
**finish** 5:15
**finished** 117:3
**fired** 10:6 122:8,9
**Firstly** 66:5
**fisherman** 140:8
**fist** 150:13
**fit** 46:15 147:15 152:9,12 156:12
**fits** 150:18 152:16
**flags** 95:18
**flats** 148:22
**Florida** 22:20,22
**flows** 31:4
**focus** 19:8,9 20:19
**focused** 16:4 19:12,16 27:24 28:5
**focuses** 6:11
**focusing** 19:10
**follow** 37:2 38:17 113:23
**follow-up** 112:23

**food** 115:14
**fool** 153:15
**footage** 75:20
**football** 160:16
**forced** 148:22
**foreign** 89:24 90:18 92:18 96:6,21 97:11, 13
**foreign-language** 148:16
**forget** 111:7 133:5
**forgiveness** 12:22
**form** 73:7 167:22
**formed** 153:2
**forward** 60:13
**found** 21:8 24:20 45:19,20,22 58:11 74:9 87:5 88:8 95:13 100:14 103:11 104:23 119:16,19,21 120:5,7 121:5 122:3 123:17, 21 125:5,6 126:11 127:2 130:14,18 135:10,11 143:24 147:12 167:16
**founded** 49:4
**founder** 49:10,13
**founding** 105:15
**four-page** 128:21
**four-year** 14:16
**fourth** 93:20
**frame** 77:15,20
**frankly** 96:12
**frauds** 11:9
**freelance** 17:10 18:22,23 20:13,19,23 21:12,15 27:9
**freelanced** 17:2,5,17
**freelancing** 20:13,16, 21 21:12 26:6
**French** 13:17,21,23 14:2
**frequency** 60:25
**frequently** 68:20 143:4,15
**frustration** 162:7
**Full** 42:7,8,9
**full-time** 22:6 23:7,8 26:12 27:7 71:8,10
**fully** 28:9 35:13,14 153:2
**fund** 65:11
**funny** 150:11

**G**

**gap** 64:15,19
**gather** 26:25 33:8 36:11 37:4,11
**gathered** 37:24 46:8 86:9
**gathering** 68:22 105:17
**gave** 64:22 71:18 94:22 124:25 125:9
**Gazette** 116:24
**Geez** 33:20
**Gene** 124:7 129:17 166:22 167:4
**general** 6:13 16:4 17:12 30:19 44:3 47:8 56:9 59:23 88:2 97:15 158:24
**generally** 32:14 70:21 108:21
**gentleman** 162:10
**German** 98:8
**GGG** 57:12,14
**GGGG** 159:5,7,11
**gigs** 69:11
**give** 11:17 32:12 38:2 57:17 144:16 165:18 166:25
**giving** 80:21
**Glass** 10:20
**goat** 86:22 87:3,22,25 88:2,3,6 145:13,17, 19 146:6 148:2
**good** 3:2,24,25 11:14 53:8 91:4 115:7,8 117:13 147:22
**Google** 6:12 35:24 36:3,4,6 45:16 61:4, 14,17,18,21 62:3 123:8,18 130:12 159:16
**Google+** 34:22 37:8
**Gosh** 33:20
**grabbing** 150:11
**graduate** 14:10,12
**graduated** 14:24
**graduating** 15:5,15
**grapes** 102:21
**grateful** 167:12
**great** 12:2 115:9,12 117:15
**grew** 13:18 97:10
**Ground** 95:18
**group** 74:23 75:2,15 81:4 86:11
**grouping** 93:13
**guess** 8:9 21:25 42:25 55:13 101:9 126:25 154:18

**H**

**H-E-U-T-E** 153:21
**hacker** 23:18
**half** 84:11,12
**Halifax** 13:14
**Handbook** 29:7
**hands** 152:2,10,14 156:7
**handwriting** 102:3
**hanging** 148:23
**happen** 112:17
**happened** 13:24 16:21 18:14 23:22 43:13 44:10 117:20 123:22 130:21
**happy** 118:2,13
**hard** 28:8 102:12
**harder** 117:4
**Harry** 3:14 4:2 115:4
**head** 5:8 122:2 128:2 165:17
**headline** 36:14 40:7, 16 118:13
**heads** 88:3
**heap** 161:17
**hear** 160:20 165:13
**heard** 56:13 155:18
**Heidi** 103:16 104:7 110:24 111:24
**held** 76:21 115:16
**helped** 29:13,14 34:8
**helpful** 101:21

**helping** 57:3 145:2
**helps** 50:3
**hero** 161:10
**heroic** 77:13
**hesitated** 8:9
**Heute** 153:21
**HH** 102:4,5
**HHH** 61:6,8,12 63:7 64:24 159:22
**HHHS** 64:14
**high-res** 125:24 132:3
**high-resolution** 132:10
**Hilfe** 98:10
**hire** 33:14
**hiring** 16:11
**history** 25:20
**HNR** 82:4,5,13,21,22 83:6,10
**hnr.cn** 82:22
**hoax** 8:2,3,5,8 9:19 135:16,18 145:7,8 153:13,23 163:22,24 164:3
**hold** 13:7,9
**hole** 101:6
**honestly** 51:17
**hoo-ha.'** 88:20 95:20
**hope** 155:14
**hoping** 113:3
**hour** 17:12 18:25 70:10,11 115:11
**housing** 161:23
**hunt** 161:7
**Hurricane** 42:13,15,24 43:3
**husband** 85:7 150:4
**hypothetical** 76:3

**I**

**idea** 33:13 34:8,12 37:14,24 65:16 70:17 91:12,24 101:12 116:4 155:3 156:14 158:6
**ideas** 37:20
**identification** 7:8,12 9:3,6 31:17,20 41:10,13,16 48:6,9 52:9,12,15 54:20 57:15 61:9,12 65:18, 21,24 67:19,22 71:25 72:4 73:3,22,25 77:4 78:18,21 81:23 82:2 84:17,20 85:19,22 98:23 99:2,20 100:20,23 102:4,25 106:9,21 109:4 110:18 111:21 114:4, 7 115:18 122:17 126:17 128:23 129:2, 25 130:4,25 131:4 134:19 155:9 159:8
**identified** 33:8 81:14 122:5 123:15 124:6 150:7
**identify** 3:12 9:7 59:20 122:5
**III** 65:18,20,24
**image** 45:3 123:4
**images** 42:14 45:4,21 142:8 144:20,23 156:22 157:4
**imagine** 62:18 63:23
**important** 30:25 31:13
**impossible** 127:15 130:5
**in-house** 18:5,6
**inches** 93:19
**incident** 131:23
**incidents** 20:25
**include** 35:24 90:7,24
**included** 35:24 120:7 143:25 159:17 162:17
**includes** 101:3
**including** 8:17 12:15 110:21 157:6
**income** 28:14
**incorporated** 6:4
**incorrect** 90:3 95:3 135:13 136:3,7 140:11,12,14
**independent** 104:13
**India** 146:23
**indicating** 168:2
**individual** 134:13
**inform** 151:3
**informants** 116:14,17
**information** 12:23 26:17,25 27:4 31:4,9 32:10 46:2,9 86:8 92:24 94:3 104:22,24 108:16,22,24 119:11 124:19 127:14 129:16 139:19 142:17,25 144:16 147:19,21 167:6,12
**informed** 46:5 47:7,12
**infrequent** 14:7,8
**initial** 34:8,12 124:14 125:3,23
**initially** 19:7 20:3 21:5 24:18 26:16 40:5 47:6
**input** 34:17
**inserted** 141:18
**inspired** 38:23
**instance** 74:21
**Institute** 21:18 22:8, 19 23:2 50:22
**institution** 14:16
**institutions** 15:4
**instructed** 5:8
**instruction** 80:21
**instructions** 72:8
**interaction** 37:12 39:21
**interactions** 125:20
**interest** 16:4 65:10
**interested** 19:18 39:5 57:3 69:22 70:21 119:12
**interesting** 19:22,25 44:21
**interface** 35:3
**internal** 38:13
**Internet** 31:2 52:3
**interpret** 53:7 156:21,22
**interpreting** 110:4
**interview** 107:7
**interviewed** 49:10 150:8
**interviews** 31:8
**introduced** 152:7
**invented** 141:17
**invest** 70:19
**investigate** 134:6,9 135:4 145:4 164:14

