# EXHIBIT 3

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

ORIGINAL



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------
MICHAEL LEIDIG and CENTRAL EUROPEAN )
NEWS LTD, )
) 16-CV-0542(VM)
Plaintiffs, )
)
v. )
)
BUZZFEED, INC., )
)
Defendant. )
---------------------------------------

VIDEOTAPED DEPOSITION

of **TOM PHILLIPS**

on Friday, 20 April, 2018

at 9:35 a.m.

Taken at:

Howard Kennedy LLP
1 London Bridge
London SE1 9BG

Before: Susan A. McIntyre, RPR, CRR, CRC, QRR*

**A P P E A R A N C E S:**

FOR THE PLAINTIFF:
LAW OFFICE OF HARRY H. WISE, III
43 West 43rd Street, Suite 109
New York, N.Y. 10036
BY: HARRY H. WISE, III, ESQ.
TEL: 212 709 8034
EMAIL: hwiselaw@aol.com

FOR THE DEFENDANT:
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, N.Y. 10020-1104
BY: RACHEL F. STROM, ESQ.
TEL: 212 402 4069
EMAIL: rachelstrom@dwt.com

-and-

BY: JOHN M. BROWNING, ESQ.
TEL: 212 603 6410
EMAIL: jackbrowning@dwt.com

ALSO PRESENT:

Michael Leidig, CEN Managing Editor

Linda Fleet, Videographer

INDEX


| WITNESS: | PAGE |
|---|---|
| **TOM PHILLIPS** | |
| Examined by Mr. Wise | 6 |


E X H I B I T S


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit MM | Screen shot of a Tweet from BuzzFeed U.K. about a piece about the Scottish Sun | 20 |
| Exhibit NN | 2-paged document, Bates stamped BuzzFeed_015692 - 5693 | 27 |
| Exhibit OO | 1-paged document, Bates stamped BuzzFeed_015689 | 29 |
| Exhibit PP | Email exchange, Bates stamped BuzzFeed_00375? - 00375? | 32 |
| Exhibit QQ | Email exchange, Bates stamped BuzzFeed_012714 - 2719 | 33 |
| Exhibit RR | Email exchange, Bates stamped BuzzFeed_011741 - 1746 | 43 |
| Exhibit SS | Email exchange, Bates stamped BuzzFeed_003872 - 3873 | 55 |
| Exhibit TT | Email exchange, Bates stamped BuzzFeed_013712 - 3720 | 61 |
| Exhibit UU | Email exchange, Bates stamped 013948 - 3952 | 63 |
| Exhibit VV | 1-paged email from Alan White, dated March 31, 2015, at 12:00:42 p.m., Bates stamped BuzzFeed_00434? | 64 |

| | | |
|---|---|---|
| Exhibit WW | Email exchange, Bates stamped BuzzFeed_012714 - 012719 | 69 |
| Exhibit XX | Email exchange, Bates stamped BuzzFeed_003870 | 70 |
| Exhibit YY | Email exchange, Bates stamped BuzzFeed_011122 | 76 |

PREVIOUSLY MARKED EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit F | Email exchange, Bates stamped BuzzFeed_003655 - 3659 | 30 |
| Exhibit FF | Email exchange, Bates stamped BuzzFeed_01379? - 01379? | 65 |
| Exhibit I | Email exchange, Bates stamped BuzzFeed_012934 - 2939 | 72 |
| Exhibit P | Complaint, with attachments | 44 |
| Exhibit R | Email exchange, Bates stamped BuzzFeed_012708 - 2713 | 34 |

THE VIDEOGRAPHER: Here begins Media No. 1 in the deposition of Tom Phillips in the matter of Michael Leidig and Central European News versus BuzzFeed, Inc., in the United States District Court, Southern District of New York. Case No. 16-CV-0542(VM). Today's date is April 20, 2018, and the time on the video monitor is 9:35 a.m.

The video operator today is Linda Fleet of Marten Walsh Cherer and this deposition is taking place at Howard Kennedy, 1 London Bridge, London SE1 9BG, United Kingdom.

Counsel, please voice identify yourselves and state whom you represent.

MR. WISE: For plaintiffs, Harry Wise.

MS. STROM: For defendant, Rachel Strom, and with me is Jack Browning.

THE VIDEOGRAPHER: The court reporter today is Susan McIntyre.

Could the reporter please swear in the witness.

///

///

*TOM PHILLIPS - APRIL 20, 2018*

TOM PHILLIPS,
having been sworn,
was examined and testified as follows:
EXAMINED

BY MR. WISE:

Q. Good morning, Mr. Phillips.
A. Good morning.
Q. Could you state your name and address for the record, please?
A. My name is Tom Phillips. I live at Flat 198 Leamore Court, 1 Leaf Crescent, London, E2 0QA.
Q. As you know, I'm a lawyer. I represent Michael Leidig and Central European News in a libel suit against your employer, BuzzFeed. Can you tell us what your position is at BuzzFeed today?
A. I no longer work at BuzzFeed.
Q. How long has that been?
A. I left in January this year, January 18.
Q. Where do you now work?
A. I am in between jobs right now.
Q. Just as a matter of preliminaries,

Mr. Phillips, please wait until I finish my question before you start your answer. There's always a tendency to want to jump in, but it makes it easier for the court reporter not to do that.

A. Understood.

Q. Is there any reason that you feel you can't adequately answer my questions today?

A. None that I'm aware of.

Q. Can we have an understanding that if you don't understand one of my questions, that you'll make that known to me so that I can rephrase it; so that if you do answer a question, I will assume that you believe you correctly understood it?

A. Absolutely.

Q. Lastly, can we understand that when I refer to "the story," what I'm talking about is a story that appeared on BuzzFeed entitled "King of Bullshit News"?

