# EXHIBIT 4

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

ORIGINAL



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------

MICHAEL LEIDIG and CENTRAL EUROPEAN NEWS LTD,
Plaintiffs,

v.

BUZZFEED, INC.,
Defendant.

-----------------------------------------

16-CV-0542(VM)

VIDEOTAPED DEPOSITION

of **ALAN WHITE**

on Thursday, 19 April, 2018

at 9:52 a.m.

Taken at:

Howard Kennedy LLP
1 London Bridge
London SE1 9BG

Before: Susan A. McIntyre, RPR, CRR, CRC, QRR*

**A P P E A R A N C E S:**

FOR THE PLAINTIFF:

LAW OFFICE OF HARRY H. WISE, III
43 West 43rd Street, Suite 109
New York, N.Y. 10036
BY: HARRY H. WISE, III, ESQ.
TEL: 212 709 8034
EMAIL: hwiselaw@aol.com

FOR THE DEFENDANT:

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, N.Y. 10020-1104
BY: RACHEL F. STROM, ESQ.
TEL: 212 402 4069
EMAIL: rachelstrom@dwt.com

-and-

BY: JOHN M. BROWNING, ESQ.
TEL: 212 603 6410
EMAIL: jackbrowning@dwt.com

ALSO PRESENT:

Michael Leidig, CEN Managing Editor

Wendy Viner, Videographer

# INDEX


| WITNESS: | PAGE |
|---|---|
| **ALAN WHITE** | |
| Examined by Mr. Wise | 6 |


## E X H I B I T S


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit AA | Email exchange, Bates stamped CEN_0001542 | 54 |
| Exhibit BB | Email from Alan White to Michael Leidig, dated 15 April 2015, 17:30, Bates stamped CEN_0001560 - 1563 | 55 |
| Exhibit CC | Email from Alan White to photo@cen.at, dated April 20, 2015, 4:53 PM, Bates stamped CEN_0001581 - 1585 | 60 |
| Exhibit DD | Email exchange, Bates stamped BuzzFeed_008841 - 8845 | 61 |
| Exhibit EE | Email exchange, Bates stamped BuzzFeed_01028? - 00208? | 62 |
| Exhibit FF | Email exchange, Bates stamped BuzzFeed_01379? - 01379? | 66 |
| Exhibit GG | Email from Alan White to Craig Silverman, dated March 13, 2015, 5:15 a.m., Bates stamped BuzzFeed_00008? | 73 |
| Exhibit HH | Email exchange, Bates stamped BuzzFeed_00017? - 00017? | 75 |
| Exhibit II | 2-paged BuzzFeed article by Alan White | 77 |
| Exhibit JJ | Email exchange, Bates stamped BuzzFeed_00257? - 00257? | 101 |

ALAN WHITE - APRIL 19, 2018

| | | |
|---|---|---|
| Exhibit KK | Email exchange from Alan White to Karl Smith, dated July 31, 2015, at 10:49:55 a.m. | 105 |
| Exhibit LL | Email exchange from Luke Lewis to Alan White and Jim Waterson, dated July 31, 2015, at 1:31:02 p.m. | 106 |
| Exhibit T | 3-paged document entitled "Alan White - breaking news reporter for BuzzFeed News | 16 |
| Exhibit U | 3-page BuzzFeed story by Alan White | 17 |
| Exhibit V | 2-paged BuzzFeed story by Alan White | 19 |
| Exhibit W | 2-paged BuzzFeed story by Alan White | 20 |
| Exhibit X | 3-paged BuzzFeed story by Alan White and Agustina Caferri | 21 |
| Exhibit Y | 1-paged BuzzFeed story by Alan White | 22 |
| Exhibit Z | Email exchange, Bates stamped BuzzFeed_010460 - 0476 | 45 |

PREVIOUSLY MARKED EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit F | Email exchange, Bates stamped BuzzFeed_003655 - 3659 | 41 |
| Exhibit P | Complaint, with attachment | 80 |

***ALAN WHITE - APRIL 19, 2018***

THE VIDEOGRAPHER: Here begins the videotaped deposition of Alan White in the matter of Michael Leidig versus BuzzFeed, Inc., in the United States District Court, Southern District of New York. Case No. 16-CV-0542(VM).

Today's date is April 19, 2018, and the time is 9:54 a.m. The videographer today is Wendy Viner of Marten Walsh Cherer Ltd. This video deposition is taking place at Howard Kennedy, 1 London Bridge, London SE1 9GB, U.K.

Counsel, can you identify yourselves and state whom you represent.

MR. WISE: For plaintiffs, Harry Wise.

MS. STROM: For defendant, Rachel Strom. With me today is Jack Browning, also representing the defendant.

