# EXHIBIT 5

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 0:17-CV-60426-UU

-----------------------------------------

MICHAEL LEIDIG and CENTRAL EUROPEAN NEWS, LTD.,

Plaintiffs,

-against-

BUZZFEED, INC.,

Defendants.

-----------------------------------------

TRANSCRIPT OF VIDEOTAPED DEPOSITION

OF TANYA CHEN

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before TAB PREWETT, a Registered Professional Reporter, a Certified Shorthand Reporter, a Certified LiveNote Reporter, and Notary Public, held at the Offices of DAVIS WRIGHT TREMAINE LLP, 1251 Avenue of the Americas, 21st Floor, New York, New York 10020, on Friday, June 8, 2018, commencing at 1:08 p.m.

A P P E A R A N C E S:

DAVIS WRIGHT TREMAINE LLP
BY: RACHEL STROM, ESQ.
1251 Avenue of the Americas
New York, New York 10020
Attorneys for the Defendant, Ben Smith
rachelstrom@dwt.com
212 402 4068

Law Offices of HARRY H. WISE
BY: HARRY H. WISE, ESQ.
43 West 43rd Street
New York, New York 10036
Attorneys for the Plaintiffs
hwise@aol.com
212 810 2430

Also Present: Michael Leidig, Plaintiff

James Soto, Videographer

Tanya Chen

P R O C E E D I N G S

THE VIDEOGRAPHER: Stand by. Good afternoon. We are on record. The time on the monitor is 1:08. Today is the eighth day of June 2018. And we are here at 1251 Avenue of the Americas, New York, New York, for the purpose of taking the videotaped deposition of Tanya Chen in the matter of Leidig, et al., versus BuzzFeed, Inc.

The videographer is James Soto. The court reporter is Tab Prewett, both with US Legal Support. Counsel, please identify yourselves for the record.

MR. WISE: For plaintiffs, Harry Wise.

MS. STROM: For the defendant, Rachel Strom.

THE VIDEOGRAPHER: Thank you.

T A N Y A C H E N,
doing business at BuzzFeed,
111 East 18th Street,
New York, New York 10003,
having been sworn by the notary public to testify to the truth, testified as follows:

Tanya Chen

DIRECT EXAMINATION

BY MR. WISE:

Q Good afternoon, Ms. Chen.

A Good afternoon.

Q My name is Harry Wise. I'm a lawyer. As you know I represent plaintiffs in a lawsuit against BuzzFeed. I am here to ask you some questions about the event that led up to the lawsuit. If at any time you don't understand a question that I ask, can we have an agreement that you will tell me so that, if you do answer a question, I will understand that you believe you have comprehended it?

A Yes.

Q And just so you know, you always have to say something rather than just nodding affirmatively or negatively.

A Yes.

Q And always wait until the end of my question before you start your answer, and I will try to not interrupt you so that the court reporter can he easily take down the dialogue; do you understand?

A Yes.

Tanya Chen

Q Could you state your name and address for the record, please?

A Yes, my name is Tanya Chen. Can I use just the New York work address?

Q That's fine.

A Which is 111 East 18th Street. We are on the news room floor, and that is New York, New York 10003.

Q So I take it you are an employee at BuzzFeed?

A Yes.

Q And you work here in New York?

A Yes, well, yes. I am based in New York and Chicago.

Q Does that mean you divide up your residence between those two cities as well?

A I now reside in Chicago. I am still technically based in New York.

Q Are you an American citizen?

A Yes.

Q And are you born and raised in the States?

A I was born in China.

Q And how long did you live in China

Tanya Chen
before you came to the States?
A Five years.
Q And where did your family move to in the States at that time?
A Ohio.
Q And is that where you spent your childhood, the rest of your childhood?
A We moved around a bit. For the first few years, yes, that's where.
Q Are you a college graduate?
A Yes.
Q What college did you graduate from?
A New York University.
Q And what year did you r graduate?
A 2013.
Q What was your major at N.Y.U.?
A Journalism and communications.
Q Did you continue your formal education after N.Y.U.?
A No.
Q Did you study any languages at N.Y.U.?
A No.
Q Do you have any foreign language

skills other than the English?

A Yes.

Q What foreign language skills do you have?

