# EXHIBIT 11

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Alan White [alan.white@buzzfeed.com]
**Sent:** 4/3/2015 5:13:43 AM
**To:** Craig Silverman [silvermancraig@gmail.com]
**CC:** Tom Phillips [tom.phillips@buzzfeed.com]
**Subject:** Re: CEN Final - Invitation to edit

Great. Heidi's advised us to keep all email contact to a minimum from this point on in case we have to disclose it in court as it can be twisted out of context, but will set up a call when there's a significant development. Am pushing for face-to-face meeting.

On Fri, Apr 3, 2015 at 2:58 AM, Craig Silverman <silvermancraig@gmail.com> wrote:
Thanks, and sorry for the delayed reply. I had a nightmare of a trip back from Hamburg that involved 23 hours of consecutive travel. Great that you got a chance to at least chat with him. Keep me posted on whether he replies and if I can help with anything else.

Craig

On 1 April 2015 at 12:59, Alan White <alan.white@buzzfeed.com> wrote:
G chatted you an update re Leidig Craig.

Next email to him being sent tomorrow morning.

On Mon, Mar 30, 2015 at 5:51 PM, Alan White <alan.white@buzzfeed.com> wrote:
Great, cheers.

Nothing from Leidig yet. We'll discuss next stages with Schoofs / Heidi tomorrow, but let's contemplate the possibility of a no surprises letter.

On Mon, Mar 30, 2015 at 5:50 PM, Tom Phillips <tom.phillips@buzzfeed.com> wrote:
Yes, I should have time.

On Mon, Mar 30, 2015 at 5:47 PM, Alan White <alan.white@buzzfeed.com> wrote:
Tom, would you have any time tomorrow to screenshot the webpages? I might.

On Mon, Mar 30, 2015 at 10:27 AM, Craig Silverman (via Google Docs) <silvermancraig@gmail.com> wrote:
Craig Silverman has invited you to **edit** the following document:



CEN Final



Hi guys,

Here is a new draft. I'll send along an email with more info.

Craig
Open in Docs

EXHIBIT D 18 APR 2018

Google Docs: Create and edit documents online.

--

Alan White
Breaking News Reporter, BuzzFeed UK
@aljwhite

2nd Floor, 40 Argyll Street, London, W1F 7EB

--

**Tom Phillips** | Editorial Director, BuzzFeed UK
07773 914795 | @flashboy
**BuzzFeed**
**2nd Floor, 40 Argyll Street**
**London, W1F 7EB**

--

**Alan White**
Breaking News Reporter, BuzzFeed UK
@aljwhite

2nd Floor, 40 Argyll Street, London, W1F 7EB

--

**Alan White**
Breaking News Reporter, BuzzFeed UK
@aljwhite

2nd Floor, 40 Argyll Street, London, W1F 7EB

--
Craig Silverman
Founder, Emergent
Fellow, Tow Center For Digital Journalism, Columbia University
Twitter | Facebook
514.808.0548

*Read the free Verification Handbook:*
*http://verificationhandbook.com/*

--
**Alan White**
Breaking News Reporter, BuzzFeed UK
@aljwhite

2nd Floor, 40 Argyll Street, London, W1F 7EB