# EXHIBIT 13

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

[redacted]


```
                "type": "message",
                "user": "U02LPMQDL",
                "text": "Shall we make a pact never to do a CEN story",
                "ts": "1414055344.000079"
            },
            {
                "type": "message",
                "user": "U02LQQLGR",
                "text": "i hate CEN",
                "ts": "1414055325.000078"
            },
            {
                "type": "message",
                "user": "U02LQQLGR",
                "text": "that bloody kfc story",
                "ts": "1414055322.000077"
            }
        ],
        "has_more": false
    }
```


EXHIBIT Sam1 G 18 APR 2018

October 31, 2014


```
{
    "ok": true,
    "latest": "1414751625.000112",
    "oldest": "1414751537.000107",
    "messages": [
        {
            "type": "message",
            "user": "U02LQQLGR",
            "text": "I HATE CEN",
            "ts": "1414751625.000112"
        },
        {
            "type": "message",
            "user": "U02LQQLGR",
            "text": "i hate cen",
            "ts": "1414751623.000111"
        },
        {
            "type": "message",
            "user": "U02LQQLGR",
            "text": "fucking cen",
            "ts": "1414751622.000110"
        },
        {
            "type": "message",
            "user": "U02LQQLGR",
            "text": "grrrr v annoying",
            "ts": "1414751620.000109"
        },
        {
            "type": "message",
            "user": "U02LPMQDL",
            "text": "DELETE DELETE DELETE DELETE",
            "ts": "1414751584.000108"
        },
        {
            "type": "message",
            "user": "U02LQQLGR",
            "text": "<@U02LPMQDL>: haaaa, japanese women story originated
form.... FUCKING CEN",
            "ts": "1414751537.000107"
        }
    ],
    "has_more": false
}
```

November 5, 2014


```
{
    "ok": true,
    "latest": "1415194335.002025",
    "oldest": "1415194051.002020",
    "messages": [
        {
            "type": "message",
            "user": "U02LPMQDL",
            "text": "BOYCOTT",
            "ts": "1415194335.002025"
        },
        {
            "type": "message",
            "user": "U02LPMQDL",
            "text": "CEN",
            "ts": "1415194332.002024"
```


[redacted]