# EXHIBIT 16

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Tom Phillips [tom.phillips@buzzfeed.com]
**Sent:** 4/20/2015 8:04:34 AM
**To:** Luke Lewis [luke.lewis@buzzfeed.com]
**CC:** Craig Silverman [craig.silverman@buzzfeed.com]; Heidi Blake [heidi.blake@buzzfeed.com]; Alan White [alan.white@buzzfeed.com]; Robert Colvile [robert.colvile@buzzfeed.com]
**Subject:** Re: CEN Monday

don't mind if i do lol

Here's a draft of the story as it stands, put into a BuzzFeed template with each part of the story as a seperate subbuzz, simply for the purpose of moving story elements around:
http://www.buzzfeed.com/buzzfeed/_draft/3757348

I've also added in segments about the cabbage walk and pink kitten stories, both of which are solid debunks.

On Mon, Apr 20, 2015 at 1:02 PM, Luke Lewis <luke.lewis@buzzfeed.com> wrote:

Bourbon?

On Mon, Apr 20, 2015 at 2:17 AM, Craig Silverman <craig.silverman@buzzfeed.com> wrote:

I likely won't be able to join at 1 UK time Monday, but my plan for Monday is to dig into more of the charity cases on the JWB site to see if I can get in touch with any of them to see if they spoke to Leidig about him collecting money on their behalf. I will also check in with Juliane to see if she had any luck getting someone from Helfen Wir to respond to her. It seems possible that that charity is inactive.

Let me know if there's anything else I can do to help.

Best regards,
Craig

On Sun, Apr 19, 2015 at 9:09 AM, Heidi Blake <heidi.blake@buzzfeed.com> wrote:

Great, see you at 1

On Sunday, 19 April 2015, Luke Lewis <luke.lewis@buzzfeed.com> wrote:

Ok let's do 1.

On 19 Apr 2015 1:32 pm, "Alan White" <alan.white@buzzfeed.com> wrote:

Priorities I think are -

- working out what we're doing with notes to papers (wording/when to send), but can sort that with Heidi
- Where we are with the charity
- Where we are with standing up number of CEN pieces in Metro/Mirror
- Couple of other things I'll fill you in

- sounds like might be best to push this to 1pm GMT?

On Sun, Apr 19, 2015 at 1:21 PM, Tom Phillips <tom.phillips@buzzfeed.com> wrote:

I've got meetings from 10.30 until midday unfortunately. Could we do 10ish? Or the afternoon. Or you can fill me in on what's been discussed.

On Sun, Apr 19, 2015 at 1:03 PM, Alan White <alan.white@buzzfeed.com> wrote:

Cool, would certainly be good to go through emails to papers with you.

EXHIBIT L 18 APR 2018

Strongly think we should put in cabbage walking. It is actually the most compelling evidence for making up quotes I've seen so far.

On Sun, Apr 19, 2015 at 12:26 PM, Heidi Blake <heidi.blake@buzzfeed.com> wrote:

I've got a couple of appointments on Monday morning so will be in around midday but do go ahead without me & give me a shout afterwards if there's anything I can help with.

On Sunday, 19 April 2015, Robert Colvile <robert.colvile@buzzfeed.com> wrote:

Great

On 19 Apr 2015, at 11:54, Alan White <alan.white@buzzfeed.com> wrote:

Fine by me

On Sun, Apr 19, 2015 at 11:30 AM, Luke Lewis <luke.lewis@buzzfeed.com> wrote:

Yes let's catch up, how is 10.30 for everyone?

On 19 Apr 2015 10:55 am, "Alan White" <alan.white@buzzfeed.com> wrote:

Hello all,

I've found two more straight debunks / compelling evidence of made up quotes. If we think we need them. Presenting:

The dead kitten that wasn't -

<http://www.dailymail.co.uk/news/article-2973430/Elena-Lenina-paints-cat-pink-party-cat-later-DEAD-toxic-blood-poisoning.html> http://www.dailymail.co.uk/news/article-2973430/Elena-Lenina-paints-cat-pink-party-cat-later-DEAD-toxic-blood-poisoning.html

Debunk:

http://antiviral.gawker.com/the-kitten-that-died-from-being-dyed-pink-is-alive-an-1689014402

(Interesting as defamatory)

And (I'd completely forgotten about this one, I'd even laughed about it at the time) - cabbage walking

<http://metro.co.uk/2014/05/02/chinese-teens-taking-cabbages-for-walks-to-get-over-loneliness-4716551/> http://metro.co.uk/2014/05/02/chinese-teens-taking-cabbages-for-walks-to-get-over-loneliness-4716551/

<http://www.huffingtonpost.com/2014/05/02/cabbages-for-walks_n_5254589.html> http://www.huffingtonpost.com/2014/05/02/cabbages-for-walks_n_5254589.html

Debunk:

<http://kotaku.com/no-chinas-depressed-youth-do-not-keep-cabbages-as-pets-1571750423> http://kotaku.com/no-chinas-depressed-youth-do-not-keep-cabbages-as-pets-1571750423

Rob et al, let me know if you think the piece needs these.

