# EXHIBIT 17

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Heidi Blake [heidi.blake@buzzfeed.com]
**Sent:** 4/25/2015 12:56:31 PM
**To:** Craig Silverman [craig.silverman@buzzfeed.com]
**CC:** Luke Lewis [luke.lewis@buzzfeed.com]; Robert Colvile [robert.colvile@buzzfeed.com]; Tom Phillips [tom.phillips@buzzfeed.com]; Alan White [alan.white@buzzfeed.com]
**Subject:** Re: CEN

Hi all - huge congrats on making a great splash! This has kicked off a really interesting debate and all the reaction I've seen has been rightly praising of the forensic way you dismantled the CEN fiction machine. I agree that the charity is the next big frontier. As well as pushing Hannes Urban and the lawyer to open the books, could we track down the people JWB says it's raising money for and ask if they've ever seen a penny? This could be a fantastic follow-up. Again, congrats on the superb work and hope you're enjoying the fall-out!

Heidi Blake

Investigations Editor

BuzzFeed UK

40 Argyll Street,

London, W1F 7EB

07481 802 294

0203 837 6042

<https://twitter.com/HeidilBlake> @HeidilBlake

<https://lh4.googleusercontent.com/P0vuTXrDEQg_34SXiJUXTWJIwVWPhatle7aKh81jfJpbJ_I6WnIIj0AwPZdJNNJhCG65fodRgAvbxF52-K5xbJz8fUF4yLsz3vmenPZM6vz7AXIeUIzMLuooJg>

On Sat, Apr 25, 2015 at 12:29 PM, Craig Silverman <craig.silverman@buzzfeed.com> wrote:

No way! I still want to help. I'd like to continue to push on the charity angle next week. I blocked a bit of time on Monday to do that. The big thing is getting Hannes Urban and the lawyer Leidig pointed us to to talk.

On Saturday, April 25, 2015, Luke Lewis <luke.lewis@buzzfeed.com> wrote:

Craig, let me know if you'd rather be taken off this thread. You probably have a lot on your plate right now. Congratulations, by the way!

And what a debut post.

On 25 Apr 2015 11:41 am, "Robert Colvile" <robert.colvile@buzzfeed.com> wrote:

+Heidi

I'd say there a few things we want to do...

- Try to stir up wider interest, e.g. with Roy Greenslade and other media commentators

- Find out what Press Gazette were smoking (not so urgent, this one)

- Pursue the JWB angle

- Ask that CEN gives us the details of its internal investigation, or even do a breakout news post on that

- Demand that it appoints an independent figure to review its output?

- Keep collecting examples as time permits

- Check with the Mail/Mirror what their conclusion is, and whether they'll carry on using its content

Any other thoughts? Judging by the internal review line, they're trying to tough it out, so we're in for the long haul...

Rob

On 25 April 2015 at 11:19, Luke Lewis <luke.lewis@buzzfeed.com> wrote:

So, what comes next? How do we follow up, keep up the pressure? If any one of these publishers DOESN'T immediately stop dealing with CEN it looks terrible for them. Should we ring round on Monday?

--

Robert Colvile | News Director

BuzzFeed: The Social News and Entertainment Company

40 Argyll Street, London, W1F 7EB

<https://lh4.googleusercontent.com/BXhoIR1nmMza8F6jkmBxHSx6UU88z_2OULVJXOwmr4WnZI8lCeky4y4QGZa-y9V3BSD5SiB6GGZNq7uG8TXOTFA7cNjtDcfnh2UMXQaHSsQLYmOi3MjCCRahWErFEJGJQg>

--

Craig Silverman | Editor, BuzzFeed Canada | @craigsilverman | 514 808 0548 <tel:514%20808%200548>

BuzzFeed: The Social News and Entertainment Company