# EXHIBIT 20

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Alan White [alan.white@buzzfeed.com]
**Sent:** Thursday, April 02, 2015 10:02 AM
**To:** editor@cen.at
**Subject:** Follow up interview

Dear Michael,

Thanks so much for your time yesterday – I really enjoyed chatting to you and would be really pleased to continue our conversation.

The idea behind our piece is to explore the challenges of reporting in the digital age in depth, and how the appetite for quick-fire viral news can end up starving serious journalism of oxygen. I'm particularly interested in the way you manage that mix, because our chat made it clear to me that you're trying to do important, challenging investigative journalism while at the same time producing a very high volume of lighter viral or tabloid stories. I'm hugely interested in how that balance works, and I'd love to talk to you about it some more.

I was especially struck by your mention of your lengthy investigation into child trafficking and your failure so far to secure funding for it, and also the mention you made of women's rights in Turkey and child abuse in China - these are exactly the things that the current online ecosystem seems to make it harder and less rewarding to do. CEN seems to be a really interesting example of taking quirky stories from across the world and turning them around quickly for a Western audience, and then using the proceeds (as you say) to fund more substantial investigations.

I'm also interested in whether it's possible — or achievable — to bring the same kind of rigour to reporting viral stories as you would to a more traditional piece. I've noticed that some of the CEN stories which have appeared widely in the UK media, for example this one about an Argentinian teacher taped having sex with a pupil or this one about a bear who was scared off by a Justin Bieber ringtone, have ended up being debunked elsewhere. Does this sort of thing end up happen because of the pressure to churn out huge amounts of quirky content to support the serious work that is clearly your big passion?

In short - I think you're in a really interesting position in the current media landscape, straddling a divide between the most and least weighty forms of your trade, and I'd love a chance to chat to you about all this in depth. If you want to talk over lunch or a drink, I'd be delighted to head over to Vienna and talk about this over lunch if you could make a bit of time to see me - or else I'm happy to you again on the phone and talk in some more depth.

--

**Alan White**
**Breaking News Reporter, BuzzFeed UK**
@aljwhite

2nd Floor, 40 Argyll Street, London, W1F 7EB



EXHIBIT
AA
19 APR 2018
PENGAD 800-631-6989