# EXHIBIT 21

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Alan White
**To:** Luke Lewis
**CC:** Tom Phillips; Craig Silverman; Heidi Blake
**Sent:** 4/12/2015 11:06:58 AM
**Subject:** Re: No surprises letter

Purely personal safety. We're telling him we're about to destroy a business that took him over a decade to build along with his entire professional credibility. You just do not know how a person will react to being put in that situation, nor who he knows out there. If that sounds over cautious so be it, I've ended up in a bad situation before when I thought there was no risk at all.

On 12 Apr 2015, at 15:07, Luke Lewis <&lta href="mailto:luke.lewis@buzzfeed.com">luke.lewis@buzzfeed.com

Thanks Alan, letter looks solid to me. What are the arguments against going to speak to him in person?

On 12 Apr 2015 1:01 pm, "Alan White" <&lta href="mailto:alan.white@buzzfeed.com">alan.white@buzzfeed.com
Hello all,

Front up letter below.

[redacted]

- So Craig, Tom, Heidi - above all, have I missed anything from the piece here which could be alleged to be defamatory? What else do I need to put to him?

- Reminder that Schoofs advises it's sent in multiple ways - email, courier, physical letter etc. Let's get that side of things organised. As we're doing this, I've not hyperlinked to stories in this email.

Leidig will then be given five days to reply. In that time we need to be:

- Double checking that we have screenshotted EVERYTHING pertaining to this story. EVERYTHING. Because if alarms go off at Daily Mail/Mirror etc once he gets this communication, they could try to start updating/amending. Which in itself is a story. Tom - can you double check? Go through line by line etc. Have we got the charity form for e.g.?
- I want to lead with Lucita Sandoval rather than Bieber bear. Is there anything we can do to make this happen?
- Approaching the Mirror and the Mail press offices. Who else?
- Talk to BuzzFeed News reporters about updating their posts.

EXHIBIT 8AM
EE
19 APR 2018
PENGAD 800-631-6989

- And we need to get our updates on these stories in order.
Here's
what Tapeworm sashimi looks like at present, for e.g.
- Craig needs to approach his final set of contacts.
- We need to approach the charities regulator in Austria don't we? Who can take this on?

- ABOVE ALL - Have we got anything at all even a TINY bit wrong? Because if there's a tiny detail that's out of place it will be bad, more than one and it's a disaster and you can bet Gawker and friends will let us know about it. Is there a way we can fact check the claims in this piece one more time? Is there anything more we can do on verifying the source of copy where we don't have that verification?

- And finally, to reiterate: once we send this letter, I will
not
be going to Vienna to interview him and strongly advise even against two people doing it. I know Nick Davies, for example, abides by this rule, and I've made mistakes in the past I won't again regarding this. As far as I'm concerned - but others may vary - it's telephone or nothing.

[redacted]

[redacted]

[redacted]

--

**Alan White**
**Breaking News Reporter, BuzzFeed UK**
@ aljwhite

2nd Floor, 40 Argyll Street,
London, W1F 7EB