# EXHIBIT 23

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

October 14, 2014


```
{
    "ok": true,
    "latest": "1413282348.000524",
    "oldest": "1413281082.000515",
    "messages": [
        {
            "type": "message",
            "user": "U02LQQLGR",
            "text": "indeed",
            "ts": "1413282348.000524"
        },
        {
            "type": "message",
            "user": "U02LS4Y3A - TOM PHILLIPS",
            "text": "**joins in late just to add another voice to the \"fuck
CEN\" consensus**",
            "ts": "1413282306.000523"
```


[redacted]

EXHIBIT
NN
20 APR 2018
PENGAD 800-631-6989

[redacted]


```
                "type": "message",
                "user": "U02LQTEU3",
                "text": "so much hate for CEN. noted! we should all be off their
news alerts now",
                "ts": "1413281082.000515"
            }
        ],
        "has_more": false
}
```