# EXHIBIT 24

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

[redacted]


```
            "user": "U02LNHJKD - ALAN WHITE",
            "text": "well that story's a little old and it's going to be hard
- I was actually thinking it might be interesting to do a longer thing on CEN
and the production of viral news but then I realised that would be basically
impossible",
            "ts": "1413187225.000086"
        },
        {
            "type": "message",
            "user": "U02LNHJKD - ALAN WHITE",
            "text": "oh",
            "ts": "1413187163.000085"
        },
        {
            "type": "message",
            "user": "U02LNHJKD - ALAN WHITE",
            "text": "???",
            "ts": "1413187161.000084"
        },
        {
            "type": "message",
            "user": "U02KVPYMC",
            "text": "and you're doing a meat cleaver debunk right?",
            "ts": "1413187148.000083"
        }
    ],
    "has_more": false
}
```


EXHIBIT SAM 00 20 APR 2018