# EXHIBIT 25

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Alan White [alan.white@buzzfeed.com]
**Sent:** 1/15/2015 10:37:42 AM
**To:** Luke Lewis [luke.lewis@buzzfeed.com]
**CC:** Tom Phillips [tom.phillips@buzzfeed.com]; Richard James [richard.james@buzzfeed.com]
**Subject:** Re: Tom and my CEN / Emergent story

Re timeframe, a few thoughts:

1) Bear in mind we've actually devoted no time at all yet, save for a couple of phone chats with Craig.

2) There is plenty we can do in terms of online work, and I'll aim to get as much of my bit done on Monday/Tue, and imagine Tom will do lots next week too. I can see we'll quickly reach a point this month where we either have to a) hire a stringer b) someone will need to go to Austria for a couple of days or c) Just present all our findings to the guy from our desks and that will be the end of it: either way, I don't see any of it actually taking that long.

3) It looks like we'll basically show that several of our competitors have been publishing huge lies on a close-to-industrial scale. It'll really piss a few publishers off and it will also probably be the end for this guy's business. It's therefore vital we're absolutely accurate about every detail: people will be keen to shoot it down. I appreciate we need to get it done, but if we do end up taking our time on something that'll be why.

On Thu, Jan 15, 2015 at 2:13 PM, Luke Lewis <luke.lewis@buzzfeed.com> wrote:

OK, let us know where you've got to it by end of Tuesday, and what you need in the way of translation.

Want to be ambitious with this, but also don't want it to drag on indefinitely.

On Thu, Jan 15, 2015 at 2:08 PM, Tom Phillips <tom.phillips@buzzfeed.com> wrote:

Yeah, what Alan said. I think it's going to be a case of seeing how far we've got with the debunking by the end of next week (we've got a catch-up call with Craig scheduled) and assessing where we are. May need to rope in a Chinese speaker from the US, or someone from BF India...

On Thu, Jan 15, 2015 at 2:02 PM, Alan White <alan.white@buzzfeed.com> wrote:

Well, we're definitely going to have something good. Once we've done this first stage - i.e. the easy bit of just debunking everything we can using the internet, which will be in the next week or two, it then gets tricky because we're at the stage of a) looking into particularly unverifiable chinese/indian stories and b) looking into the operation themselves a bit, which given they're based in Austria is a challenge....

On Thu, Jan 15, 2015 at 1:58 PM, Richard James <richard.james@buzzfeed.com> wrote:

Absolutely. If the memes get out of hand I'll let you know.

How you guys getting on with CEN thing? Taking shape?

Richard James | News Editor UK | @richjamesuk <https://twitter.com/richjamesuk>

BuzzFeed: The Social News and Entertainment Company

19-21 Hatton Garden, London, EC1N 8BA

On Thu, Jan 15, 2015 at 1:55 PM, Alan White <alan.white@buzzfeed.com> wrote:

EXHIBIT Sam
PP
20 APR 2018

Hello chaps,

Was wondering if next week I could devote a couple of days to it. It's going to be good, but it's a veeeery big job.

Could I take Mon/Tue off viral duties?

--

Alan White
Breaking News Reporter, BuzzFeed UK

<https://twitter.com/aljwhite> @aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

<https://twitter.com/aljwhite> @aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Tom Phillips | Editorial Director, BuzzFeed UK

07773 914795 <tel:07773%20914795> | @flashboy

BuzzFeed

19-21 Hatton Garden, London, EC1N 8BA

<https://lh4.googleusercontent.com/o9_nWc4WcPZ1PbEHnX7yKFasrpr2G2CqQD6kK2W6JXdzDa40mOjP1IG6dY6dCmDbv9kZcitAGPciMjo4diXCy3i8lt3302Y67u6loCoFSMJSUd74tv03GAdZeUEQPODF_w>

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

<https://twitter.com/aljwhite> @aljwhite

19-21 Hatton Garden
London EC1N 8BA