# EXHIBIT 26

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Tom Phillips <tom.phillips@buzzfeed.com>
**To:** Max Seddon <max.seddon@buzzfeed.com>
**Sent:** 3/23/2015 6:25:15 PM
**Subject:** Re: Central European News

Heh, no worries – thanks for the quick reply! Like I said, bit of a shot in the dark but thought it was worth checking. And yeah, they're (supposedly) Vienna based but range quite far and wide...

On 23 Mar 2015 22:20, "Max Seddon" wrote:

Literally never heard of it. Sorry! It looks Austrian at a quick glance...

On Tue, Mar 24, 2015 at 12:59 AM, Tom Phillips wrote:

Hey Max – quick speculative question. We're working on an article about Central European News (aka CEN or Europics), an often-bullshit viral news agency that sells through to lots of British tabloids. Just occurred to me that (given their origins writing up clickbaity stories from Eastern Europe or Russia) you may have in the past been asked to try to verify/debunk some stories they put out, or heard from other correspondents in the area about the same. Have they come across your radar?

This is a complete shot in the dark, but given the way that they're a regular topic of down-the-pub complaining by lots of picture desk and news desk people in the UK I wondered if the same might be true of journos in the places they often "cover". Have already asked Miriam, and she'd not heard of them, but wondered if you might have ever had an issue with them...

--

Tom Phillips | Editorial Director, BuzzFeed UK

07773 914795 | @flashboy

BuzzFeed

2nd Floor, 40 Argyll Street

London, W1F 7EB

--

EXHIBIT
SS
20APR2018

Max Seddon
Foreign affairs reporter, BuzzFeed
+7 916 297 2690 (Moscow)
@maxseddon