# EXHIBIT 27

To the Sept. 12, 2018 Declaration of Harry H. Wise, III

**From:** Alan White [alan.white@buzzfeed.com]
**Sent:** 3/31/2015 12:00:42 PM
**To:** Luke Lewis [luke.lewis@buzzfeed.com]; Robert Colvile [robert.colvile@buzzfeed.com]; Heidi Blake [heidi.blake@buzzfeed.com]; Tom Phillips [tom.phillips@buzzfeed.com]; Craig Silverman [silvermancraig@gmail.com]
**Subject:** Closing CEN - update

Leidig hasn't replied to my email. Heidi has given me some v useful ~strategic tips~ on how to play out the rest of the week. Phoning him tomorrow. If he completely blanks us we'll put the no surprises email together and give him time to respond.

Tom is in the process of reaching out to everyone on pic desks etc. I've got a *couple* of contacts I can try but think they may be too senior to even have CEN on their radar. Get me.

I've just shared the final draft which we're working on - Rob, can I make sure that's the one legal have?

That's yer lot.

--

Alan White
Breaking News Reporter, BuzzFeed UK

<https://twitter.com/aljwhite> @aljwhite

2nd Floor, 40 Argyll Street, London, W1F 7EB

EXHIBIT
PENGAD 800-631-6989
20 APR 2018