# EXHIBIT 28

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Alan White <alan.white@buzzfeed.com>
**To:** Tom Phillips <tom.phillips@buzzfeed.com>
**Sent:** 3/23/2015 6:46:08 PM
**Subject:** Re: cen

Haha.

On 23 Mar 2015, at 22:35, Tom Phillips wrote:

Also a "never heard of them" from Max...

On 23 Mar 2015 22:01, "Tom Phillips" wrote:

btw just pinged miriam elder to ask if she'd ever had a run-in with CEN – never heard of them. she suggested I ask Max, which I have now done, waiting for a response.

(obvs it now occurs to me that if loads of experienced correspondents in eastern europe have never heard of them that's almost as lol as them having heard of them)

--

Tom Phillips | Editorial Director, BuzzFeed UK

07773 914795 | @flashboy

BuzzFeed

2nd Floor, 40 Argyll Street

London, W1F 7EB

EXHIBIT XX 20 APR 2018