# EXHIBIT 30

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Alan White <alan.white@buzzfeed.com>
**To:** Tom Phillips <tom.phillips@buzzfeed.com>
**CC:** Luke Lewis <luke.lewis@buzzfeed.com>;Rossalyn Warren <rossalyn.warren@buzzfeed.com>;UKnews <uknews@buzzfeed.com>
**Sent:** 12/1/2014 9:16:59 AM
**Subject:** Re: Send me ur FAKES

Right, this has proved quite fertile ground already. I might be able to get something up sooner than I thought.

I don't want to hold you up Tom so below is a couple I want to look into.

I have just found some pretty fascinating stuff on CEN here, along with a debunked story....

http://www.poynter.org/news/mediawire/261703/bear-attack-foiled-by-justin-biebers-music-a-story-too-good-to-check/

But these are two I'm very keen to look into...

Please can you ask Craig about this

http://www.dailymail.co.uk/news/article-2791108/mob-rule-chinese-adulteress-stripped-naked-beaten-senseless-latest-attack-kind.html

And this
http://www.express.co.uk/news/world/520992/Penis-cut-off-meat-cleaver-India

====

Also putting together some debunked stories -

This
http://www.dailymail.co.uk/health/article-2768117/Sushi-lover-s-entire-body-left-riddled-tapeworm-parasites-eating-contaminated-sashimi.html

Snopes dealt with it
http://www.snopes.com/info/news/sashimi.asp

EXHIBIT
tabbies
FFF
6/6/18

This got debunked
http://www.nydailynews.com/news/crime/teacher-suspended-sex-video-student-posted-whatsapp-article-1.1997562

This got debunked too
http://www.dailymail.co.uk/news/article-2809834/Chinese-student-19-sparks-outrage-offering-sex-different-man-city-backpacking-trip-pay-travel-costs.html

As did KFC woman
http://www.news965.com/news/news/local/chinese-woman-spends-entire-week-kfc-after-boyfrie/nhq5z/

On Mon, Dec 1, 2014 at 11:29 AM, Tom Phillips wrote:

Ha, yes. (In fact that's probably a big area he'd be interested in, the stuff that falls short of being able to definitiely debunk stuff but is enough to avoid publishing).

I shall drop him a line and cc u guys in. I'll wait for you to compile your big CEN bollocks list, Alan.

On Mon, Dec 1, 2014 at 11:27 AM, Alan White wrote:

Ok, before you do that Tom let me put together a list of the CEN stories I'm not sure about.

On Mon, Dec 1, 2014 at 11:25 AM, Luke Lewis wrote:

Yes please!

It could be broader - not just CEN stories - but we can use his quotes in the CEN investigation piece too.

We should, er, make it clear that we know how to verify viral news stories as well.

On Mon, Dec 1, 2014 at 11:20 AM, Tom Phillips wrote:

want me to drop him a line?

On Mon, Dec 1, 2014 at 11:19 AM, Luke Lewis wrote:

"We asked a verification expert for his opinion on these huge viral news stories" - that's a simpler post, and one I would want to read.

On Mon, Dec 1, 2014 at 11:18 AM, Tom Phillips wrote:

I have been meaning to have a big chat with Craig about CEN for some time – they've cropped up on his radar and we got chatting about it on Twitter, so he's keen to look into them more as well.

On Mon, Dec 1, 2014 at 11:17 AM, Luke Lewis wrote:

I think a first step would be to run the worst CEN stories past Craig Silverman. That in itself would make for an entertaining Q&A.

On Mon, Dec 1, 2014 at 11:15 AM, Alan White wrote:

Never heard of that guy, he looks useful.

Ok well first of all I'm going to put together a list of all the dubious stories. Then I'm going to see what I can actually find out about CEN (their website is incredibly basic).

One other thing I'm looking for is that "I was paid to pose in these pics" i/v

On Mon, Dec 1, 2014 at 11:12 AM, Luke Lewis wrote:

You might not have to. Could interview verification experts, someone like Craig Silverman, and get to the point where there was enough of a question mark over the stories.

On Mon, Dec 1, 2014 at 11:08 AM, Alan White wrote:

Alright well let's me and Roz work on it in the background then.

I suppose what we have to do is make contact with local reporters in those areas who are somewhere near those remote locations where this outrageous stuff allegedly happens. Even then, I just don't quite see how were going to reach the point where we can go "This is definitely fake".

On Mon, Dec 1, 2014 at 11:05 AM, Luke Lewis wrote:

It's fascinating.

I think a feature on it would go down a storm.

On Mon, Dec 1, 2014 at 11:04 AM, Rossalyn Warren wrote:

i still feel like we can plant a story so CEN pick it up, and write about 1. how they pick it up. 2. how all other sites pick it up.

On Mon, Dec 1, 2014 at 11:03 AM, Luke Lewis wrote:

Start chipping away at it now?

On Mon, Dec 1, 2014 at 11:03 AM, Alan White wrote:

It would be great but it would take a really, really long time.

On Mon, Dec 1, 2014 at 11:01 AM, Luke Lewis wrote:

I still love Alan's idea of an investigation into CEN. Inside the viral bullshit factory.

On Mon, Dec 1, 2014 at 11:00 AM, Alan White wrote:

[redacted]

On Mon, Dec 1, 2014 at 10:59 AM, Rossalyn Warren wrote:

99% of CEN stories.

off the top of my head:

woman sat in KFC for a week after being dumped http://time.com/3531520/woman-spends-week-in-kfc-after-getting-dumped/

total bollocks.

man divorces woman after seeing her face http://nymag.com/thecut/2014/11/saudi-man-divorces-wife-after-he-sees-her-face.html

total bollocks.

these kind of stories never have a source to the local news story it has apparently come from. ever.

On Mon, Dec 1, 2014 at 10:58 AM, Alan White wrote:

Woman paying for trip round china with sex.

Every other CEN story ever.

On Mon, Dec 1, 2014 at 10:57 AM, Luke Lewis wrote:

Woman crying in KFC for days cos she'd been dumped.

On Mon, Dec 1, 2014 at 10:54 AM, Alan White wrote:

[redacted]

On Mon, Dec 1, 2014 at 10:53 AM, Tom Phillips wrote:

[redacted]

[redacted] please tell me all of the news stories you can think of from 2014 that the internet thought were true but actually weren't true.

[redacted]

--

Tom Phillips
Senior Writer, BuzzFeed UK

19-21 Hatton Garden
London, EC1N 8BA
07773914795 | @flashboy

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Rossalyn Warren | @RossalynWarren

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Rossalyn Warren | @RossalynWarren

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Tom Phillips
Senior Writer, BuzzFeed UK

19-21 Hatton Garden
London, EC1N 8BA
07773914795 | @flashboy

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Tom Phillips
Senior Writer, BuzzFeed UK

19-21 Hatton Garden
London, EC1N 8BA
07773914795 | @flashboy

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Tom Phillips
Senior Writer, BuzzFeed UK

19-21 Hatton Garden
London, EC1N 8BA
07773914795 | @flashboy

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA