# EXHIBIT 31

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Tanya Chen
**To:** Alan White
**CC:** Craig Silverman; Tom Phillips
**Sent:** 1/20/2015 9:37:22 PM
**Subject:** Re: Would you like to help with a project?

EXHIBIT
tabbies
Chen A
6-8-18

Quick update: Think I might have found some numbers for KFC HQ and press offices...

in Chengdu: 011-86-28-84430585 or 011-86-28-870-10461
Shanghai HQ: 011-86-10-53514588 or 011-86-10-826-12286

They were posted in 2012 so there 's a chance they might have changed.

On Tue, Jan 20, 2015 at 5:52 PM, Tanya Chen <&lta href="mailto:tanya.chen@buzzfeed.com" target="_blank">tanya.chen@buzzfeed.com wrote:
Hey guys (Hi Craig! Don 't think we 've met),

ook a look at some of these stories. It 's pretty baffling that they don 't attribute any source (even a circulating Weibo post). I did my own quick search and couldn 't find any original sources where these stories might have been picked up. Some publications just claim that they 're "going viral "on Weibo, but again, doesn 't link to anything.

For the KFC story, locating the exact KFC might be hard (there are a ton of them in "southwest Chengdu province ") but if you can find the press office, I 'm happy to make some calls. I can have my mom/family in China do a quick search in Chinese (or maybe within Chinese internet) to see what we get.

For the story on attacking mistresses, I find it a little more believable.. It looks like Daily Mail pulled that video from a Chinese broadcast, where the anchor is describing the actions detailed in the article (loose translations: "a netizen took this cell phone video of a woman attacking another woman bare-back, she 's lying down protecting her chest, but the mob of women keep kicking her head and yelling at her "). There 's this video of the altercation but the audio is so muffled it 's hard to make out what they 're saying. If we can find the original video and make out what they 're saying, we can at least authenticate the context of the attack..

I 'll do a little more digging. It 'd be great if I can get someone *in China* to search within Weibo.

On Tue, Jan 20, 2015 at 9:20 AM, Alan White <&lta href="mailto:alan.white@buzzfeed.com" target="_blank">alan.white@buzzfeed.com wrote:
Hey Tanya,

This is fantastic news. I 'm working with Craig Silverman (whom you might know?) as well as Tom Phillips - both cc 'd - just to let you know. It 's quite a big project so no great time pressure really.

Here 's an example of a couple of the stories we 're looking into -

http://www.dailymail.co.uk/news/article-2803459/Comfort-eating-Chinese-woman-26-spends-entire-WEEK-KFC-dumped-boyfriend.html

This seems really fake to me. I tried to find a contact for KFC 's China press office because I was thinking they could ask the restaruant manager if this ever happened.

http://www.dailymail.co.uk/news/article-2791108/mob-rule-chinese-adulteress-stripped-naked-beaten-senseless-latest-attack-kind.html

Likewise this - I 've no idea what the initial source was. I can 't see any reports on it that actually come from China. If we look at these stories when they first appear they seem to go back to Weibo posts, but it gets tricky very quickly once a whole bunch of sites have run them as news.

Let me know your thoughts...

On Tue, Jan 20, 2015 at 2:19 AM, Tanya Chen <&lta href="mailto:tanya.chen@buzzfeed.com" target="_blank">tanya.chen@buzzfeed.com wrote:
Hey Alan,

This sounds super interesting, and would love to help in any way! Just want to let you and Tom know up front that I only speak Mandarin Chinese, and at a ~5th grade proficiency. I can recognize a few characters but probably won 't be able to translate any written text. I can, however, translate anything audible and help conduct interviews.

So, in a nutshell, I 'm on board and can hopefully help alleviate any language barriers (as far as reporting and talking to people). If anything requires any translations and conversations too complex, I know Bryant Hua on the Social team also speaks fluent Chinese, and if you 'd like, I can reach out to him to help as well.

Let me know if there 's anything pressing, otherwise please feel free to send anything my way as they come!

On Mon, Jan 19, 2015 at 3:39 PM, Alan White <&lta href="mailto:alan.white@buzzfeed.com" target="_blank">alan.white@buzzfeed.com wrote:
Hey Tanya,

I saw on the languages doc that you speak Chinese. I 'm working on a big project about fake viral news all over the internet with Tom Phillips over here in the UK. A lot of it seems to come from China - specifically from a news agency called CEN.

I think - but it 's hard to say - they get a lot of their stories from Weibo, and I don 't think many of them are true. However, not speaking Chinese it 's really hard to trace the original source/contact people who could tell me.

Do you think you 'd have any time this month to get involved? No worries if you don 't fancy it/aren 't interested. But let me know if it interests you!

--

**Alan White**
**Breaking News Reporter, BuzzFeed UK**
@ aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

**Tanya Chen**
| Staff Writer |
@tanya_chen

**BuzzFeed**
The Social News and Entertainment Company
200 Fifth Ave. 8th Floor, New York, NY 10010

--

**Alan White**
**Breaking News Reporter, BuzzFeed UK**
@ aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

**Tanya Chen**
, Staff Writer |
@tanya_chen
**BuzzFeed**
The Social News and Entertainment Company
200 Fifth Ave. 8th Floor, New York, NY 10010

--

**Tanya Chen**
| Staff Writer |
@tanya_chen
**BuzzFeed**
The Social News and Entertainment Company
40 W. 23rd Street, 5th Floor
, New York, NY 10010