# EXHIBIT 32

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Alan White <alan.white@buzzfeed.com>
**To:** Luke Lewis <luke.lewis@buzzfeed.com>
**CC:** Rossalyn Warren <rossalyn.warren@buzzfeed.com>;Tom Phillips <tom.phillips@buzzfeed.com>;UKnews <uknews@buzzfeed.com>
**Sent:** 12/1/2014 6:15:35 AM
**Subject:** Re: Send me ur FAKES

Never heard of that guy, he looks useful.

Ok well first of all I'm going to put together a list of all the dubious stories. Then I'm going to see what I can actually find out about CEN (their website is incredibly basic).

One other thing I'm looking for is that "I was paid to pose in these pics" i/v

On Mon, Dec 1, 2014 at 11:12 AM, Luke Lewis wrote:

You might not have to. Could interview verification experts, someone like Craig Silverman, and get to the point where there was enough of a question mark over the stories.

On Mon, Dec 1, 2014 at 11:08 AM, Alan White wrote:

Alright well let's me and Roz work on it in the background then.

I suppose what we have to do is make contact with local reporters in those areas who are somewhere near those remote locations where this outrageous stuff allegedly happens. Even then, I just don't quite see how were going to reach the point where we can go "This is definitely fake".

On Mon, Dec 1, 2014 at 11:05 AM, Luke Lewis wrote:

It's fascinating.

I think a feature on it would go down a storm.

On Mon, Dec 1, 2014 at 11:04 AM, Rossalyn Warren wrote:

i still feel like we can plant a story so CEN pick it up, and write about 1. how they pick it up. 2. how all other sites pick it up.

On Mon, Dec 1, 2014 at 11:03 AM, Luke Lewis wrote:

Start chipping away at it now?

EXHIBIT
20 APR 2018

On Mon, Dec 1, 2014 at 11:03 AM, Alan White wrote:

It would be great but it would take a really, really long time.

On Mon, Dec 1, 2014 at 11:01 AM, Luke Lewis wrote:

I still love Alan's idea of an investigation into CEN. Inside the viral bullshit factory.

On Mon, Dec 1, 2014 at 11:00 AM, Alan White wrote:

[redacted]

On Mon, Dec 1, 2014 at 10:59 AM, Rossalyn Warren wrote:

99% of CEN stories.

off the top of my head:

woman sat in KFC for a week after being dumped http://time.com/3531520/woman-spends-week-in-kfc-after-getting-dumped/

total bollocks.

man divorces woman after seeing her face http://nymag.com/thecut/2014/11/saudi-man-divorces-wife-after-he-sees-her-face.html

total bollocks.

these kind of stories never have a source to the local news story it has apparently come from. ever.

On Mon, Dec 1, 2014 at 10:58 AM, Alan White wrote:

Woman paying for trip round china with sex.

Every other CEN story ever.

On Mon, Dec 1, 2014 at 10:57 AM, Luke Lewis wrote:

Woman crying in KFC for days cos she'd been dumped.

On Mon, Dec 1, 2014 at 10:54 AM, Alan White wrote:

[redacted]

On Mon, Dec 1, 2014 at 10:53 AM, Tom Phillips wrote:

[redacted], so please tell me all of the news stories you can think of from 2014 that the internet thought were true but actually weren't true.

[redacted]

--

Tom Phillips
Senior Writer, BuzzFeed UK

19-21 Hatton Garden
London, EC1N 8BA
07773914795 | @flashboy

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Rossalyn Warren | @RossalynWarren

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Rossalyn Warren | @RossalynWarren

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Alan White
Breaking News Reporter, BuzzFeed UK

@aljwhite

19-21 Hatton Garden
London EC1N 8BA