# EXHIBIT 33

**To the Sept. 12, 2018 Declaration of Harry H. Wise, III**

**From:** Tom Phillips <tom.phillips@buzzfeed.com>
**To:** Luke Lewis <luke.lewis@buzzfeed.com>
**CC:** Alan White <alan.white@buzzfeed.com>
**Sent:** 12/9/2014 10:39:01 AM
**Subject:** Re: CEN piece

Pretty much dependant – it's a full collaboration with him, not just using him as a source or expert commenter, and a bunch of the research we alrady have is his.

Basically me and Alan will hold off on doing too much on it until he's free, then once he's got the free time, we can go hell for leather on the verification/source checking, make sure we're happy with our facts, then put it to the CEN guy so that we've done all this absolutely by the book (and maybe doorstep him in Vienna for comment if we need to).

On Tue, Dec 9, 2014 at 3:26 PM, Luke Lewis wrote:

OK. Is it possible to write the bulk of it before you talk to him, or is it all dependent on his input?

On Tue, Dec 9, 2014 at 3:24 PM, Tom Phillips wrote:

Hey – an update on that CEN piece. Craig Silverman's pretty busy until close to Christmas (the 19th, actually), and there's a LOT of stuff in here to cover. Specifically, it looks like we're going to have to dive into Weibo, the Chinese social network, which we think is where they're sourcing a lot of their images (then dressing them up with fake quotes, etc.) Craig's also having some dev work done on the Emergent backend so we can use it as a research tool.

Anyway, long story short, there's maybe 40 individual things here to verify, many of them in Mandarin, and with Craig not able to give it his full attention until after the 19th we think we should push our proposed publication date back into January. I don't think it'll mean we actually spend any more work hours on it in total, just that they'll be more speard out and we'l have a better chance of making sure that we're certain of our facts and won't get sued to hell and back...

--

Tom Phillips | Editorial Director, BuzzFeed UK

07773 914795 | @flashboy

BuzzFeed

19-21 Hatton Garden, London, EC1N 8BA

EXHIBIT
III
6/6/18

--

Luke Lewis | Editor-in-Chief, BuzzFeed UK | 07967 215436 | @lukelewis

BuzzFeed: The Social News and Entertainment Company

21 Hatton Garden, London, EC1N 8BA

--

Tom Phillips | Editorial Director, BuzzFeed UK

07773 914795 | @flashboy

BuzzFeed

19-21 Hatton Garden, London, EC1N 8BA