**investigated** 45:17 153:9 164:12
**investigation** 46:3 48:12 53:3 58:20 98:17 104:17 107:11 114:11 122:10 131:6 134:4
**investigations** 164:20
**investment** 65:16 70:22
**invitation** 139:15
**involved** 16:13 25:3 35:8 39:2 57:6 65:9 138:22 141:11 156:8
**involvement** 86:23 121:10,17 122:23
**involving** 74:18
**Ireland** 49:5
**issue** 126:10
**issues** 25:22 35:10,11 75:13
**italicized** 93:18 95:17
**item** 119:11

**J**

**J-A-K-O-B-E-R** 114:9
**Jack** 11:3
**Jakober** 114:8,14
**James** 3:9
**Janet** 10:10,12
**January** 69:16 72:5 73:11 74:3 78:23 83:18,23 84:11,12,22
**Jayson** 9:22,24
**JJ** 165:25 166:2
**JJJ** 67:16,18,22
**job** 15:19,20 27:7
**jobs** 122:8,9 123:25 127:19 128:5 167:9 168:5
**join** 18:2
**joined** 16:25 17:3,18, 23 21:20
**journal** 144:2 154:6
**journalism** 12:3,9 13:2 14:19,22 15:10 18:23 19:15,17 20:13 21:6 23:2,5 27:13, 15,17 29:20,21,23 32:8 50:15 97:24 98:3 109:17 114:12 142:11,20 149:22
**journalist** 6:25 7:24 9:21 10:9,19 11:3 18:22 21:12,15 32:18 42:2,6 108:13 145:22 146:5 147:23
**journalistic** 13:23 22:17 30:19 31:4,6 35:21
**journalists** 30:21 50:3 133:20 142:11
**judging** 109:19
**judgment** 40:22
**juice** 161:19
**June** 3:4
**justice** 162:5
**Justin** 44:15 45:18 46:4 48:12 51:21 53:3 54:23 56:15 58:20 140:7,15,21,25

**K**

**K-R-A-W-E-T-Z** 31:22
**Kelley** 11:3
**key** 61:19 75:25 135:12 136:4 152:8
**KFC** 88:7 92:23,25 93:4,15 99:12,15 160:17
**kid** 161:4
**kids** 161:8
**killed** 7:25
**kind** 8:8 18:7 19:23 26:22 28:6 34:18 35:23 37:12 38:2 40:10 44:20 69:3 89:4 96:22 123:24
**kindergarten** 161:22
**kinds** 20:22 56:11 80:20 97:20
**King** 5:4 9:13 104:18, 20 106:14 118:14
**Kingdom** 148:9
**kings** 11:11 82:9,25 83:4
**kinky** 148:25
**kitten** 109:22 154:11
**KKK** 71:22,24 72:4
**knowing** 93:9
**knowledge** 128:2 140:20 143:9 159:2
**Kotaku** 154:5
**Krawetz** 31:22

**L**

**L-I-T-T-L-E** 49:16
**L-Y-N-Z-Y** 114:24
**labeled** 162:23
**labeling** 40:16,17
**lack** 118:17
**laid** 18:16 148:24
**language** 89:8,13,24 90:6,13,18 92:19 93:18 95:17 96:21 97:11,13 112:16,19 137:13 138:25 139:24 148:12,20 149:18 151:10 153:5 158:2,4
**languages** 13:15 96:6
**lasted** 21:13
**Lastly** 151:7
**late** 6:9 57:10
**Latin** 134:5,22 155:13
**law** 152:2,10,13
**lawsuit** 4:8
**lawyer** 4:2 138:9 139:18
**lawyers** 138:9
**layout** 130:7
**lazy** 13:2
**lead** 28:19 88:22
**leads** 88:24
**learned** 48:14
**leave** 70:24 91:19
**lectures** 32:12,15
**led** 4:7 19:14
**left** 10:8 69:24 161:4
**legal** 3:11 111:18 139:22
**legit** 99:12,16
**legitimacy** 98:14
**legitimate** 98:18
**Leidig** 3:8 4:3 47:13, 15 50:6,18 96:15 120:19 121:7,14

132:21 136:9 156:15 157:11 158:9
**Leidig's** 58:15 114:22 121:18 142:25 143:4, 10
**Lenina** 110:11 154:11, 14 155:2
**letter** 138:10,13,15, 18 139:15,17,23
**level** 11:25 12:10 79:25 94:14
**Lewis** 78:6,10,11 83:18 112:16 113:3
**liable** 4:4
**license** 142:8
**lie** 32:19,20
**lied** 32:18
**Lies** 28:24
**life** 160:19
**likes** 37:5
**lines** 106:7
**link** 167:15
**linked** 85:6
**linking** 7:17
**links** 142:22
**list** 86:11,13 93:13 94:23 159:12,17 160:8,11,14,17,23 161:2,8,11,14,17,20, 23 162:2,5,8,12
**listed** 93:6,8 95:12
**lists** 167:7
**literary** 23:22,25 24:5
**live** 22:4 28:17 148:8
**living** 20:12
**LLL** 72:24 73:2
**load** 67:3,8 71:19 72:9 80:17
**loaded** 58:7,8,23
**loading** 81:5
**Loads** 150:11
**local** 133:3,4,12 135:11 147:17
**locally** 47:9
**located** 17:20 22:19 24:6 49:3
**log-in** 72:13,18
**logic** 76:12
**London** 43:11 97:11 150:9
**lone** 161:22
**long** 6:7 16:16 18:10 21:10 34:2 70:6 94:24 105:9 147:24
**longer** 24:2 43:19 139:23
**looked** 25:20,21 35:17 37:11 44:16 53:21 62:24 71:19 73:7 78:3 100:11 104:5 110:10 119:16 120:16 129:21 133:23 135:9 137:20,23 153:25 162:17 164:16
**lose** 128:5
**losing** 123:25 127:19
**lost** 74:10 167:8 168:5
**lot** 19:8,19,20 20:3, 24 35:25
**lots** 157:5 165:12
**love** 115:12
**Lucas** 111:17
**Luke** 78:6,9,11 112:16
**lunch** 115:5,11
**Lynzy** 114:24 115:25

**M**

**M-E-N-G** 150:7
**Macedonian** 86:23
**made** 17:19 20:17 35:20 39:4 40:8 99:8 112:21 114:22 117:3 118:19 121:24 122:4 132:22 139:22 156:24 163:19
**made-up** 110:2
**Mafiaboy** 23:18,20,21 24:12,18
**magazine** 15:20,22 16:3,4,6,10,12,14
**magazines** 19:2,3 20:5
**magically** 128:13
**Mail** 44:13 45:2,20 51:25
**Mailonline** 51:22,24 52:5 61:2 116:11,19
**main** 21:5 35:23
**maintain** 108:18
**maintaining** 107:17
**major** 8:13,15 14:22
**make** 11:22 20:20 55:15 71:5 80:18 91:20 113:7 115:9 119:14 121:15,20 135:21 153:5
**makes** 120:19 121:4,8, 12,20 128:8
**making** 20:21 75:11,15 76:23,24 103:10 147:7 156:23 157:11 168:11
**malicious** 13:2
**man** 44:13 86:23 141:6 143:18 160:7,16 162:7
**manage** 26:17
**managed** 151:9,21
**managing** 16:7,8
**Manjoo** 158:13,16
**manner** 54:15
**Marcaletti** 166:6
**March** 100:25 126:4
**Mariana** 166:5
**mark** 41:8 49:14
**marked** 7:4,6,11 8:23, 25 9:6 31:14,16,20 41:12,16 48:2,5,9 52:8,10,15 54:19 57:11,14 61:8,12 65:17,20,24 67:18,21 71:24 72:4 73:2,21, 25 77:3 78:17,21 81:22 82:2 83:14 84:16,20 85:18,22 98:22 99:2,19,23 100:19,23 102:4,25 103:22,25 106:8,19, 20 109:4 110:17 111:21 114:3,7 115:17 118:5 122:13, 16 126:16 128:22 129:2,23 130:4,23 131:4 134:17 154:18 155:8 157:21 159:5, 7,11 165:25
**massive** 88:20 95:20
**match** 59:16 144:20,23