A. Understood.

Q. And lastly, I guess --

A. Don't nod, say it.

Q. Yes, you must say "yes" or "no" and answer audibly.

Are you a college graduate?

A. I am.

Q. Where and when did you graduate college?

A. I graduated from Cambridge University in 2001.

Q. What was your major?

A. I -- my degree is in natural sciences.

Q. Did you continue your education after that?

A. I did not.

Q. Did you enter the workforce after that?

A. I did.

Q. What did you do?

A. I started work at a television company called Endemol, creating new formats. I worked for a number of -- I worked for Endemol and a different television company, back and forth, for several years. I worked on a newspaper that was founded by myself and some friends for a while. I worked for a Member of Parliament, and then I went back into journalism again and worked

for Metro. And then -- do you want...

Q. After Metro, what came next?

A. I was then a contractor for MSN for a couple of years. And then I worked for Trinity Mirror for a couple of months on a startup project which they were launching, which I helped conceive the launch, and then I went to work at BuzzFeed.

Q. What is "Metro"?

A. Metro is the free daily commuter newspaper owned by Associated Newspapers in the U.K. And I worked on the website.

Q. What did you do on the website for Metro?

A. I did a number of things. So I joined -- when I joined, the website was quite rudimentary; it had a very small staff. So we were in the process of growing it. So I did general work. Then I was in charge of the weird news section for a while, and then moved on to be in charge of the technology and video gaming sections of the website.

Q. For how long did you work at Metro?

A. I worked at Metro for six years, approximately.

*TOM PHILLIPS - APRIL 20, 2018*

Q. From when to when?

A. It would have been -- gosh -- from 2006 through to 2011, I think.

Q. When did you start at BuzzFeed?

A. I started at BuzzFeed in August of 2013.

Q. Is Metro still in existence?

A. It is. Although the website and the newspaper have actually split now. So they are operating, I believe, as -- I mean, I don't work there, but that was publicly announced, is that the website is now under the control of the Daily Mail, which is a sister newspaper within the same organization. But, yes, it is still in existence, although there has been an organizational change there.

Q. I see.

Do you have an opinion as to the kind of journalism that Metro does?

A. So Metro's journalistic model has always been -- especially for the newspaper -- was very much on the basis of taking agency copy and rewriting it lightly to put it into the Metro house style. It was the -- the intention is to

Q. I'll withdraw the question and just ask the question: You will agree with me, won't you, that there is a reference to the charity in the story?

A. There is a reference to the charity in the story.

Q. But the invitation to examine further the finances of the charity you took out of what you put on the web?

A. We took out the paragraph that referred to questions and claims that were not made in our story.

Q. Let me direct your attention, sir, to page 6 of this document. The numbers are at the top of the page.

A. Yep. Yep. Yep.

Q. Part of this page deals with a story about two Russian women who were fired after they participated in a nude photo shoot. I would just like to direct your attention to the last paragraph above the subhead "The Man From CEN." I'm going to read that paragraph:

"In other words, it appears that CEN took the photos, invented a newsworthy

narrative, inserted false names for the women, credited a nonexistent photographer, and fabricated four sets of quotes to fill out the text. Then it sold the story and images."

Would you agree with me that that is a direct accusation that CEN made up this story?

A. I would say that it is saying that "it appears" to be the case.

Q. Now I'd like to direct your attention to page 8 of the same document.

A. Uh-huh.

Q. Midway down the page is one more short paragraph that I'll read.

"So it appears that Leidig decided to play the online game, as he saw it. He launched websites such as the *Austrian Times* and *Croatian Times*. He cast his net far afield to China, India, and Latin America, scouring for images and posts on social networks that he could weave a story around in order to hit up old clients with a new kind of content."

Did you write those words?

A. I do not recall whether or not

sort of man-on-the-street-type language.

BY MR. WISE:

Q. Wouldn't you agree with me that if you were interviewing a man on the street in China, in Chinese, and would then translate what he said into English, wouldn't it be best to make the English sound like it was spoken by a man on the street?

A. I mean, you translate things, then obviously you are trying to convey the meaning of them. But there is a distinction, I think, between translation into readable and comprehensible English versus things like use of specific idioms.

Q. Surely you would agree that Chinese probably has idioms as well?

A. Chinese certainly has idioms, yes. I doubt they would be the same as in English.

Q. But you never know whether they might be the same; true?

A. I mean, I am not a professional translator. I think you're asking me to speculate on things that are outside my scope of expertise.

Q. Do you have any foreign language

skills?

A. I do not, no.

Q. But it's your testimony that -- well, strike that.

Do I correctly understand you then to hold the position that in translating into English the language should be more stilted than idiomatic?

A. No.

Q. Then what is your position that it should be?

A. My position is that specific English idioms and, more broadly -- as I say, this is not a question of one particular quote or one particular bit of translation. The repeated use of very specific English idioms and, more broadly, the construction of quotes and the type of language in what I would describe as British tabloid English, which is a very distinctive mode, taken together -- the repeated existence of that is questionable.

Q. Were you involved at all in the drafting of letters to CEN's clients in advance of publication of this story?

# C E R T I F I C A T E

I do hereby certify that the testimony of the witness taken in the above-mentioned matter, contained herein, was reduced to writing in the presence of the witness by means of stenography; afterwards transcribed; and is a true and complete transcript of the testimony given by the witness.

I further certify that I am not connected by blood or marriage with any of the parties; their attorneys or agents; and that I am not interested, directly or indirectly in the matter of controversy.

In witness whereof I have hereunto set my hand at London, England, United Kingdom, this, the 24th day of April 2018.

SUSAN A. McINTYRE, RPR, CRR, CRC, QRR*