THE VIDEOGRAPHER: Our court reporter today is Susan McIntyre of Marten Walsh Cherer Ltd.

Could I ask the court reporter to please swear in the witness and we can proceed.

///

///

*ALAN WHITE - APRIL 19, 2018*

ALAN WHITE,

having been sworn,

was examined and testified as follows:

EXAMINED

BY MR. WISE:

Q. Good morning, Mr. White.

A. Good morning.

Q. As you probably know, I'm Harry Wise. I'm the lawyer representing Michael Leidig and Central European News, who have sued BuzzFeed for libel. We're here to investigate some of the facts underlying that lawsuit. I'll be asking you questions. Always wait until I'm done with the question before you start the answer to make it easier for the court reporter.

Is there any reason that you can think of that you won't be able to adequately answer my questions today?

A. There's not.

Q. Can we have an understanding that if you answer one of my questions, you believe you have understood it, and if you don't understand the question, you will tell me about it?

*ALAN WHITE - APRIL 19, 2018*

A. I will.

Q. Can we also have an understanding that when I talk about "the story" I'm talking about a story entitled "The King of Bullshit News" that was posted by BuzzFeed on its website?

A. We can.

Q. You're English, I take it?

A. I am.

Q. You have an English passport?

A. British.

Q. British passport. Sorry.

You're a college graduate?

A. I am.

Q. Where and when did you graduate from college?

A. From Oxford University in 2003.

Q. What was your major at college?

A. English language and literature.

Q. Did you continue your education after that?

A. I did. I studied a postgraduate diploma in journalism at City University.

Q. When did you receive that degree?

A. I believe it was 2005.

Q. Is that a one-year program or --

A. It's a one-year postgraduate diploma, yeah.

Q. After receiving that diploma did you enter into the workforce?

A. I did.

Q. What did you do?

A. I did a variety of jobs. I worked shifts at various national newspapers. I worked as a TV researcher, mostly. Prior to the postgraduate diploma I worked as an English teacher for a year as well. So the bulk of my work for the early years was a combination of TV research and freelance print journalism.

Q. So do I understand you correctly that after Oxford but before City you worked as an English teacher?

A. That's correct.

Q. Where was that?

A. That was at the Portsmouth Grammar School.

Q. How long did you do that?

A. That was a year.

Q. Then you went back to school?

A. Then I went back to study as a journalist.

Q. What was the first job you got after journalism school?

A. That's a very good question. I believe -- I mean, because there were sort of shifts that didn't last very long. I believe the first substantial -- it was as a TV researcher on a television show called *Super Sleuths*.

Q. What was your job as a researcher on that show?

A. So I was sourcing interviewees and setting up filming and doing general Internet and other research for the program.

Q. How long did that last?

A. That would have been a short-term contract lasting a few months, maybe four or five months. And I worked sporadically for the company that did that over the years that followed, again in short-term installments.

Q. Is there some reason that the installments are short term?

A. That's the nature of the industry. You are contracted to work on a program; you are

then expected to find work somewhere else.

Q. For how long did you have these short-term gigs, if I may use that word?

A. A long time. I mean, quite a while in my 20s. It wasn't until, really, I think, towards the end of my 20s when I got work as a civil servant that I had my first proper full-time employment.

Q. What was that?

A. I worked at the Cabinet Office. I worked in a section called the Media Monitoring Unit, where we would basically prepare briefings for government ministers on what was happening in the news.

Q. How long did you do that?

A. I think three years.

Q. And how did that come to an end?

A. I applied for it and got a job at BuzzFeed.

Q. When was that?

A. That was 2013.

Q. What was your first job at BuzzFeed?

A. Breaking news reporter.

Q. What did you do in that capacity?

A. Well, the job changed during my time there. Initially the brief was quite limited. It was really just to report on the big global events and get, as the job description implies, breaking news. As time went by they discovered I had a certain talent for sourcing what's commonly known as "viral news" or "social news" BuzzFeed calls it. So I used to do quite a bit of that. Apart from that there was original reporting from time to time and trying to break my own stories.

Q. Did that reporting take you away from your desk or was it mostly on the Internet that these stories were researched?

A. Case-by-case basis. The point of social news reporting is largely that the stories are sourced from online, and then you would attempt to make phone calls or use any other techniques to kind of verify what you are reporting.

Q. What was your position with BuzzFeed in 2014?

A. I believe I was still classed as

breaking news reporter. I wouldn't necessarily say that was an accurate description of what I was doing at the time.