A I also speak Chinese and some French.

Q Mandarin Chinese?

A Yes.

Q And some French.

Do you also read and write Chinese?

A I don't read and write Chinese.

Q After college did you enter the work force?

A Yes.

Q What did you do?

A I was employed by BuzzFeed.

Q What did you go to work for BuzzFeed?

A I believe 2013, the year I graduated.

Q Was that immediately upon graduation, or was there some time off in between?

A There was a few months in between.

Tanya Chen

Q And what was your first position at BuzzFeed?
A I was first an editorial fellow and then hired full-time as staff writer, so staff writer.
Q What is an editorial fellow at BuzzFeed?
A It's a fellowship program on the editorial side that's kind of like an internship. And then after three months is when they decide to take you on full-time.
Q Is that an unpaid situation?
A It's paid.
Q The internship is paid as well?
A Um hum.
Q You did the internship, and then they decided to keep you on, correct?
A Yes.
Q Again, I'm sorry. Your first job description after the internship was what?
A Staff writer.
Q What were your duties as staff writer?
A At the time, creating content,

Tanya Chen

Toronto?

A I first started in New York.

Q And then you went to Toronto when?

A I don't recall the exact date.

Q And you don't recall whether in, say, January of 2015 you were in Toronto or back in New York?

A No, I don't recall exactly. It was during around that time that there was a transition.

Q Did there come a time when you became involved in the preparation of a story about Michael Leidig and Central European News?

A Yes.

Q When was that?

A I don't recall the exact time.

Q Do you recall whether, at the time you became first involved with that story, you had ever heard of Central European News or Michael Leidig?

A You are asking, had I heard about CEN or Leidig at the time that I became involved? Yes.

Q You had heard about them before you

Tanya Chen

became involved; is that -- that's my question.

A Yes.

Q When for the first time had you heard about Central European News or Michael Leidig?

A I don't recall the exact time.

Q How did you hear about either Michael Leidig or Central European News first?

A I don't know exactly how.

Q What did you hear about Michael Leidig or Central European News when you first heard about them?

A I don't recall.

(Exhibit No. Chen A, E-Mail chain, top E-Mail dated 1/20/15 from Tanya Chen to Alan White, Document is marked by the reporter for identification.)

Q Chen A. Ms. Chen, I show you a document marked as Exhibit A for your deposition. And I would like to ask you to confirm for me that this is a string of E-Mails ending with an E-Mail from you to Alan White on January 20th of 2015.

MS. STROM: You mean "ending" as in

Tanya Chen

list of all of the stories that you had looked at in China?

A Did anyone ask me to make a list?

Q Yes.

A I don't think so.

Q Do you know how many stories you looked at in your research in China?

A I don't recall exactly how many.

Q Do you know whether you got any credit in the story about CEN or your research on behalf of the story?

A I didn't recall, but, recently, I was told that there was a line crediting me.

Q Do you know what you were being credited for?

A Not exactly.

Q Did you write any part of the story?

A No.

MR. WISE: Let's take five.

MS. STROM: Just one thing for the record:

Your representation that Exhibit E was whole is incorrect. I just got the

Tanya Chen

file. It's BuzzFeed 006239 through BuzzFeed 006242. So it's not complete.

MR. WISE: Is that --

MS. STROM: Yes.

MR. WISE: Okay. But that's the one from --

MS. STROM: Right, I don't -- you represented --

MR. WISE: Yes, but I think we have the whole thing somewhere else.

MS. STROM: Well, you have a further-along E-Mail chain that is a whole different document. That document itself, contrary to your representation, is not a complete document.

MR. WISE: Well, if I mis-referenced the E-Mail, I apologize. Let me compare it with --

MS. STROM: Yep.

MR. WISE: I believe that we marked as Exhibit -- we marked this exhibit, which is that, plus the rest of the pages.

MS. STROM: Right.

MR. WISE: So it is in a complete

Tanya Chen

A It might be.

Q Well, then I'm going to show you a document that's previously been marked as Exhibit P. And I ask you to take a look; take as much time as you like, and tell us whether anything in there is a fact that resulted from your work?

(Previously Marked Exhibit No. P. Complaint, Document is introduced into the proceedings.)