I have written the letters for Mail / Mirror et al and we can discuss on Monday, along with something else significant I discovered yesterday

Can we have another catch up on Monday?

Before we chat I also just want to make sure I'm not the only one who's aware of these incidents in CEN's history - none of them in my view require mentioning but we can discuss on Monday.

Rows with Huff Po (also note Huff Po's posts on sunbathing woman and the cabbage walking story above).

<http://www.pressgazette.co.uk/node/48095> http://www.pressgazette.co.uk/node/48095

<http://www.imediaethics.org/News/3256/The_huffington_post_steals_a_penis_story.php> http://www.imediaethics.org/News/3256/The_huffington_post_steals_a_penis_story.php

Payout over croatian website

<http://www.pressgazette.co.uk/news-agencies-secure-50000-euro-payout-over-image-theft-bid-tame-wild-west-online-copyright-theft> http://www.pressgazette.co.uk/news-agencies-secure-50000-euro-payout-over-image-theft-bid-tame-wild-west-online-copyright-theft

Libel case

<http://www.telegraph.co.uk/expat/expatnews/7980982/Court-victory-for-British-journalist-accused-of-forging-interviews.html> http://www.telegraph.co.uk/expat/expatnews/7980982/Court-victory-for-British-journalist-accused-of-forging-interviews.html

Leidig on Madoff

http://www.pressgazette.co.uk/content/my-five-month-investigation-bernie-madoffs-missing-billions-international-conspiracy-and

--

Alan White
Breaking News Reporter, BuzzFeed UK

<https://twitter.com/aljwhite> @aljwhite

2nd Floor, 40 Argyll Street, London, W1F 7EB

--

Alan White
Breaking News Reporter, BuzzFeed UK

<https://twitter.com/aljwhite> @aljwhite

2nd Floor, 40 Argyll Street, London, W1F 7EB

--

Heidi Blake

Investigations Editor

BuzzFeed UK

40 Argyll Street,

London, W1F 7EB

07481 802 294 <tel:07481%20802%20294>

0203 837 6042 <tel:0203%20837%206042>

<https://twitter.com/HeidilBlake> @HeidilBlake

<https://lh4.googleusercontent.com/P0vuTXrDEQg_34SXiJUXTWJIwVWPhatle7aKh81jfJpbJ_I6WnIIj0AwPZdJNNJhCG65fo
dRgAvbxF52-K5xbJz8fUF4yLsz3vmenPZM6vz7AXIeUIzMLuooJg>

--

Alan White
Breaking News Reporter, BuzzFeed UK

<https://twitter.com/aljwhite> @aljwhite

2nd Floor, 40 Argyll Street, London, W1F 7EB

--

Tom Phillips | Editorial Director, BuzzFeed UK

07773 914795 <tel:07773%20914795> | @flashboy

BuzzFeed

2nd Floor, 40 Argyll Street

London, W1F 7EB

<https://lh4.googleusercontent.com/o9_nWc4WcPZ1PbEHnX7yKFasrpr2G2CqQD6kK2W6JXdzDa40mOjP1IG6dY6dCmDbv9kZci
tAGPciMjo4diXCy3i8lt3302Y67u6loCoFSMJSUd74tv03GAdZeUEQPODF_w>

--

Alan White
Breaking News Reporter, BuzzFeed UK

<https://twitter.com/aljwhite> @aljwhite

2nd Floor, 40 Argyll Street, London, W1F 7EB

--

Heidi Blake

Investigations Editor

BuzzFeed UK

40 Argyll Street,

London, W1F 7EB

07481 802 294 <tel:07481%20802%20294>

0203 837 6042 <tel:0203%20837%206042>

<https://twitter.com/HeidilBlake> @HeidilBlake

<https://lh4.googleusercontent.com/P0vuTXrDEQg_34SXiJUXTWJIwVWPhatle7aKh81jfJpbJ_I6WnIIj0AwPZdJNNJhCG65fo
dRgAvbxF52-K5xbJz8fUF4yLsz3vmenPZM6vz7AXIeUIzMLuooJg>

--

Craig Silverman | Editor, BuzzFeed Canada | @craigsilverman | 514 808 0548 <tel:514%20808%200548>

BuzzFeed: The Social News and Entertainment Company

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

--

Tom Phillips | Editorial Director, BuzzFeed UK

07773 914795 | @flashboy

BuzzFeed

2nd Floor, 40 Argyll Street

London, W1F 7EB

<https://lh4.googleusercontent.com/o9_nWc4WcPZ1PbEHnX7yKFasrpr2G2CqQD6kK2W6JXdzDa40mOjP1IG6dY6dCmDbv9kZci
tAGPciMjo4diXCy3i8lt3302Y67u6loCoFSMJSUd74tv03GAdZeUEQPODF_w>