**material** 18:5 29:13, 23 48:23 49:2 62:4, 6,17 63:7 88:13 105:17 113:8 139:5, 8,14 157:14
**materials** 25:4
**matter** 3:7 11:14 24:24 76:12
**matters** 70:20 139:3
**Mccredo** 3:10
**meaning** 28:12 94:13 135:5 150:21 164:14
**means** 90:7,22 92:15 109:12 136:21,23 148:6 163:2
**meant** 29:10 59:2 127:25 148:19 157:3
**media** 5:25 6:6,7,10 19:9,10,12,19,20 21:18 23:17 25:20 37:2 42:15 43:10,22 44:5 48:24 54:5,6 100:6 102:22 133:3, 4,10,11,12 135:11 137:7 147:17 157:7 168:14,18,19 169:3
**media's** 136:25
**medical** 144:2
**meet** 23:23 24:19 69:23
**meeting** 43:12 69:24 70:6,12,25 71:4,8
**member** 21:20 22:2
**members** 6:17,19 35:4
**memo** 86:7,8,10 88:10, 14 92:22,25 93:18,21
**memorandum** 85:24 86:3 157:22
**Meng** 150:7
**mention** 32:2
**mentioned** 53:14 61:20 69:11
**mentions** 61:25
**mere** 128:16 157:9
**message** 54:9,11,12
**met** 43:12,16 65:15 69:13,18 70:3
**methodology** 39:10
**methods** 30:20
**Metro** 43:24 60:5,9,12
**Mexican** 160:22
**Meyer** 12:10
**Michael** 47:12 50:5,17 121:14,18 132:21
**middle** 58:6 68:2 73:11 79:15 83:23 112:16 126:3,20 145:21
**midpoint** 118:10
**mind** 77:15,20 105:18
**mine** 4:14 159:24
**minimum** 104:10
**minutes** 115:7 165:18
**miracle** 160:25
**Mirror** 43:18 53:15 123:10,16 149:4,6
**misaligned** 163:4
**misattributes** 128:8
**misinformation** 6:13 28:3 49:22 50:4
**missing** 12:11 63:19, 25 153:3
**mistake** 11:21
**mistaken** 64:12
**mistakes** 22:16 23:17 162:16
**MMM** 73:20,22,25
**model** 125:9,10 156:16,17
**models** 125:17 128:10 130:12,14,18 131:12, 18
**models'** 131:12
**modules** 22:12,14
**mom** 160:10
**moment** 128:3
**Monday** 109:12
**money** 20:17,20,21 111:14 142:13,22
**money-making** 20:9
**monitor** 3:3
**months** 16:17 17:2,7
**Montreal** 14:15 17:12, 21 18:25 26:20 33:13
**morning** 3:2,24,25 4:11
**mouth** 90:11,14
**move** 22:22
**moved** 21:19
**Moving** 143:17
**multiple** 144:7
**murdered** 7:2

**N**

**naked** 15:23 122:3 131:21 161:17
**named** 9:21 10:10,20 11:3 12:9 23:18 24:16 49:18 50:11 104:18 114:24 148:3 154:10 166:5
**names** 89:6 122:4 124:2 127:2,9 141:18 151:9 167:19 168:2 169:2
**narrative** 141:17
**nationality** 13:5
**native** 89:13 148:19
**naturally** 112:10
**nature** 40:21 54:2 56:6 69:21 105:19
**Neal** 31:22
**necessarily** 35:11 40:12 80:12 129:13 145:17 163:24 165:13
**neck** 148:24
**needed** 34:14,16 79:12
**needy** 142:13
**network** 27:2 66:17
**networks** 31:3 32:10 157:14
**news** 4:4,23 5:5 7:6 8:13,15,21,25 9:9, 13,17 11:11,13,21,22 17:12 27:25 28:6 30:11 31:11 34:24 35:9,15,25 36:3,4,5 44:8,11 45:4 48:16 49:5 52:2 61:4,5 118:14,16 120:19 121:4,8,12,15,19 123:6 146:7 157:5 158:13
**newspaper** 12:10,11 17:11 18:25 153:15, 21,22
**newspapers** 19:3 20:5
**newsroom** 43:13,16

**newsrooms** 26:17,25 32:9 43:12 48:23
**newsworthy** 141:17
**niche** 19:24,25
**NNN** 76:25 77:3,6
**nodding** 5:8
**nonexistent** 141:19
**nonprofit** 29:22 50:2
**normal'** 88:20
**notable** 20:6
**Notary** 3:19
**note** 24:15 55:10 64:15 67:23 82:2 88:16 97:17 136:15
**notes** 106:23
**notice** 86:11
**notification** 61:18 99:6
**notify** 61:20
**noting** 31:24
**Nova** 13:14
**nude** 123:19
**number** 35:9 37:5 64:16 137:20 163:15
**numbered** 126:20
**numbers** 137:19

**O**

**oath** 3:17
**object** 5:16
**objection** 7:14 11:16 55:15 76:4 91:10 95:7,24 96:23 103:19 104:8 107:15 108:14 109:24 113:18 140:17,22 156:18 163:9,17 164:8,11 167:22 168:15
**obtained** 46:3 147:10 163:8
**obtaining** 31:9
**occasion** 13:24,25
**occasionally** 9:18 11:14 43:9
**off'** 88:20
**offered** 92:9
**offering** 145:2 164:2
**offhand** 78:4 165:11
**office** 47:3 96:15
**officially** 6:3 13:20
**officials** 40:9
**offsick** 94:14,17 95:4
**oftentimes** 89:6
**ol'** 53:8
**older** 67:9
**omits** 128:16
**one-legged** 160:7
**one-page** 129:23 130:23
**one-year** 21:21
**online** 6:13 20:4 22:12,14 23:9 48:25 49:22 50:4 61:20 62:6
**Oops** 63:24
**operated** 36:5
**operating** 42:13
**operation** 20:9 39:12 105:15
**opinion** 11:17 43:21 150:15
**opinion-driven** 21:9
**option** 89:19 90:21 92:9
**options** 90:20 92:16
**order** 8:7 67:10 79:12 80:17 159:24
**ordered** 115:14
**organization** 11:13 15:7 27:16 42:9 50:2 102:22 120:23,24 121:3,6 133:11,13
**organizations** 9:18 28:2 32:9 102:19 157:5
**organize** 27:4
**original** 9:9 31:12 32:17 45:25 55:22 68:25 69:3 87:13,15 128:7 129:21 132:4 149:20 153:4 156:12 163:5 167:16
**originated** 45:6 58:15 120:5 164:25
**originating** 137:6
**origins** 163:25
**Orxy** 131:24
**Oryx** 124:7,11,14
129:18 132:11 141:24 142:7 164:21 165:3 166:23 167:14,18
**outlets** 8:14,16 20:5 137:7 168:18,20
**output** 34:18 97:6 167:20
**outrageous** 158:17
**outright** 138:4
**overseas** 147:5

**P**

**p.m.** 169:9
**pages** 20:4 64:14,16, 18
**paid** 17:14 22:2 32:14 68:8 111:11
**paints** 110:11
**paper** 10:8 28:22,23
**paragraph** 58:6 67:25 80:9,14 82:9,13 136:15 138:3,24,25 141:6,9,15 142:10 143:7,23 145:21,24 148:21 151:7 156:3, 10,19,25 157:13 158:7,11 167:5
**paragraphs** 88:18 97:19 146:2 147:25 148:4 153:2
**paraphrase** 90:21 92:10,11
**parasites** 143:19
**part** 13:22 25:2 33:14,16 34:6,14 58:20 75:18 88:11 90:19 92:3 104:17 107:11 114:11 138:18,21 139:9 141:2
**partner** 24:17
**partnered** 98:9
**parts** 16:12 157:14
**passages** 36:15
**passed** 135:12
**passing** 104:9
**passport** 13:7
**passports** 13:9
**pattern** 37:12 89:3 94:20,22,23 96:4,6