Q. When did you start doing more viral stories?

A. I would guess three to four months into the job.

Q. Which was three to four -- in 2013?

A. Yes. I joined at the end of 2013. I think sort of, you know, relatively early in 2014 I began to start doing stories that were generating traffic more than were --

Q. What is the talent that is helpful for doing viral-type stories?

A. How long an answer would you like on this?

Q. As long as it takes.

A. Okay.

I think that the essence of what we call social news is about introducing readers to a party that's going on somewhere that they don't know about. So probably the social news story that I'm happiest with, that I wrote, was about the fact that Americans, on a website called

MR. WISE: I can show it to you.
MS. STROM: That would be great.
(Exhibit F previously marked for identification.)
BY MR. WISE:
Q. Does Exhibit F contain information about the origin of the working title?
A. It does, but it doesn't correspond with the working title on the initial Google doc, as I recall.
Q. So if you look at page 3657, which is the third page of the document, does this suggest to you that you came up with a working title "How One Man in Austria Became The King of Viral Bullshit"?
A. It does. But it wasn't adopted.
Q. But it was suggested by you?
A. I must have proposed that during the conversation, yes.
Q. Now, when you say that someone is "The King of Viral Bullshit," it certainly suggests that he does the most of it. Did you have any information at that time as to what percentage of viral bullshit Mr. Leidig was allegedly responsible for?

MS. STROM: Objection to the question.

THE WITNESS: Sorry, could you repeat the question?

BY MR. WISE:

Q. How did you select the word "king"?

A. I don't know.

Q. What was the original working title that was agreed upon, if not the one you suggested?

A. The title that I recall, having seen the documents, is "The King of Fake News."

Q. How did that title morph into the title of "King of Bullshit News"?

A. As I understand, there was a discussion among editors, which I didn't contribute to, towards the final stages of publication.

Q. Do you know who made the change?

A. It would have been a group editorial decision, from my recollection.

Q. Who would have been in the group?

A. Ben Smith and Rob Colvile.

Q. Anyone else?

persuade to talk, including the local media."

Q. You understand, I would think, that CEN could obtain quotes that other people had not obtained?

A. It's certainly possible.

Q. By doing their own investigative reporting?

A. It's not out of the question.

Q. So why do you think it's suspect that CEN stories contain quotes that other stories don't have?

A. It's curious, given the other agencies of which I'm aware, Reuters, AP, PA. If those agencies cover stories, regularly you'll see the same people giving similar quotes to them. CEN is an outlier. It may be that CEN are very, very good. But the prevailing school of thought in journalism is if things are too good to be true, they may not be.

Q. The bottom of page 12 of 22, where the story says of a statement from a person in a CEN story "reads like it's being spoken by someone interviewed on a London street."

///

Translating from Chinese to English, what is wrong with a statement that reads like it is being spoken by someone interviewed on a London street?

A. There's nothing wrong with it. It raises suspicions as to the provenance of the quote.

Q. Why does it raise suspicions as to the provenance of the quote?

A. I wouldn't say in my experience it's common practice for quotes to be translated in quotes in such a colloquial way. Not when I've read other news agencies. There's no hard and fast rule with this, but that's my feeling.

Q. You've never been in a position to translate quotes from a foreign language; correct?

A. That's incorrect. I was in Poland covering CEN.

Q. Do you speak Polish?

A. No, we had a translator.

Q. Then someone else did the translation, not you; correct?

A. Correct.

Q. Wouldn't you agree that it is the

goal of a translator to create a statement that is as close as possible to the statement in the original language?

A. Correct. And I believe "just wasn't playing ball," in this case, would be unlikely to be as close to what was actually said.

Q. What do you think might have been said in Chinese that should not have been translated as playing ball?

A. I would say "unwilling to do so" may be closer to the mark.

Q. So if the interviewee was a person, a common person, an ordinary Joe, why wouldn't the more colloquial expression be closer to the truth of what was spoken?

A. I mean, I feel we're moving into the arena of philosophy now. All I can tell you is, as a journalist who reads a lot of translated quotes, it raises suspicion.

Q. Page 17 of 22, referring to what we had talked about before, the two-headed goat -- excuse me, the walking the cabbages story -- in the middle of the page it says the story was -- "Unsurprisingly, the story was quickly debunked,

# C E R T I F I C A T E

I do hereby certify that the testimony of the witness taken in the above-mentioned matter, contained herein, was reduced to writing in the presence of the witness by means of stenography; afterwards transcribed; and is a true and complete transcript of the testimony given by the witness.

I further certify that I am not connected by blood or marriage with any of the parties; their attorneys or agents; and that I am not interested, directly or indirectly in the matter of controversy.

In witness whereof I have hereunto set my hand at London, England, United Kingdom, this, the 23rd day of April 2018.

Susan A. McIntyre

SUSAN A. McINTYRE, RPR, CRR, CRC, QRR*