MS. STROM: I will object for the record that she didn't write it; so how is she supposed to know what the writers did?

But if you want to go through and if that -- you are able to contribute anything to that answer, certainly.

THE WITNESS: Yes.

MR. WISE: Is there anything else you would like to tell her about it?

MS. STROM: No, but -- that's it.

A Yeah, I can't say which facts came directly from me from this.

MR. WISE: Thank you very much. I have no further questions.

MS. STROM: Thank you.

Tanya Chen

THE VIDEOGRAPHER: We are off 2:31.

(There was a discussion off the record.)

(The deposition adjourned at 2:31 p.m.)

CERTIFICATE

I, TAB PREWETT, A Registered Professional Reporter, Notary Public, Certified LiveNote Reporter, and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination TANYA CHEN was sworn by the notary public to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

TAB Prewett

_______________________________

Notary Public

My Commission expires February 9, 2019
Dated: June 18, 2018

### 0

**006239** 56:2
**006242** 56:3

### 1

**1/20/15** 22:16
**10003** 3:23 5:9
**111** 3:22 5:7
**1251** 3:6
**1487** 43:19
**15th** 46:5
**17** 38:22,25
**18th** 3:22 5:7 51:16, 20 53:3
**19** 23:19
**19th** 23:9,16 40:7,15 45:21 46:2,24
**1:08** 3:5

### 2

**2013** 6:16 7:20
**2015** 20:13,21 21:7 22:24 23:9,16,20 31:8,17 37:7 38:22, 25 40:7,15 44:11 45:4,22 46:2,24 47:18 48:8 51:17,20
**2016** 19:9,10
**2018** 3:6
**20th** 22:23 25:14 26:10
**28th** 31:25 32:12
**2:19** 57:13
**2:25** 57:17
**2:31** 60:2,6

### 3

**30th** 31:8,17 33:14 37:7,20 44:11 45:4 48:11,17
**31st** 47:17 48:8

### 6

**6239** 37:10
**6240** 31:20
**6241** 31:21 32:23 33:13

### A

**accomplished** 52:16,19
**acronym** 18:11,12
**activities** 27:13
**activity** 17:11
**adding** 18:14
**addition** 39:19
**additional** 15:14
**address** 5:3,5
**addresses** 39:18
**adjourned** 60:5
**affirmatively** 4:18
**afternoon** 3:4 4:4,5
**agency** 23:12
**agreement** 4:11
**aided** 14:3
**Alan** 22:17,23 23:9 32:13
**alerting** 23:10
**American** 5:20
**Americas** 3:7
**annexed** 40:8,16
**apologize** 44:14 56:18
**appears** 23:7 24:24 39:5 46:19 53:2
**appointed** 19:15
**area** 15:22
**areas** 9:7
**asks** 32:5
**aspect** 35:22
**assist** 28:16
**assisting** 27:13
**attacking** 26:20
**attempted** 46:14
**attorney** 57:22
**aunt** 42:10 54:15
**Avenue** 3:7
**aware** 23:14

### B

**B-A-I-D-U** 34:17
**back** 20:23 21:7 48:15 57:17
**backed** 44:13
**backwards** 31:22
**Baidu** 34:16 38:3,11 45:9
**banker** 39:6
**based** 5:14,19
**basic** 12:2
**beaten** 42:15
**began** 32:14
**beginning** 20:13,21 26:19 32:20 40:19 48:19
**begins** 28:23 32:12
**behalf** 55:12
**believable** 26:21
**bell** 11:3
**big** 53:3,6
**bigger** 30:16
**bit** 6:9 19:17 26:2 32:2 41:6
**bitten** 47:14
**blacked** 53:13
**blacked-out** 53:17,21
**Blundering** 42:17
**blurb** 13:22
**born** 5:22,24
**bottom** 31:18 32:18,22 37:5,9 40:20 48:16
**boyfriend** 42:17
**break** 57:16,20
**Bryant** 29:19,24 30:2, 5 47:2
**building** 18:4
**burns** 42:18
**business** 3:21
**Buzzfeed** 3:10,21 4:8 5:11 7:17,19 8:3,8 11:13 14:24 17:6 20:25 30:23 35:8 56:2,3
**Buzzfeed's** 30:14
**byline** 14:15,21