147:16 152:6,9,12, 16,18,20
**pausing** 77:10
**paying** 69:11
**payment** 68:9
**Paypal** 142:16,22
**PDF** 29:3
**Penguin** 25:8,10,24
**penis** 85:7
**penis-chopping** 82:9, 25 83:3
**people** 14:2 47:8,22, 24 57:24 59:23 66:14 74:19 75:11 87:18 88:18 89:21 98:10 103:14 109:9 112:3, 4,23 113:7 122:7 131:17 135:8 142:23 148:3,8 150:11 151:18,25 152:25 153:24 161:17 165:12
**percent** 130:10
**percentage** 162:15
**perfect** 88:17,22 89:14,16 97:19 148:4
**perfectly** 89:9
**period** 16:22 17:4,17 84:10,13
**perpetrated** 145:10
**person** 24:8,17 29:19 39:8,9 40:22 47:7,10 50:23 51:7,8,10 59:20 76:24 79:23 89:11,12 95:4 96:12, 17,20 97:5,10 108:12 112:9 120:19 121:8, 15 123:10 134:10 146:6 149:5 151:20 155:13
**person's** 90:10
**personal** 112:24 121:9,17
**personally** 135:5,7 164:19,22 165:4
**perusing** 57:21 159:23
**perve** 161:19
**Philip** 12:10
**Phillips** 42:3,5,6,11 43:15 52:10,18,24 53:8 54:14,24 55:21 56:5,14 60:4 74:7
78:24
**phone** 44:14 46:22 47:2,7 60:17,19 106:15 126:7,8 131:15
**phone's** 140:9
**phones** 150:12
**phony** 152:4
**photo** 87:5,13,15,19 122:3 123:20 125:25 141:25 145:14
**photograph** 131:10 134:17 143:6 164:6
**photographer** 122:6 123:12,14 124:3,5 125:13 126:8,22,24 127:6,18 132:4 141:19 142:5 164:21
**photographer's** 123:14
**photographs** 128:9 131:23 132:10
**photos** 44:16 59:16 61:2 122:25 123:5,9 124:4,17,18 125:17 131:20 141:17 142:4 143:24 144:5,8,11 167:9,11 168:5
**phrase** 62:2,14 75:24 87:9,12 90:24 91:3, 9,13,22,24 92:5,10 148:5,6 150:18 151:4 152:11
**phrases** 88:19 91:6,8 94:7,15,17,24 95:3, 5,23 96:7 97:19 148:4
**phrasing** 150:15
**physically** 23:9
**pick** 35:15 39:24 126:7 151:25
**picked** 102:16
**pics** 58:24 102:16
**picture** 131:12 155:4
**pictures** 131:17 140:3
**piece** 5:2,3 31:13 33:6 38:25 56:18 57:4,7 60:14 61:22 65:10 66:6,15 68:15 71:14,17 103:14,17 116:6,10,14,18,24 127:13 147:17 166:9
**pieces** 21:3 137:11, 16,17
**pink** 110:11 154:11
**place** 23:7 33:7 34:14,17 71:18 96:9 117:13 128:18 146:8
**places** 35:19
**plagiarism** 19:13 20:25 25:22
**plagiarized** 10:2
**Plaintiff's** 7:5,11 8:24 31:15,20 41:9 61:12 67:22
**plaintiffs** 3:14
**platforms** 6:12
**played** 44:15
**playing** 150:14,18,22, 23
**point** 21:19,22 33:2 38:8 43:24 50:17 55:18 56:9 77:17 83:25 84:14 86:9 107:6 115:7 125:3 134:4 141:12 143:5 153:14 159:25
**pointed** 87:19
**pointing** 97:22
**points** 128:7
**Poland** 112:24
**police** 12:24 59:24 161:7
**porn** 135:22
**position** 17:22 47:4,7 81:16 87:2 132:21 136:8
**Possibly** 55:8
**Post** 10:13,16 11:10
**posts** 35:22 157:4,7
**potential** 37:20
**potentially** 37:16 56:4 132:12 144:9 150:25
**poynter** 21:18,20 22:8,10,19 23:2 26:7 27:11 41:11,17 46:5, 11,15 68:23
**PP** 83:14,15
**PPP** 81:20,22 82:2,14
**practices** 105:24 106:3 108:13

**predated** 45:19,23
**prediction** 38:2
**preparation** 4:7 71:14,17 80:11 116:14,18
**prepared** 86:3
**present** 41:5
**press** 18:7 116:24
**pressure** 112:22 113:3,16,20
**pressuring** 113:17
**pretty** 102:3 127:15
**previous** 82:18 102:14 106:24 112:8
**previously** 83:14 102:25 103:21,25 106:9 107:12 109:4 111:21 152:12 165:25 168:13
**primarily** 18:6
**primary** 6:18 22:13 24:17 50:23 137:2
**print** 15:24 89:18
**printed** 12:23 29:2
**printing** 9:11
**prior** 111:10
**privacy** 17:19
**private** 27:2 35:22 54:12
**privilege** 107:18 108:20
**Prize** 10:15,17
**problem** 12:13 33:22, 24
**problematic** 120:13
**produced** 132:6,8,14
**producer** 6:22
**product** 26:21 36:4 37:15 41:2 120:22
**production** 132:13
**professional** 43:5 49:7 137:9
**professionally** 26:3
**programmer** 33:13
**programs** 22:11
**progress** 79:12
**project** 27:24 28:19 29:18 34:3 35:6,8 37:14 38:11 43:17,19
**projects** 70:19
**prominent** 6:24
**promote** 65:11
**propagating** 40:13
**proper** 59:25 63:21
**properly** 80:18
**protest** 161:16
**prove** 30:12,13 71:13
**proved** 77:25
**proven** 30:16 152:8,22
**provide** 142:13 167:12
**public** 3:20 11:25 12:21 25:4 35:4 131:21
**public-facing** 18:6 35:3
**publication** 15:24 28:19 36:12 41:24 111:14 112:18 116:23,24 117:8 133:5 140:4
**publications** 35:20 71:20
**publicly** 104:21,23 111:3
**publish** 28:25 46:6,11 113:25
**published** 6:24 7:13 8:13,15 16:14 25:5, 7,11,18,23,24 28:21 29:2,10,11 36:12,13 56:14,18 62:15 67:4 68:8,14 69:5 98:6 108:9 111:8,10 112:2,22,23 114:21 117:6 122:24 138:11 146:18 153:18 166:6 168:21,24
**publishers** 25:11 113:10,11
**publishes** 29:23 50:4 68:25
**Pulitzer** 10:15
**pulling** 34:21
**purchase** 140:3
**purchased** 25:10,12
**purpose** 3:6 64:2 100:2
**push** 117:3
**pushed** 153:18
**put** 24:22 36:8 90:18, 25 92:2,14,25 94:20 112:10 122:4 128:2 138:15 148:13 150:20,23 154:19
**Putin** 6:25
**putting** 89:20 90:10, 13

**Q**

**QQQ** 84:15,17,20
**quadruple** 154:21
**Quebec** 14:15
**question** 4:14,18 5:3, 12,15 30:13 40:19 55:13 75:10 76:22 82:16 89:7 97:4 108:19 140:18 165:2, 3,7,8 167:23
**questionable** 43:25 89:5 106:4 158:18
**questioner** 5:13
**questions** 4:6,10 57:19 66:3 87:7 101:23 124:17 166:18 169:6
**quote** 12:8,15 13:25 88:21,23 89:14 90:23 92:18 94:9 121:24 149:4,10,21 150:10 151:9 152:4,5,15 158:15
**quoted** 81:5 148:21 158:15
**quotes** 45:21 59:19, 21,23 87:8 88:11,12, 16,17 89:7 93:14,24, 25 94:6,8,25 95:14 96:10,13,18 99:12,15 110:2 121:15,20 122:6,8 132:23 141:20 147:7,8,10, 13,14,18 148:3 151:25 152:7,20,22, 23
**quoting** 92:12 149:7

**R**

**Rachel** 3:15

**raise** 30:13 70:18 97:18
**raised** 13:11 47:16 65:16 70:17 71:5 87:7
**raises** 149:15
**ran** 123:15
**rapid** 137:5
**rate** 38:16 40:2
**rated** 40:10
**rating** 38:12,14,15,24 39:12,23 40:3 80:6
**reach** 55:11,13 149:23
**reached** 23:21 123:12 124:3,5 165:12
**reaching** 46:9 55:3 98:7 134:10,12
**read** 13:15,17 36:5 44:25 45:8 76:6 79:23 96:11 123:8 130:5,6 141:15 146:3 167:18,19
**readers** 151:3
**reading** 19:18,20 20:3 62:13 80:4 110:6 113:19,20 157:12
**reads** 150:8
**ready** 117:8
**real** 74:10 121:12 150:17 162:22,23 167:11
**rear** 160:20
**reason** 4:9 55:9 62:20 128:12 144:10
**reasons** 147:6,11
**recall** 10:6 12:4,15 15:6 17:4,6 42:22 43:11 44:6 47:5 50:7,8,10 51:13,20 55:3,19,22 56:2,3,17 58:12,21 59:2 60:7, 8,11 62:21,24 63:2, 3,4,5,6,8 66:11,12, 13,18,23 67:15 68:13 70:7 71:2,9 77:22, 24,25 78:4,9,11 79:25 82:6 84:25 85:10,12,13,15 86:17,21 87:8,19 88:5,9 93:2,12 94:3 96:16,19 98:5,7,10 99:14,17 100:13,14 101:8,10,11,25 102:11 103:20 105:10,15,21 107:14 108:4 109:2,13 110:14 114:16 116:16 117:11 120:10 122:21,22,24 123:23, 24 124:24 129:20 130:13,15,17,20 131:8 134:10,24 137:18 139:17 141:4 142:22 143:11,14,16 145:25 156:9 162:18 163:12 165:11,14 168:17,19
**receive** 28:14 111:14
**received** 14:21 15:2 46:25 68:5,9,13 99:7
**recently** 76:6
**recess** 64:9,12 117:17 157:18 165:22
**recognize** 129:3
**recollection** 16:18 18:18,19 40:4 42:23 67:2 71:5 72:22 83:7,9 84:2 104:6,14 105:13 106:6 114:19 116:2 123:23 137:19 143:12 155:17,19
**recommendation** 104:9
**record** 3:3,13 64:6,11 115:16 141:16 146:3 154:18 157:16
**Red** 95:18
**redacted** 138:18,21 139:2,5,8,14
**refer** 67:25 95:15 149:25 150:10 152:21
**reference** 82:3 102:13 115:25 128:8 143:18
**references** 120:21
**referred** 106:23 130:8
**referring** 5:3 51:5,6 84:10 112:19 113:4, 22 126:19 129:6 148:7 158:21,24
**refers** 7:19 52:19 153:8
**reflect** 64:11 68:4 89:11 90:5
**reflected** 67:5
**reflection** 40:18
**refresh** 116:2
**refreshed** 104:6
**Regret** 19:11 23:16 25:16
**regular** 49:17
**regularly** 49:11 51:7, 10
**relate** 139:8
**related** 29:23 68:21 108:22 130:20 139:10 155:23
**relates** 52:20 81:15
**relation** 51:15
**relationship** 28:15 43:6,8 49:8,9 98:12 102:14,19 140:5
**relays** 126:23
**releases** 18:7
**relevant** 40:20 120:14
**relooking** 82:18
**reluctant** 8:4
**remember** 11:7 21:23 43:19,23 46:7 51:18 53:9 62:5 133:22 136:11 139:10,18 141:12 155:21,25
**remembered** 53:12
**remind** 108:2 130:7
**reminding** 80:16
**remote** 146:8
**repaginated** 160:4
**repeated** 168:20
**repeating** 40:11 75:6
**rephrase** 4:15 82:10 96:25 168:22
**replies** 167:14
**reply** 85:10 112:9 125:23 139:19
**replying** 114:16 167:25
**report** 6:16 50:24 128:7 132:25 144:2
**reported** 27:25 51:22 87:4 168:13
**reporter** 3:10 9:25 10:13 41:9 146:22 151:13
**reporters** 6:21 116:21 146:19 147:10 163:8

**reporting** 11:7 74:6 79:22 151:14 153:4 164:16
**reporting-driven** 20:8 21:9
**reports** 9:10 40:10
**represent** 4:3
**represented** 23:22,25 24:2,3,4
**represents** 137:25
**Republic** 10:24 11:10
**republished** 168:20
**reputation** 116:11
**reputations** 116:7
**request** 106:12
**research** 15:7 25:3 27:24 28:21,23 30:20 31:2 34:16 35:17 39:13 50:4,24 61:22 66:22 68:19 73:15,16
**researches** 27:17
**researching** 31:9
**residents** 148:24
**resigned** 10:7
**resist** 5:14
**respect** 18:14 29:12 36:8 41:21 66:25 77:12 93:15 103:14 104:7 140:7 144:18
**respond** 47:25
**responded** 47:25 85:13
**responding** 79:6 168:2
**responds** 124:21
**response** 46:23,25 72:17 114:18 127:20 134:23,24
**responsible** 142:24 143:3
**restaurant** 160:17
**result** 12:23,25 112:25 134:12 167:9 168:5
**retractions** 36:24
**return** 10:17
**retweets** 37:5
**Reuters** 8:20
**reveal** 107:16
**revealing** 107:20
**reverse** 45:3 123:4
**review** 21:6 34:9 62:17
**ride** 146:9
**ridiculous** 161:25
**rights** 25:10,12 48:24
**ring** 115:2
**ringtone** 44:15 45:18 46:4 56:15 140:8,9, 12,15,21,25 149:13
**risks** 12:12
**Rolling** 10:24
**Romanian** 161:10
**roughly** 18:11 34:4 70:11 137:20
**RRR** 85:16,18,22 157:21
**RSS** 27:2 35:18
**rumors** 33:7,11 69:8
**run** 37:21 161:7
**running** 43:18
**runs** 29:24 120:24 121:3
**rural** 146:8
**Russia** 44:13 122:2
**Russian** 6:24 45:8,12, 15,19,23 74:23 75:15 122:20 123:7,17 124:6 128:21 129:12 130:6 141:8 154:10 168:14,18,19 169:3

**S**

**S-P-U-N-D-G-E** 26:5
**safe** 10:7
**salable** 121:16,21
**salary** 111:11
**Samantha** 104:18,20 106:14
**Sandoval** 155:15
**Sandy** 42:13,15,25 43:3
**sashimi** 143:19 144:18 164:5
**saved** 44:14 140:9
**scandal** 163:21
**scene** 151:10
**school** 13:21 23:3,5 27:17
**schools** 32:8
**scope** 139:3,6
**Scotia** 13:14
**screen** 60:16,18
**screenshot** 129:23 130:23
**search** 63:17 123:5 132:8
**searched** 45:3
**searches** 123:13
**searching** 35:25 61:3 62:14 63:11
**second-to-last** 99:10 157:24 167:5
**section** 101:9 139:2
**sections** 101:12
**security** 17:19
**sedated** 160:10
**Sedgwick** 24:16
**segments** 37:10,11
**selected** 119:23
**selection** 119:21
**sell** 25:14
**sellable** 153:6
**selling** 21:3
**sells** 121:12
**send** 54:13 72:19 84:24 101:22 142:22
**sending** 77:16 85:2,4 100:2
**sends** 167:15
**senior** 51:13
**sentence** 31:24 58:14 82:3 90:19 92:3,4 136:22 139:13 142:3 148:6 150:16 151:8
**sentiment** 12:6
**separate** 75:13 129:20
**series** 29:24
**service** 8:21
**sessions** 31:25 32:6
**set** 37:13 39:10 61:19,21,24,25 66:3
**setbacks** 156:15
**sets** 81:12 141:19 145:13
**settings** 62:5
**sex** 132:18 145:2 163:21 164:3

**shaped** 29:15
**share** 44:12
**shared** 125:11
**sharp** 149:12
**Shaun** 24:4,9,13
**shift** 20:19
**shock** 149:12
**shoot** 122:3 123:20
**short** 125:19
**shorthand** 4:25
**shortly** 107:10
**shot** 7:24
**shouting** 150:13
**show** 7:10 9:5 31:19 41:15 52:14 61:11,14 67:9 72:3 78:6,20 80:9,15,18 83:13 84:19 85:21 99:22 100:22 102:2,24 103:21 106:8 109:3 111:20 114:6 118:5 128:25 130:3 131:3 159:4,10 165:24
**showing** 60:11 65:23 73:24 81:25 98:25
**shown** 48:8 83:15 94:19 102:5 103:2 104:3 106:10 109:5 111:22 118:7 166:2
**shows** 9:8 52:17 63:17 75:16 80:12 119:17 126:4
**sic** 18:23 51:12 107:23 154:18,19
**sick** 88:19 94:9,14 160:10
**side** 27:13
**significance** 39:11
**Silverman** 3:1,7,18,24 4:1 5:1 6:1,23 7:1, 10 8:1 9:1,5 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1,19 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1, 15 42:1 43:1 44:1 45:1 46:1 47:1 48:1, 8 49:1 50:1 51:1 52:1,14 53:1 54:1,22 55:1,9 56:1 57:1,17, 22 58:1 59:1 60:1 61:1,11 62:1 63:1 64:1 65:1,3,23 66:1 67:1,21 68:1 69:1 70:1 71:1 72:1,3 73:1,6,24 74:1 75:1 76:1 77:1,6 78:1,20 79:1 80:1 81:1,25 82:1 83:1 84:1,19 85:1,21 86:1 87:1 88:1 89:1 90:1 91:1 92:1,22 93:1 94:1 95:1 96:1 97:1 98:1, 25 99:1,22 100:1,22 101:1 102:1,2,24 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1,20 111:1,20 112:1 113:1 114:1 115:1 116:1 117:1,19 118:1 119:1 120:1 121:1 122:1,19 123:1 124:1 125:1 126:1 127:1 128:1,25 129:1 130:1,3 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1,21 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1,25 155:1,11 156:1 157:1,20 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1,24 166:1 167:1 168:1,12 169:1
**similar** 45:20 89:20 90:2 143:25 144:8 164:6
**similarity** 144:11
**simply** 92:2 94:16
**Singapore** 148:23
**sir** 109:3 114:6 131:3 159:10
**sister** 150:5
**site** 82:24 135:22 142:16 143:23
**sites** 58:16,18
**sitting** 87:2 96:15 165:15
**situation** 20:16 21:10 41:20 158:8
**six-hour** 146:9
**skill** 30:25
**skills** 30:24 31:5,7
**Slack** 103:13
**slang** 89:23 90:2 91:23,25
**slices** 36:16
**sloppy** 12:25
**small** 130:6 158:18,24
**smash** 160:16
**Smith** 65:15 69:14,19 70:4,20
**Snopes** 143:24 164:12
**Snopes's** 164:16,17
**social** 27:2 31:3 32:10 34:20 37:2 39:21 42:15 43:10 48:24 54:5,6 66:17 157:7,14
**software** 17:19 26:21 33:6,12,19 36:7,25 112:10
**sold** 144:21 163:19
**solely** 76:23
**solicitation** 142:20
**solicits** 142:16
**song** 44:15
**sort** 33:11 40:13 41:17 73:7 118:9
**Soto** 3:9
**sound** 149:14
**sounds** 152:4,11
**sour** 102:21
**source** 31:12 32:3,17, 18,23 35:23 45:25 47:9 48:23 52:2 89:4 151:6 164:18,22 165:4,5,6 167:16
**sources** 31:12 32:11 45:2 59:12 107:17, 18,20 116:20 137:2 142:13 152:21
**sourcing** 58:24 157:13
**South** 133:10 134:8

**Spanish** 133:24 134:2
**spate** 148:24
**speak** 13:15,17 45:8 79:13,23 88:18 104:18,24 113:4 114:14 129:12 133:24 134:2 136:10 138:23 148:3 165:4
**speaking** 14:2 80:3 92:18 97:19 105:3 108:4 120:4
**speaks** 96:20,22 97:14 151:13
**specialist** 12:9 30:2
**specialty** 30:7 48:25
**specific** 23:7 27:4 37:25 59:12 62:5 63:8 72:18 81:13 93:11 96:16,19 101:22,23 102:11 119:14 131:8 145:25 154:7
**specifically** 51:2 63:2 66:11,12,18 69:5 80:23 107:14 113:5 120:22 132:24 133:23 135:9 136:11 158:21 165:15 167:25 168:17
**specifics** 76:7 136:12 163:13
**speed** 12:13
**spell** 49:15
**spelled** 124:22
**spend** 84:8
**spent** 84:13
**spite** 151:10
**spoke** 79:18 91:17 94:12 107:24 116:15
**spoken** 13:19 150:8 151:6 153:2
**spokespeople** 96:11
**spokesperson** 59:24
**Sports** 95:18
**spotlight** 160:20
**spotty** 101:18
**spread** 28:2 100:5 137:6
**spreading** 42:14
**spreadsheet** 137:25
**spring** 34:5
**Spundge** 26:5,9,13,15 43:12
**spy-cam** 161:20
**squad** 160:23
**SSS** 98:20,22 99:2
**staff** 136:17
**stage** 117:2
**stages** 44:19
**stamp** 126:5
**stand** 79:2 149:8
**standards** 166:14
**staplings** 64:13
**start** 16:10 19:16,21 111:6
**started** 19:11 20:7,19 33:12 110:25
**starters** 159:14
**starts** 59:5 145:22 148:2
**state** 3:20 41:20
**stated** 116:15
**statement** 28:7 56:9 81:17 82:13 97:21,25 128:6 136:19 154:24
**states** 19:4 25:9,12, 25 66:5
**stating** 40:15
**stations** 146:14
**status** 41:4,23 82:25
**stayed** 22:24
**Steer** 95:19
**Stephen** 10:20 38:21, 23
**steps** 134:8
**Sterling** 25:25
**stick** 91:14,15
**Stone** 10:25
**stop** 88:20 94:8,13,17 95:3 113:15,17 149:12
**stories** 6:16 10:3 17:13 30:22 35:9,15 36:8,11 39:18,19 43:25 47:9 53:16,23 56:11 58:7,10,13,23 59:9 60:5,9,22,25 62:8,25 63:15 67:9, 13 73:12,14 74:6,10 78:8 80:7,10,19,20 86:11,12,16 95:15 96:10,14 97:17 98:6 101:23 106:3 110:8 113:25 118:17,22 119:5,8,13,16,20,22, 23,24 120:5,7,8,10, 15,16,20 121:4,5,8, 12,15,20 137:3,6,23 138:6,7 140:3 142:14,23 146:19 147:8,12,15,18,19 152:8,23 156:25 157:6 159:12,14 162:15,18,20,21,24 163:12,14 165:5,6
**story** 4:7 6:24 7:12, 16,17,18,23 8:2,6,10 9:12 10:14 11:21 17:14 30:11 31:11,12 32:19 36:14,23 37:2, 6 38:3,5 39:3,8,10, 24 40:5 44:20 45:6, 18,19,20,25 46:4,6, 11,13,19 47:16 48:12 51:21 53:3 54:23 56:4,6,8,15,18,24 58:2,20 59:17 67:3 68:3,8,10,14 71:3,21 74:18,19,22,24 75:3, 4,6,8,23,25 76:2,6, 9,13,20,21,22 77:13, 19,23,24 78:7,12 79:20 80:17,22 83:21 85:5,8 86:5,23 87:3 88:8 92:23,25 93:5, 15 94:25 96:5 99:8 100:5,7,15 109:9 110:11 111:8,10,15, 25 112:18,21,23,25 114:20 118:2,11,14 120:18 122:2,7,19, 23,25 123:7,9,10,15, 17,21 124:6 125:6 126:25 127:9 128:16, 17 130:5,7,8,14,16, 17 131:5,6 132:16, 18,22 133:9,14 135:2,4,9,15,24 136:5 138:10,16 139:3,6,12 140:4,6, 8,11,14,20,24 141:3, 5,7,10 142:9,15 143:17,18 144:12,13, 18,19,21,22,25

145:4,6,13,16,20 146:8,17,21 147:21 149:5,20 150:2,3 153:5,7,8,9,12,20,24 154:5,9 155:15 156:2,8,15,22,23 157:3 158:11,15,16, 17 160:7,10,13,16, 19,22,25 161:4,7,10, 13,16,19,22,25 162:4,7,10 163:5,16, 25 164:2,5,9,12,23, 25 167:6,11 168:3, 12,20,25
**Storyful** 48:19,21,22 49:3,8
**straight** 109:21,24
**street** 131:21 150:9 154:5
**stretch** 127:8
**strike** 16:2 46:16 55:6 79:10 82:16 91:6 101:16 107:22 108:7 133:7 135:14 140:13 146:16 165:5
**striked** 110:4
**string** 79:6 109:8 110:20
**stringers** 47:8,23
**Strom** 3:15 7:14 11:16 55:15 63:19,25 64:21,23,25 76:4 91:10 93:20 95:7,24 96:23 103:19,23 104:8 107:15,25 108:14 109:24 110:5 113:18 115:4,8,12 117:15 132:7,15 140:17,22 154:21 156:18 159:22 163:9, 17 164:8,11 165:7,20 166:19,21 168:8,15 169:7
**struck** 137:11 158:18
**student** 136:2,6
**students** 23:6,10
**studied** 15:4,6
**Studies** 21:18
**study** 14:18
**studying** 27:24
**stuff** 34:9 157:11
**subhead** 118:21,24 141:6
**subject** 25:19 78:12 109:11
**subjective** 39:7 40:21
**submitted** 29:14
**subsequent** 141:11
**subsequently** 25:12 44:2 53:14
**substance** 55:25
**substantially** 137:16
**substitute** 90:8 91:2
**substituting** 148:15 151:4
**successful** 40:25
**sued** 103:18
**suffered** 112:24 130:18
**suggest** 29:15 91:25 131:16,22 134:5 144:11 157:10
**suggested** 46:10
**suggesting** 55:11
**suggestions** 99:9
**suggests** 131:19 136:18 150:16 152:3, 14
**suit** 4:4
**summer** 15:13 18:19 27:21 34:5
**super** 102:10,15,18
**supplied** 12:24
**support** 3:11 21:14
**supposedly** 154:11
**surprised** 160:19
**survives** 161:22 162:8
**suspect** 43:4 58:7,24 88:11,16 95:19 96:2, 3
**suspected** 147:7
**suspicion** 59:4,7,8 87:18 96:13 149:3,16
**suspicious** 59:10,11 95:13 118:18 120:12
**suspicious/fabricated** 88:11
**sworn** 3:19
**system** 36:15,19 37:13 38:4,17 39:25 40:23 146:11
**systematically** 33:11
**Systems** 17:19

**T**

**T-O-W** 27:14
**tabloid** 43:22 44:4
**takes** 18:12 81:16
**taking** 3:6 12:12 96:9 131:11,17,20 146:8 152:10,13
**talk** 5:13 25:16 31:11 32:3,9 47:15 55:4 70:23 80:5 101:6 107:12 123:25 146:7
**talked** 86:24 104:7 105:14 115:21 145:12 148:10 150:19 152:5 154:10 155:14
**talking** 17:8 33:12 64:20 68:2 69:4 76:9,10 80:19,23 81:9 82:19 102:9 112:17 113:9,16,24 131:6 150:2 152:9 161:5
**talks** 80:25 81:9 88:17 132:17 142:10 144:25
**tantalizing** 137:2
**Tanya** 79:21 99:24 100:24
**tape** 132:18 163:21
**tapeworm** 143:18 164:5
**targeted** 26:16
**task** 80:17
**taught** 13:21
**teacher** 135:25 136:5 161:5
**teacher's** 132:18
**teaching** 23:9
**team** 6:16,19,20
**technology** 15:21 16:25 17:3 19:8 26:5
**teenage** 23:18
**teens** 109:22
**telephone** 105:6 146:10
**television** 146:13
**telling** 24:24 43:23 72:9

**tells** 72:12 101:15,17 110:24
**ten** 161:8
**tend** 97:18
**tendency** 5:12
**term** 38:15,19 61:15 63:18 95:19
**terms** 21:22 40:20 64:16 66:5 70:22 75:5 78:7
**testified** 3:21
**testimony** 45:7 117:22 124:4 134:21
**testing** 34:10
**text** 36:17,18,21 37:10 122:4 141:20 143:8
**thefts** 148:25
**theory** 96:16,17,18,19
**thief** 77:24 160:13
**thing** 18:8 30:21 32:2 36:10 44:25 74:15 75:14 76:16 97:18 101:10 122:22 125:22 147:22 155:21 156:12 163:18,19 164:24
**things** 6:18 20:22 24:24 39:21 45:11,14 72:9 75:5 87:19 95:5 97:22 105:18 117:20 123:4 151:22
**thinking** 31:8 33:10 76:12
**thought** 19:22 35:9
**thread** 82:22,23 112:8
**till** 18:12
**time** 3:3 16:21 19:9, 14,19 20:7,15 24:15 29:25 30:4,5 34:22 36:16,22 37:10,11, 12,25 41:5,21 42:12, 24 43:2,14,15 44:7 48:14 50:22 52:23 53:2 55:24 56:13,18 62:17,25 65:3 66:13 67:7 68:18 69:13,23 77:20 83:10,18,20,25 84:4,5,8,10 85:25 91:22 92:7 93:4,13 94:2 97:23 99:14 103:16 109:14 117:6, 20 126:4,7 132:8 133:6,9 146:17,21 147:2 151:12 166:16 169:9
**times** 8:17,18 9:15,25 10:6 11:9 14:5 20:18 32:13 45:22 49:10 58:15,16,18,19,22 61:16 62:2,4,9,10, 14,16 63:12,16,18 95:9 143:9
**timing** 69:24 116:22
**title** 6:5 17:24 28:23
**today** 3:4 11:7,10 30:25 87:2 117:23 151:15 157:6 165:15
**toilets** 161:20
**told** 80:8 105:21 107:6 125:8 126:22, 24 139:18 142:7
**tolerate** 12:2
**tom** 42:3,5,6 43:13, 15,21 52:10,18 55:3, 21 56:4 133:22 135:8
**Tom's** 59:4,7 137:8
**tool** 26:16,21 66:22
**top** 60:3 80:5 92:22 93:17 95:16,18 102:9 110:21 112:11 116:2 121:25 138:3 142:9 156:3 165:16
**topic** 19:23 37:25 91:20 106:5
**topics** 6:13 27:4
**Toronto** 6:22 24:7
**tortoise** 162:11
**totally** 166:8
**touch** 42:18 43:9 46:18 49:11 50:25 55:17,19 98:10
**tough** 83:24
**Tow** 15:9 27:14 28:15 30:6 33:17 35:6 50:14 51:9,11 68:20
**town** 135:25 136:3
**track** 27:4 33:7 34:23
**tracking** 33:11 34:16
**tracks** 149:13
**traditional** 30:19
**traffic** 57:23
**train** 50:3 146:9
**training** 22:11,12,14 29:24 31:25 32:6
**Transatlantic** 24:5
**transcript** 63:22 125:23
**transitioned** 26:11
**translate** 14:2 45:16 89:15 90:15 91:9 97:13 123:8 130:12
**translated** 13:22 89:8 96:7 123:18 149:2
**translates** 90:17 91:22
**translating** 89:25 90:2,12 92:4 95:22 96:21 97:6,11
**translation** 96:9 150:17
**translator** 91:22 94:16
**transparency** 19:13
**transparent** 102:10, 15,18
**transpired** 155:19
**trap** 148:24
**travel** 145:3 164:3
**treat** 75:13
**treating** 40:6
**Trinity** 43:18
**triple** 154:18,19,22
**trouble** 59:5
**true** 7:23 13:3 28:9, 13 30:10,22 32:20,21 35:13 37:3 38:3 39:19 40:2,15,23 60:22 66:9 73:18 74:25 75:2,4,8,19, 22,23 76:14,18,21,24 78:2,8 80:21 83:22 88:8,23 93:10 101:20 109:17 110:7 120:11 122:8,9 127:5 136:19 140:9 146:25 151:17 152:24 162:23 163:16
**truth** 32:23 35:10,12
**truthiness** 38:11,15, 24 39:12,23 40:3 80:6
**TTT** 99:18,20,23
**tune** 140:16,21

**Turkey** 162:5
**turn** 38:3 108:24 118:9
**turned** 120:11
**turning** 62:15 156:2 162:20
**tweet** 7:6,16 8:25 9:8,9 52:10
**twin** 150:5
**Twitter** 34:21 35:18 44:12 52:17 54:7,13
**two-headed** 86:22 87:3,22 88:6 145:12, 16,19
**two-thirds** 106:13
**types** 94:24
**typically** 21:3 69:8 90:11 149:22

**U**

**U.S.** 3:10
**uh-huh** 5:6,8 57:20 137:14
**UK** 42:7 43:24 53:15 94:7 95:19
**Ukraine** 7:2
**uncensored** 125:24
**unclear** 62:11 152:23
**under-covered** 19:24
**underage** 136:6
**understand** 4:22 45:8 76:5 83:19 89:21 90:16 91:6,21 94:21 96:24 97:3 103:10 109:14 113:6,9 141:2 151:5
**understanding** 4:13 47:14,17 50:16 87:12 112:14 113:2 141:21 144:17,19 145:8,15 149:5 157:2 163:23 168:7
**understood** 4:14,19 83:5
**underwear** 77:24
**underwear-thief** 77:23
**undies** 148:23
**unethical** 105:24 108:12 156:16
**unexpected** 149:14
**unheard** 157:7
**United** 19:3 25:9,12, 25 148:9
**university** 14:13 15:2,8
**unknown** 158:18 162:25 163:2
**unquote** 89:14 94:9
**unreliable** 164:13
**unsure** 77:13
**untrue** 145:17
**unverifiable** 73:18
**unverified** 28:7,10, 11,12 39:19
**upcoming** 116:25
**updated** 41:7 143:4,10
**updating** 34:25
**urging** 113:6
**URL** 37:6 74:22 76:8 124:24 125:3,5 129:9,17
**USA** 11:7,10
**users** 54:13
**UUU** 100:17,19,23

**V**

**vacation** 47:13
**validity** 81:16,18
**variety** 35:19
**venting** 162:7
**verging** 161:25
**verification** 22:18 29:7 31:25 32:6 48:25 49:23 50:3 76:11 106:3
**verify** 32:10 43:4 67:13 136:24
**verifying** 42:14
**versia.ru** 129:17
**version** 4:25 125:24 128:14 131:9 132:4 133:13 163:5
**versions** 123:6 163:5
**versus** 3:8
**viable** 37:15,22
**victim** 143:25 153:23
**victimized** 9:19
**victims** 144:6
**video** 6:22 88:5 135:20
**videos** 87:24
**Vienna** 96:15 146:7 153:8
**view** 36:18 90:4
**viewed** 35:4
**viral** 27:25 28:4,24 69:8 136:5 163:19
**Vladimir** 6:25
**volunteered** 108:22
**VVV** 106:19,21,23

**W**

**W-E-I-B-O** 66:16
**wait** 47:18,19,21
**walk** 148:22
**walking** 109:22 131:21 153:25
**Wall** 154:5
**wanted** 19:21 34:9,13, 19,23 35:2 47:25 55:4 107:25 125:4
**Wardle** 49:19,21 50:6
**Washington** 10:13,16 11:10
**ways** 31:3
**weave** 156:21 157:3,10
**web** 123:13 131:24 138:16
**website** 37:21 41:6 45:21 46:14 51:25 68:21,25 82:22 98:5, 7,8 142:19
**websites** 28:6 35:18 153:19
**week** 6:23
**weekly** 17:11 18:25 21:7
**weeks** 47:18,19,21 111:8,9 133:3
**Weibo** 66:15 79:14
**well-publicized** 145:7
**Western** 136:25 137:7
**White** 72:5,12 74:2,6 78:22 79:11 83:17 99:7,11,15 109:20 166:5

**widely** 168:13
**wife** 150:3,4
**Wikipedia** 114:22 142:25 143:4,10
**wildlife** 149:11,19,21
**win** 10:15
**window** 150:13
**Wise** 3:14,23 4:2 7:4 8:23 31:14 41:8 48:2 52:8 54:17 57:11 61:6 63:24 64:3,6, 22,24 65:17 67:16 71:22 72:24 73:20 76:25 78:15 81:20 83:13 84:15 85:16 98:20 99:18 100:17 103:25 107:22 110:3, 7,15 114:2 115:3,6, 10 117:13 122:13 126:14 128:20 129:22 130:22 132:5,13 134:16 140:18 154:17,23 155:6 157:16 159:4 165:10, 18 166:18 167:22 168:10 169:6
**wishes** 5:16
**woman** 24:14 49:18 50:11 88:7 94:8 99:12,15 127:3,12,15 128:10 144:25 154:10 164:2
**women** 122:2,5,6,20 123:19 127:2 131:20 141:8,18 167:7,8,20 168:2,4
**word** 59:6 61:19 113:20 127:22,25 136:18,21 142:12
**wording** 82:18
**words** 61:20 62:9 80:24 81:2,4 83:3,4 88:14,15 89:22 90:10,14 91:17,18 138:4 141:12,16 156:11,21,23
**work** 6:2,3,17 15:22 16:16 18:10 19:14 20:8,19 21:9 22:5, 14,17 23:19 27:11 30:9 34:2 58:2 65:4 66:21 68:10 70:15 71:3,7,10 86:19,20 110:25 111:15 116:13 120:22 132:24 134:25 135:3 155:22 164:19
**worked** 10:3 24:18,25 34:4 39:23 43:24 53:15 68:15 86:18 107:12 116:18 156:13
**workforce** 15:16
**working** 15:19,21 23:24 26:4,6,8 30:5 43:13,15 47:22 50:23 56:4 57:6 65:9 66:6, 14 68:3,16 84:3,9 86:4,21 103:17 105:20 109:9 111:4,6 146:19,22
**works** 6:20 42:7 48:22 76:11
**world** 8:11 67:14 157:15
**world's** 161:13
**worldwide** 25:10
**worth** 56:10
**write** 13:15 25:17 27:5 29:6 30:22 78:7 94:4 96:21 118:24 119:2 141:9 145:24 157:6
**writer** 17:24 18:4
**writing** 12:4 16:13 18:4 20:22,24 24:25
**written** 23:12,14,15 32:19 71:21 74:22 78:12 108:25 146:2, 22 149:6 151:12
**wrong** 95:22 118:22 119:6,13,18 120:9,15 128:9
**wrongful** 97:12
**wrongfully** 142:6
**wrote** 11:24 17:11,12 18:24 19:6,8 22:9 23:16 29:16 88:13 93:24 138:10 141:10 144:22 156:6 158:4
**WWW** 110:15,17
**Würde** 98:11

**X**

**x-ray** 143:24 144:5,8, 11 164:6
**Xinhua** 145:22 146:5
**XXX** 114:2,4,7

**Y**

**Y-O-U** 150:7
**year** 16:19 17:8 21:22 32:13 119:9
**years** 18:11 53:9,13
**Yeti** 75:17
**York** 3:5,6,20 8:17,18 9:15,25 11:9 49:6 69:14,23 70:3 158:13
**young** 153:24
**younger** 16:5
**YYY** 115:3,18,20

**Z**

**Zero-knowledge** 17:18 18:10,15
**ZZ** 7:5,7,11
**ZZZ** 122:14,16 124:9 166:22